UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                         :

IN RE SEPTEMBER 11 LITIGATION    :   **ORDER GRANTING LEAVE TO INTERVENE AND SCHEDULING ORAL ARGUMENT**

                                                         :  21 MC 101 (AKH)

------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

         On January 14, 2009, the Personal Injury and Wrongful Death Plaintiffs renewed their motion to set aside designations of confidentiality by the Aviation Defendants. On January 21, 2009, The New York Times Company and the Reporters Committee for Freedom of the Press moved for leave to intervene and for the same relief sought by the Plaintiffs' motion.

         The motion for leave to intervene, for the limited purpose of challenging the Aviation Defendants' confidentiality designations, is granted. The parties shall appear before me for oral argument on Plaintiffs' motion on March 25, 2009, at 4:00 p.m. Argument by the interveners will be restricted to issues not adequately addressed by the parties, if any.

         SO ORDERED.

Dated:       March _16_, 2009
                New York, New York

                                                                         ALVIN K. HELLERSTEIN
                                                                         United States District Judge