UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

IN RE: SEPTEMBER 11 LITIGATION                21 MC 97

---------------------------------------------------------X
---------------------------------------------------------X


IN RE: SEPTEMBER 11 PROPERTY DAMAGE           21 MC 101
AND BUSINESS LOSS LITIGATION

---------------------------------------------------------X
---------------------------------------------------------X


IN RE: WTC DISASTER SITE LITIGATION           21 MC 100

---------------------------------------------------------X

## ORDER

Upon consideration of the application of the Port Authority of New York and New Jersey (the "Port Authority"), and an opportunity having been given to all parties in the above-entitled action to object, it is hereby

**ORDERED**, that the Port Authority is permitted to transfer full and complete legal ownership of a section of steel labeled I-0137 to the Beverly Hills Fire Department, 445 North Rexford Drive, Beverly Hills, California 90210, contained in the Port Authority's WTC Artifacts Inventory Archive, and it is further

ORDERED, that the transfer and the Beverly Hills Fire Department possession of a certain WTC Artifact, a section of steel labeled I-0137, will be subject to the right of

any party to the September 11 Litigations or their representatives to inspect and test said steel artifact upon ten days notice to the Beverly Hills Fire Department and the Port Authority.

Dated: New York, New York
October 16, 2009

_____
THE HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE