UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SEPTEMBER 11 LITIGATION

21 MC 101 (AKH)
(relates to 04-cv-7318)

## <u>OPPOSITION TO CANTOR FITZGERALD PLAINTIFFS' MOTION<br>TO AMEND THEIR COMPLAINT</u>

Pinkerton's, Inc. ("Pinkerton's"), by its undersigned counsel, joins Globe Aviation

Services Corporation and Globe Airport Security Services, Inc.'s Memorandum of Law in

Opposition to Cantor Fitzgerald's Motion for Leave to Amend, and incorporate herein by

reference the arguments and authorities contained therein.

Dated: New York, New York
      October 19, 2009

Respectfully submitted,

CHADBOURNE & PARKE LLP

By     /s/ Thomas J. McCormack
          Thomas. J. McCormack
          A Member of the Firm
     Attorneys for Defendant Pinkerton's, Inc.
     30 Rockefeller Plaza
     New York, New York  10112
     (212) 408-5100
     tmccormack@chadbourne.com