UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
IN RE SEPTEMBER 11 LITIGATION                                :   **SUMMARY ORDER**
                                                             :
------------------------------------------------------------ :   21 MC 101 (AKH)
WORLD TRADE CENTER PROPERTIES LLC, et                        :   08 Civ. 3719 (AKH)
al.,                                                         :   08 Civ. 3722 (AKH)
                                                             :
                    Plaintiffs,                              :
                                                             :
         -against-                                           :
                                                             :
UNITED AIRLINES, INC., et al.,                               :
                                                             :
                    Defendants.                              :
------------------------------------------------------------ :
WORLD TRADE CENTER PROPERTIES LLC, et                        :
al.,                                                         :
                                                             :
                    Plaintiffs,                              :
                                                             :
         -against-                                           :
                                                             :
AMERICAN AIRLINES, INC., et al.,                             :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:



On April 15, 2010, the parties appeared before me for oral argument on the motion, by way of order to show cause, of the WTCP Plaintiffs, and 7 World Trade Company, L.P. to (1) vacate the February 19, 2010 Order Authorizing Sealing of Settlement and (2) modify the March 30, 2004 Confidentiality Order.

For the reasons stated on the record, the motion is premature and is denied without prejudice.

SO ORDERED.

Dated:    April 16, 2010
          New York, New York

                                                    /s/ Alvin K. Hellerstein
                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge