**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/10

| | |
|---|---|
| IN RE SEPTEMBER 11 LITIGATION<br><br>- and -<br><br>IN RE SEPTEMBER 11 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION | Civil Action Nos.<br><br>04-CV-07272 (AKH)<br>21 MC 101 (AKH)<br><br>ORDER |

ALVIN K. HELLERSTEIN, U.S.D.J.;

WHEREAS, on May 26, 2006 I issued an Order enlarging the time to serve and file cross-claims and third-party claims to December 1, 2006 and, upon expiration of the December 1, 2006 deadline, deeming cross-claims for contractual and/or common law indemnity as among all defendants to have been asserted and denied;

WHEREAS, the Plaintiffs Aegis Insurance Services, Inc., et al and the Defendant, Fiberlock Technologies, Inc. in the above-entitled action have adjusted and resolved all issues between the Plaintiff, Aegis Insurance Services, Inc. and the Defendant, Fiberlock Technologies, Inc. and a Stipulation of Dismissal filed between them.

NOW, THEREFORE IT IS ORDERED THAT:

1. Defendants shall assert specific cross-claims for contribution, contractual and/or common law indemnity against Fiberlock Technologies, Inc. within thirty (30) days of this Order.

2. Failure to assert and file such claims will result in a dismissal with prejudice of all such claims against Fiberlock Technologies, Inc.

SO ORDERED,

Dated: New York, New York
       4/28, 2010

ALVIN K. HELLERSTEIN
United States District Judge

2