```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
IN RE SEPTEMBER 11 LITIGATION                                 :   **ORDER REGULATING**
                                                              :   **PROCEEDINGS**
                                                              :
                                                              :   21 MC 101 (AKH)
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On May 6, 2010, the New York Times Company submitted a letter to the court requesting permission to be heard on the public's right of access to filings and to oral argument on the pending motion to approve the settlement agreement between the Aviation Defendants and certain property damage plaintiffs.

      Leave to intervene is granted and the Court treats the letter as a motion to lift the seal currently in place. The New York Times Company's brief in support of its motion shall be filed and served by May 14, 2010 at 4 p.m., and opposition by May 20, 2010, at 4 p.m. The Court will hear oral argument on the motion on Wednesday, May 26, 2010, at 2:30 p.m.

      Oral argument on the joint motion to approve the settlement between the Aviation Defendants and certain property damage plaintiffs will be held on Thursday, May 27, 2010, at 10 a.m. At oral argument on the New York Times Company's motion, the Court will decide whether oral argument on the joint motion to approve the settlement will be open to the public.

SO ORDERED.

Dated:    May 7, 2010
            New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                United States District Judge