Richard A. Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
rwilliamson@fzwz.com



Attorneys for
World Trade Center Properties LLC
1 World Trade Center LLC
2 World Trade Center LLC
3 World Trade Center LLC, (formerly known as 5 World Trade Center LLC)
4 World Trade Center LLC
7 World Trade Company, L.P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE SEPTEMBER 11 LITIGATION
------------------------------------------------------------------X    21 MC 101 (AKH)
WORLD TRADE CENTER PROPERTIES LLC, et al.,

                Plaintiffs,    08 CIV 3719 (AKH)

      v.

UNITED AIRLINES, INC., et al.,

                Defendants.
------------------------------------------------------------------X
WORLD TRADE CENTER PROPERTIES LLC, et al.,

                Plaintiffs,    08 CIV 3722 (AKH)

      v.

AMERICAN AIRLINES, INC., et al.,

                Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs World Trade Center Properties LLC, 1 World Trade Center LLC, 2 World Trade Center LLC, 3 World Trade Center LLC (formerly known as 5 World Trade Center LLC), 4 World Trade Center LLC, and 7 World Trade Company, L.P. (collectively referred to as the "Appellants") hereby appeal to the United States Court of Appeals for the Second Circuit from the "Order And Opinion Granting Joint Motion Approving Property Damage Settlements" rendered by the Honorable Alvin K. Hellerstein, dated and filed electronically on July 1, 2010 (a copy of which is annexed hereto as Exhibit 1) that, *inter alia*, directed the entry of final judgments pursuant to Rule 54(b) of the Federal Rules of Civil Procedure dismissing with prejudice each of the following actions: (1) *World Trade Farmers Mkt., Inc., et al. v. United Airlines, Inc., et al.*, 02 Civ. 2987; (2) *Certain Underwriters at Lloyd's of London, et al. v. AMR Corp., et al.*, 03 Civ. 131; (3) *MVN Assoc., Inc., et al. v. United Airlines, Inc., et al.*, 04 Civ. 4577; (4) *American Alternative Ins. Corp., et al. v. AMR Corp., et al.*, 04 Civ 6848; (5) *Barcley Dwyer Co., Inc., et al. v. AMR Corp., et al.*, 04 Civ. 7136; (6) *QBI Int'l Ins. Ltd., et al. v. AMR Corp., et al.*, 04 Civ. 7199; (7) *Mayore Estates, LLC, et al. v. AMR Corp., et al.*, 04 Civ. 7225; (8) *Industrial Risk Insurers v. AMR Corp., et al.*, 04 Civ. 7231; (9) *Industrial Risk Insurers v. AMR Corp., et al.*, 04 Civ. 7234; (10) *Assurances Generales de France lart, et al. v. AMR Corp., et al.*, 04 Civ. 7238; (11) *Woburn Ins., Ltd. v. AMR Corp., et al.*, 04 Civ. 7240; (12) *Great Lakes Reinsurance U.K. PLC v. AMR Corp., et al.*, 04 Civ. 7241; (13) *Underwriter at Lloyd's, et al. v. AMR Corp., et al.*, 04 Civ. 7244; (14) American Reinsurance Co. v. AMR Corp., et al., 04 Civ. 7246; (15) *AXA RE, et al. v. AMR Corp., et al.*, 04 Civ. 7248; (16) *Munich Reinsur. Co. UK General Branch, et al. v. AMR Corp., et al.*, 04 Civ. 7294; and (17) *AXA Corp. Solutions Assurance UK Branch, et al. v. AMR*

*Corp., et al.*, 04 Civ. 7299. In *Aegis Ins. Servs., Inc., et al. v. 7 World Trade Ctr. Co., L.P., et al.*, 04 Civ. 7272, the final judgment only applies to claims asserted against the settling Aviation Defendants American Airlines, Inc.; AMR Corporation; United Air Lines, Inc.; UAL Corporation; US Airways, Inc.; US Airways Group, Inc.; Colgan Air, Inc.; Globe Aviation Services Corporation; Globe Airport Security Services, Inc.; Huntleigh USA Corporation; ICTS International N.V.; The Boeing Company; Massachusetts Port Authority; Burns International Security Services Company, LLC (formerly known as Burns International Services Company); Pinkerton's LLC (formerly known as Pinkerton's Inc.); and Securitas AB. As of July 21, 2010, none of these final judgments have been entered by the Office of the Clerk of the United States District Court for the Southern District of New York.

Dated: New York, New York
July 22, 2010

                      FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

                      By: _____
                         Richard A. Williamson, Esq.
                      Attorneys for Appellants
                      One Liberty Plaza
                      New York, New York 10006-1404
                      (212) 412-9500
                      rwilliamson@fzwz.com

                      Attorneys for
                      World Trade Center Properties LLC
                      1 World Trade Center LLC
                      2 World Trade Center LLC
                      3 World Trade Center LLC,
                          (formerly known as 5 World Trade Center LLC)
                      4 World Trade Center LLC
                      7 World Trade Company, L.P.