# CONDON & FORSYTH LLP

July 28, 2010

**VIA EMAIL**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/10
```

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: In re September 11 Litigation, 21 MC 101 (AKH)
    C & F Ref: DTB/CRC/VAT/28507

*The parties are permitted to submit a 2(E) letter by August 9, 2010.*

*July 28, 2010*

*[signature]*

Dear Judge Hellerstein:

I write on behalf of the Aviation Defendants, the Settling Plaintiffs, the WTCP Plaintiffs and 7 World Trade Company, L.P. (collectively, the "parties") regarding the Court's July 14, 2010 endorsement granting an extension until today for the parties to submit redacted versions of all the motion papers and the May 27, 2010 transcript related to the Aviation Defendants' and the Settling Plaintiffs' joint motion for approval of their settlement. A copy of the Court's July 14, 2010 endorsement is enclosed.

The parties have conferred in good faith but have been unable to reach complete agreement on redacted versions of all the motion papers and the transcript. Accordingly, the parties respectfully request permission to submit by August 9, 2010 a joint letter pursuant to Your Honor's Individual Rule 2(E) setting forth the areas that remain in dispute. Our submission will include copies of documents sufficient to allow the Court to evaluate the parties' arguments.

Please do not hesitate to contact me should you have any questions.

Respectfully submitted,

[signature]

Desmond T. Barry, Jr.
Aviation Defendants' Liaison Counsel

SO ORDERED:

_____
Hon. Alvin K. Hellerstein, U.S.D.J.

7 TIMES SQUARE, NEW YORK, NEW YORK 10036    TELEPHONE 212.490.9100    FACSIMILE 212.370.4453

CONDON & FORSYTH LLP

Honorable Alvin K. Hellerstein
July 28, 2010
Page 2

Enclosure

cc:    <u>Via Email</u>
       Robert A. Clifford, Esq.
       Timothy S. Tomasik
       Clifford Law Offices, P.C.

       Richard A. Williamson, Esq.
       Cathi A. Hession, Esq.
       Jason T. Cohen
       Flemming Zulack Williamson Zauderer LLP

       David E. McCraw, Esq.
       Jacob Goldstein, Esq.
       The New York Times Company

       Donald A. Migliori, Esq.
       Motley Rice LLC

       John F. Stoviak, Esq.
       Saul Ewing LLP

       Jay B. Spievack, Esq.
       Cohen Tauber Spievack & Wagner P.C.

       Katherine L. Pringle, Esq.
       Friedman Kaplan Seiler & Adelman LLP

       Jeannette A. Vargas, Esq.
       Heather McShain, Esq.
       U.S. Attorneys' Office

       Aviation Defendants' Counsel