UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

IN RE SEPTEMBER 11 LITIGATION

: 
: 
: 
:    21-MC-101 (AKH)
:    (relates to 04-CV-7318)
: 
: 

_____

### NOTICE OF CANTOR FITZGERALD PLAINTIFFS' MOTION FOR SANCTIONS AND TO STRIKE AMERICAN AIRLINES, INC. AND AMR CORPORATION'S JULY 26, 2010 MOTION FOR LIMITED RELIEF

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of John F. Stoviak, Esq., Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P. (collectively "Cantor Fitzgerald Plaintiffs"), will move this Court to strike American Airlines, Inc. and AMR Corporation's July 26, 2010 Motion for Relief from Restrictions Upon Use of Mediation Documents Set Forth in the Court's May 22, 2008 Order.

1254427.1 7/29/10

Dated: July 29, 2010

        Respectfully submitted,

        Saul Ewing LLP

        /s John F. Stoviak
        ―――――――――――――――――――

John F. Stoviak, Esq. (*pro hac vice*)
Charles N. Curlett, Jr., Esq. (SDNY Bar No. C2423)
Jennifer L. Beidel, Esq. (*pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Phone: 215.972.1095
Fax: 215.972.1921
jstoviak@saul.com
ccurlett@saul.com
jbeidel@saul.com
*Attorneys for Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P.*