UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

IN RE SEPTEMBER 11 LITIGATION

_____

:    21-MC-101 (AKH)
:
:    This Motion relates to: 04-CV-7318
:
:    Oral Argument Requested.
:

**CANTOR FITZGERALD PLAINTIFFS' MOTION TO SHORTEN THE TIME PERIOD FOR DEFENDANTS AMERICAN AIRLINES, INC. AND AMR CORPORATIONS TO RESPOND TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' JULY 26, 2010 MOTION FOR LIMITED RELIEF AND FOR SANCTIONS**

      1.     Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P. (collectively "Cantor"), hereby moves this Court for an order pursuant to Rule 6 of the Federal Rules of Civil Procedure to shorten the time period for Defendants American Airlines, Inc. and AMR Corporation (collectively "American" or "Defendants") to submit a response to Cantor's Motion to Strike Defendants' July 26, 2010 Motion for Limited Relief and for Sanctions (the "Motion").

      2.     American has intentionally and blatantly violated this Court's May 22, 2008 Stipulated Order that required American to maintain the confidentiality of documents exchanged during a mediation in this matter. This is the second time that American has violated the Order and thus Plaintiffs are requesting that the Motion be heard on an expedited basis.

1254421.1 7/29/10

3. Plaintiffs respectfully request that the Court issue the attached order and require American to submit any response to Cantor's Motion within twenty-four (24) hours of its filing and further ordering that counsel for Cantor and American shall appear before the Court on July 30, 2010 to be heard regarding the Motion.

Dated: Philadelphia, Pennsylvania
July 29, 2010

Respectfully submitted,

Saul Ewing LLP

s/John F. Stoviak
John F. Stoviak, Esq. (*pro hac vice*)
Charles N. Curlett, Jr., Esq. (SDNY Bar No. C2423)
Jennifer L. Beidel, Esq. (*pro hac vice*)
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Phone: 215.972.1095
Fax: 215.972.1921
jstoviak@saul.com
ccurlett@saul.com
jbeidel@saul.com

Counsel for Cantor Fitzgerald Plaintiffs:
Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P