UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                               :
IN RE SEPTEMBER 11 LITIGATION                                  :   **ORDER REGULATING**
                                                               :   **PROCEEDINGS**
                                                               :
                                                               :   21 MC 101 (AKH)
                                                               :
                                                               :
                                                               :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      I recently approved a settlement reached between the Aviation Defendants and certain property damage plaintiffs. See In re Sept. 11 Litig., -- F. Supp. 2d ---, 2010 WL 2628642 (S.D.N.Y. 2010). Settlement proceeds are not to be distributed until all appeals of my approval decision are resolved.

      Several of the uninsured settling property damage plaintiffs have sought leave to receive their settlement proceeds prior to the exhaustion of all appeals. The proceeds to which these plaintiffs are entitled under the settlement agreement represent less than one percent of the total settlement amount.

      The WTCP Plaintiffs, who objected to approval of the settlement and appealed from my decision, have refused to grant leave.

      Accordingly, the WTCP Plaintiffs shall submit to the Court the reasons for their objection to such early disbursements by August 6, 2010. Absent sufficient reasons, disbursements may be authorized.

      SO ORDERED.

Dated: July  , 2010
      New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge