```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC #: _____
FOR THE SOUTHERN DISTRICT OF NEW YORK          DATE FILED: 7/30/10
```

|  |  |
|---|---|
|  | 21-MC-101 (AKH) |
| IN RE SEPTEMBER 11 LITIGATION | This Motion relates to: 04-CV-7318 |
|  | Oral Argument Requested. |

### NOTICE OF CANTOR FITZGERALD PLAINTIFFS'
### MOTION TO SHORTEN THE TIME PERIOD FOR DEFENDANTS AMERICAN
### AIRLINES, INC. AND AMR CORPORATIONS TO RESPOND TO PLAINTIFFS'
### MOTION TO STRIKE DEFENDANTS' JULY 26, 2010
### <u>MOTION FOR LIMITED RELIEF AND FOR SANCTIONS</u>

PLEASE TAKE NOTICE that Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P. (collectively "Cantor"), will move this Court for an order pursuant to Rule 6 of the Federal Rules of Civil Procedure to shorten the time period for Defendants American Airlines, Inc. and AMR Corporation (collectively "American" or "Defendants") to submit a response to Cantor's Motion to Strike Defendants' July 26, 2010 Motion for Limited Relief and for Sanctions (the "Motion") to twenty-four (24) hours of its filing and further ordering that counsel for Cantor and American shall appear before the Court on July 30, 2010 to be heard regarding the Motion.

*[Handwritten note from the Court:]* The Motion for Limited Relief and for sanctions is denied, all [portions?] are [reserved?] that [until?] the issues raised [are ones that] the court has to decide, and other issues have been resolved or otherwise [satisfactory?] [resolution?]. [in mutually satisfactory fashion]. Doc. 1214 to [terminate]. 7-30-10 /s/ AKH

1254418.1 7/29/10

Dated: Philadelphia, Pennsylvania
July 29, 2010

                        Respectfully submitted,

                        Saul Ewing LLP

                        */s/ Charles N. Curlett*

                        John F. Stoviak, Esq. (*pro hac vice*)
                        Charles N. Curlett, Jr., Esq. (SDNY Bar No. CC2423)
                        Jennifer L. Beidel, Esq. (*pro hac vice*)
                        Centre Square West
                        1500 Market Street, 38th Floor
                        Philadelphia, PA 19102
                        Phone: 215.972.1095
                        Fax: 215.972.1921
                        jstoviak@saul.com
                        ccurlett@saul.com
                        jbeidel@saul.com

                        Counsel for Cantor Fitzgerald Plaintiffs:
                        Cantor Fitzgerald & Co., Cantor Fitzgerald
                        Associates, L.P., Cantor Fitzgerald Brokerage, L.P.,
                        Cantor Fitzgerald Europe, Cantor Fitzgerald
                        International, Cantor Fitzgerald Partners, Cantor
                        Fitzgerald Securities, Cantor Fitzgerald, L.P.,
                        Cantor Index Limited, CO2e.com, LLC, eSpeed
                        Government Securities, Inc., eSpeed, Inc., eSpeed
                        Securities, Inc., and TradeSpark, L.P