Richard A. Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
One Liberty Plaza
New York, New York 10006
(212) 412-9500
rwilliamson@fzwz.com
Attorneys for the WTC Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
IN RE SEPTEMBER 11 LITIGATION                               :    21 MC 101 (AKH)
                                                            :
------------------------------------------------------------X
                                                            :
WORLD TRADE CENTER PROPERTIES LLC,                          :
et al.,                                                     :    08 CIV 3719 (AKH)
                                Plaintiffs,                 :
        v.                                                  :
                                                            :
UNITED AIRLINES, INC., et al.,                              :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
                                                            :
WORLD TRADE CENTER PROPERTIES LLC,                          :
et al.,                                                     :
                                                            :    08 CIV 3722 (AKH)
                                Plaintiffs,                 :
        v.                                                  :
                                                            :
AMERICAN AIRLINES, INC., et al.,                            :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiffs World Trade Center Properties LLC, 1 World Trade Center LLC, 2 World Trade Center LLC, 3 World Trade Center LLC (formerly known as 5 World Trade Center LLC), 4 World Trade Center LLC, and 7 World Trade Company, L.P. (collectively referred to as the "WTC Plaintiffs") in the above-captioned actions hereby appeal to the United

States Court of Appeals for the Second Circuit from (i) the "Order And Opinion Granting Joint Motion Approving Property Damage Settlements" rendered by the Honorable Alvin K. Hellerstein, dated and filed electronically on July 1, 2010 (a copy of which is annexed hereto as Exhibit 1) and (ii) the "Order Clarifying Order And Opinion Approving Settlement And Granting Intervenor Status" rendered by the Honorable Alvin K. Hellerstein, dated and filed electronically on July 23, 2010 (a copy of which is annexed hereto as Exhibit 2) that, *inter alia*, (1) approved the settlements of 18 of the 21 cases asserting property damage claims under the 21 MC 101 master calendar (the "settled actions"); (2) ordered that all amounts paid with respect to the settled actions be credited against the settling defendants' respective liability ceilings established by the Air Transportation Safety and System Stabilization Act, as amended, codified at 49 U.S.C. § 40101 note ("ATSSSA"), over the objections of the WTC Plaintiffs that the defendants' reduced liability ceilings would be insufficient to enable the settling defendants to pay an equitable amount to the WTC Plaintiffs for any settlement or final judgment in their favor in the above-captioned actions; (3) found that payment by Huntleigh USA Corporation's ("Huntleigh's") insurers has exhausted the limits of Huntleigh's liability insurance coverage; (4) granted intervenor status to the WTC Plaintiffs in each of the settled actions because disposing of the settled actions may as a practical matter impair or impede the WTC Plaintiffs' ability to protect their interests in the above-captioned actions; and (5) directed the entry of final judgments in each of the settled actions pursuant to Rule 54(b) of the Federal Rules of Civil Procedure dismissing the settled actions with prejudice which "shall effectuate a final, immediately appealable judgment with respect to all of the settled cases and claims."

The eighteen settled actions are: (1) *World Trade Farmers Mkt., Inc., et al. v. United Airlines, Inc., et al.*, 02 Civ. 2987; (2) *Certain Underwriters at Lloyd's of London, et al. v. AMR*

2

*Corp., et al.*, 03 Civ. 0131; (3) *MVN Assoc., Inc., et al. v. United Airlines, Inc., et al.*, 04 Civ. 4577; (4) *American Alternative Ins. Corp., et al. v. AMR Corp., et al.*, 04 Civ. 6848; (5) *Barcley Dwyer Co., Inc., et al. v. AMR Corp., et al.*, 04 Civ. 7136; (6) *QBE Int'l Ins. Ltd., et al. v. AMR Corp., et al.*, 04 Civ. 7199; (7) *Mayore Estates, LLC, et al. v. AMR Corp., et al.*, 04 Civ. 7225; (8) *Industrial Risk Insurers v. AMR Corp., et al.*, 04 Civ. 7231; (9) *Industrial Risk Insurers v. AMR Corp., et al.*, 04 Civ. 7234; (10) *Assurances Generales de Franci Iart, et al. v. AMR Corp., et al.*, 04 Civ. 7238; (11) *Woburn Ins., Ltd. v. AMR Corp., et al.*, 04 Civ. 7240; (12) *Great Lakes Reinsurance U.K. PLC v. AMR Corp., et al.*, 04 Civ. 7241; (13) *Underwriters at Lloyd's, et al. v. AMR Corp., et al.*, 04 Civ. 7244; (14) *American Re-insurance Co. v. AMR Corp., et al.*, 04 Civ. 7246; (15) *AXA RE, et al. v. AMR Corp., et al.*, 04 Civ. 7248; (16) *Munich Reinsurance Co. UK General Branch, et al. v. AMR Corp., et al.*, 04 Civ. 7294; and (17) *AXA Corp. Solutions Assurance UK Branch, et al. v. AMR Corp., et al.*, 04 Civ. 7299. In the foregoing seventeen cases, the final judgment dismissed all claims against all defendants. With respect to the eighteenth settled action, *Aegis Insurance Services Inc., et al. v. 7 World Trade Ctr. Co., L.P., et al.*, 04 Civ. 7272, the final judgment only dismissed claims asserted against the following defendants: American Airlines, Inc., AMR Corporation; United Air Lines, Inc., UAL Corporation, US Airways, Inc., US Airways Group, Inc., Colgan Air, Inc., Globe Aviation Services Corporation; Globe Airport Security Services, Inc., Huntleigh USA Corporation, ICTS International N.V., The Boeing Company, Massachusetts Port Authority, Burns International Security Services Company, LLC

(formerly known as Burns International Services Company), Pinkerton's LLC (formerly known as Pinkerton's Inc.), and Securitas AB.

Dated: New York, New York
July 29, 2010

                          FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

                          By: _____
                              Richard A. Williamson, Esq.

One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500
rwilliamson@fzwz.com

Attorneys for the WTC Plaintiffs

355617