**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE SEPTEMBER 11TH 2001 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION  _____  Cantor Fitzgerald & Co., et al.  　　　　　　　　Plaintiffs,  　　　　-against-  American Airlines, Inc., et al.  　　　　　　　　Defendants. | 21-MC-101 (AKH)   04-CV-07318 (AKH)   **(Electronically Filed)** |

**WITHDRAWAL OF APPEARANCE**

Please take notice that the undersigned, of the law firm Saul Ewing LLP, is hereby withdrawing an appearance as counsel of record for Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P.  I was entered as counsel in this matter on May 5, 2010.

Dated: August 5, 2010

           SAUL EWING LLP

    By: /s/ Jennifer L. Farer
       Jennifer L. Farer, Esq.
       Centre Square West
       1500 Market Street, 38th Floor
       Philadelphia, PA 19102
       Phone: 215.972.7745
       Fax: 215.972.1868
       Email: jfarer@saul.com

       Attorneys for Plaintiffs
       Cantor Fitzgerald & Co.,
       Cantor Fitzgerald Associates,
       L.P., Cantor Fitzgerald
       Brokerage, L.P., Cantor
       Fitzgerald Europe, Cantor
       Fitzgerald International,
       Cantor Fitzgerald Partners,
       Cantor Fitzgerald Securities,
       Cantor Fitzgerald, L.P.,
       Cantor Index Limited,
       CO2e.com, LLC, eSpeed
       Government Securities, Inc., eSpeed,
       Inc., eSpeed Securities, Inc., and
       TradeSpark, L.P.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SEPTEMBER 11TH 2001 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION  _____  Cantor Fitzgerald & Co., et al.  Plaintiffs,  -against-  American Airlines, Inc., et al.  Defendants. | 21-MC-101 (AKH)   04-CV-07318 (AKH)  CERTIFICATE OF SERVICE  (Electronically Filed) |

I, Jennifer L. Beidel, Esq., hereby certify that on August 5, 2010, I served the within WITHDRAWAL OF APPEARANCE OF JENNIFER L. FARER, ESQ. upon:

1. Desmond T. Barry, Jr., Roger E. Podesta, and Michael J. Peterson – Aviation Defendants' Liaison Counsel;

2. Mark Wood, Ralph P. DeSanto, and Allen W. Burton – Counsel for Defendant The Massachusetts Port Authority;

3. Robert A. Clifford and Timothy S. Tomasik – Property Damage and Business Loss Plaintiffs' Liaison Counsel;

4. Steven J. Badger – Subrogation Plaintiffs' Liaison Counsel;

5. Donald A. Migliori – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;

6. Beth Jacob – WTC 7 Ground Defendants' Liaison Counsel;

7. Richard A. Williamson, M. Bradford Stein, Cathi A. Hession, and Jason Cohen – Counsel for Plaintiffs World Trade Center Properties LLC et al.; and

8. Sarah S. Normand, Jeannette A. Vargas, and Heather K. McShain – U.S. Attorneys' Office;

1013931.1 8/5/10

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

Dated:  August 5, 2010                                             **SAUL EWING LLP**

By: s/Jennifer L. Beidel
Jennifer L. Beidel, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Phone: (215) 972-7850
Fax:    (215) 972-1843
E-mail: jbeidel@saul.com