# Hitchcock & Cummings LLP

**RECEIVED AUG 0 6 2010**
**CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.**

Terry Cummings
Telephone Extension: 24
Email: tcummings@hitchcockcummings.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/10

August 6, 2010

**Delivered via Email**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

So Ordered.
August 6, 2010
/s/ Alvin K. Hellerstein

Re   In re September 11 Litigation, 21 MC 101

Dear Judge Hellerstein:

This firm is co-counsel to Joseph & Herzfeld P.C., attorneys for uninsured property damage plaintiffs Barcley Dwyer Co., Inc. ("Barcley"), Tower Computer Services, Inc. ("Tower"), and N.S. Windows LLC ("Windows"). I have today received a copy of the affidavit of Gerald S. Paul, Esq., on behalf of the WTCP Plaintiffs and 7 World Trade Center, LP. In connection with the request of eight uninsured property damage plaintiffs' request for distribution of their settlement proceeds.

I respectfully request an opportunity to respond to Mr. Paul's affidavit by Monday, August 16, 2010. I also request permission to attach to our response copies of the affidavits and other materials that were provided to Mr. Paul, for the Court's *in camera* review.

We had requested that Mr. Paul's clients maintain the confidentiality of the information provided because it contained details of the individual settlement amounts, which remains under seal, and because it contained private financial information concerning our clients, and that is the basis for our request that the Court's inspection be *in camera*.

Thank you for the Court's consideration.

Respectfully submitted,

Terry Cummings (7853)

Copy: All Liaison Counsel

## SERVICE LIST

TO:
**Desmond T. Barry, Jr., Esq.**
Condon & Forsyth, LLP
7 Times Square
New York, NY 10036
dbarry@condonlaw.com
Aviation Defendants' Liaison Counsel

**Robert A. Clifford, Esq.**
Clifford Law Offices, PC
120 North LaSalle St., 31st Floor
Chicago, IL 60602
rac@cliffordlaw.com
Property Damage and Business Loss
Plaintiffs' Liaison counsel

**Donald A. Migliori, Esq.**
Motley Rice, LLC
321 South Main Street, Ste. 200
Providence, RI 02903
dmigliori@motleyrice.com
Wrongful Death and Personal Injury
Plaintiffs' Liaison Counsel

**Katherine L. Pringle, Esq.**
Friedman Kaplan Seiler & Adelman, LLP
1633 Broadway
New York, NY 10019
kpringle@fklaw.com
WTC 7 Ground Defendants' Liaison Counsel

**Richard A. Williamson, Esq.**
**M. Bradford Stein, Esq.**
**Gerald Paul, Esq.**
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, New York 10006
rwilliamson@fzwz.com
bstein@fzwz.com
gpaul@fzwz.com
Counsel for the WTCP Plaintiffs and
7 World Trade Company, L.P.

**Jay B. Spievack, Esq.**
Cohen Tauber Spievack & Wagner, P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
jspeivack@ctswlaw.com
Counsel for Cedar & Washington

**John F. Stoviak, Esq.**
Saul Ewing, LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
jstoviak@saul.com
Counsel for Cantor Fitzgerald Plaintiffs

**Sarah S. Normand, Esq.**
Assistant U.S. Attorney
Transportation Security Administration
U.S. Attorney's Office, SDNY
86 Chambers St., Third Floor
New York, NY 10007
sarah.normand@usdoj.gov