



John P. Stoviak
Phone: (215) 972-1095
Fax: (215) 972-1921
jstoviak@saul.com
www.saul.com

August 3, 2010

**VIA FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   In re September 11 Litigation, 21-MC-101

Dear Judge Hellerstein:

We represent the Cantor Fitzgerald Plaintiffs ("Cantor")[1] in the September 11 property damage and business loss litigation. Cantor and Defendants American Airlines, Inc. and AMR Corporation ("the parties") have agreed to a modified briefing schedule regarding Defendants American Airlines, Inc. and AMR Corporation's Motion *in Limine* to Exclude Plaintiff Cantor Fitzgerald's Proffered Expert Report on Damages and Motion for Partial Summary Judgment Dismissing Cantor Fitzgerald's Claims for Business Damages Resulting from the Deaths of its Employees. The parties have agreed that Cantor will file its opposition to the motions on or before September 15, 2010 and that Moving Defendants may file reply briefs on or before October 6, 2010. In addition, regarding Moving Defendants' request to file the aforementioned motions and supporting materials under seal, the parties understand that the Court has declined this request and has instead asked that Cantor provide proposed redactions for all materials. Cantor intends to do so on or before August 9, 2010.

Desmond T. Barry, Jr., co-counsel for Moving Defendants, concurs in this request. The parties have not made any prior requests for extension of these deadlines and agree to request no further extensions of the September 15, 2010 opposition deadline absent extraordinary circumstances.

Thank you in advance for your consideration of this request.

---

[1] The Cantor Fitzgerald plaintiffs are Cantor Fitzgerald Securities, Cantor Fitzgerald & Co., Cantor Fitzgerald International, Cantor Fitzgerald Partners, eSpeed, Inc. Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Index Limited, eSpeed Government Securities, Inc., eSpeed Securities, Inc., TradeSpark, L.P., CO2e.com, LLC, and Cantor Fitzgerald L.P.

So ordered
8-6-10
[signature]

August 3, 2010
Page 2

Respectfully,

*[signature: John F. Stoviak]*

John F. Stoviak

JFS/lec

cc: <u>Via Email</u>

    Desmond T. Barry, Jr., Esq.
    Donald A. Migliori, Esq.
    Richard A. Clifford, Esq.
    Timothy S. Tomasik, Esq.
    Kimberley M. Halvorsen, Esq.
    Richard A. Williamson, Esq.
    M. Bradford Stein, Esq.
    Cathi Hession, Esq.
    Andrew Scholz, Esq.
    Jason Cohen, Esq.
    Beth E. Goldman, Esq.
    Sara S. Normand, Esq.
    Jeannette A. Vargas, Esq.
    Heather K. McShain, Esq.
    Beth D. Jacob, Esq.
    Jeanne Cho, Esq.
    Katherine L. Pringle, Esq.
    Steven J. Badger, Esq.

10137242 8/3/10