


Lauren E. Chwastyk
Phone: (609) 452-3106
LChwastyk@saul.com
www.saul.com

August 5, 2010

So ordered
8-6-10
/s/ A. Hellerstein

**VIA FEDERAL EXPRESS**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *In re September 11 Litigation*
      21 MC 101 (AKH) (relates to 04-cv-7318)

Dear Judge Hellerstein:

I enclose a courtesy copy of Cantor Fitzgerald Plaintiffs' Notice of Withdrawal of Appearance for Jennifer L. Farer, Esq., along with a Certificate of Service, which were electronically filed today.

Respectfully yours,

Lauren E. Chwastyk
Litigation Paralegal

/lec
Enclosure



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/10

750 College Road East, Suite 100 ♦ Princeton, NJ 08540-6617 ♦ Phone: (609) 452-3100 ♦ Fax: (609) 452-3122
Marc A. Citron - Princeton Managing Partner

DELAWARE      MARYLAND      NEW JERSEY      NEW YORK      PENNSYLVANIA      WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP