# MANDATE

S.D.N.Y. - N.Y.C.
21-mc-101
Hellerstein, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 7th day of July, two thousand ten,

Present:
  Reena Raggi,
  Gerard E. Lynch,
  Denny Chin,
   *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/09/2010

Ellen Mariani,

   *Claimant-Appellant*,

v.                10-1186-cv

Lauren Peters,

   *Plaintiff-Appellee*,

World Trade Farmers Market, Inc., *et al.*,

   *Plaintiffs,*

v.

Burns International Services Corp., *et al.*,

   *Defendants-Appellees,*

The Port Authority of New York & New Jersey,

   *Defendant-Third Party Plaintiff-Appellee,*

AMR Corporation, *et al.*,

   *Defendants-Third Party Defendants-Appellees.*

**MANDATE ISSUED ON 08/09/2010**

Plaintiff-Appellee moves to dismiss the appeal and for expedited consideration of the motion. Plaintiff-Appellee's motion is construed as a motion for summary affirmance of the district court order under appeal. Upon due consideration, it is hereby ORDERED that the appeal is dismissed for lack of jurisdiction, as the denial of a motion for *pro hac vice* admission is not "final" within the meaning of 28 U.S.C. § 1291. *See Schlumberger Techs., Inc. v. Wiley*, 113 F.3d 1553, 1554 (11th Cir. 1997) (classifying order denying counsel *pro hac vice* admission as interlocutory order); *cf. John's Insulation, Inc. v. L. Addison & Assocs.*, 156 F.3d 101, 104 (1st Cir. 1998) (classifying order revoking counsel's *pro hac vice* admission as interlocutory). It is further ORDERED that the motion for expedited consideration is DENIED as moot.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk