# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com

August 9, 2010

**VIA EMAIL**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/10

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   In re September 11 Litigation, 21 MC 101 (AKH)
      C & F Ref: DTB/CRC/VAT/28507

Dear Judge Hellerstein:

I write on behalf of the Aviation Defendants, the Settling Plaintiffs, the WTCP Plaintiffs and 7 World Trade Company, L.P. (collectively, the "parties") regarding the Court's July 28, 2010 endorsement granting the parties permission to submit by today a joint letter pursuant to Your Honor's Individual Rule 2(E) setting forth the parties' dispute concerning certain categories of the Aviation Defendants' and the Settling Plaintiffs' (collectively, the "Settling Parties") proposed redactions to the motion papers and the May 27, 2010 transcript related to the Settling Parties' joint motion for approval of their settlement. A copy of the Court's July 28, 2010 endorsement is enclosed.

Due to scheduling conflicts of certain involved counsel, the parties respectfully request an extension until Wednesday, August 11, 2010 to submit their joint letter.

Please do not hesitate to contact me should you have any questions.

Respectfully submitted,

Desmond T. Barry, Jr.
Aviation Defendants' Liaison Counsel

Enclosure

CONDON & FORSYTH LLP

Honorable Alvin K. Hellerstein
August 9, 2010
Page 2

SO ORDERED: 8/9/10

Hon. Alvin K. Hellerstein, U.S.D.J.

cc: <u>Via Email</u>
Robert A. Clifford, Esq.
Timothy S. Tomasik
Clifford Law Offices, P.C.

Richard A. Williamson, Esq.
Cathi A. Hession, Esq.
Jason T. Cohen
Megan P. Davis
Flemming Zulack Williamson Zauderer LLP

Steven J. Badger, Esq.
Zelle Hofmann Voelbel & Mason LLP

David E. McCraw, Esq.
Jacob Goldstein, Esq.
The New York Times Company

Donald A. Migliori, Esq.
Motley Rice LLC

John F. Stoviak, Esq.
Saul Ewing LLP

Jay B. Spievack, Esq.
Cohen Tauber Spievack & Wagner P.C.

Katherine L. Pringle, Esq.
Friedman Kaplan Seiler & Adelman LLP

Jeannette A. Vargas, Esq.
Heather McShain, Esq.
U.S. Attorneys' Office

Aviation Defendants' Counsel