UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :
IN RE SEPTEMBER 11 LITIGATION         :   No.: 21 MC 101 (AKH)
                                      :
This Stipulation relates to:          :   **STIPULATION OF VOLUNTARY**
                                      :   **DISMISSAL WITH PREJUDICE**
*Keating v. American Airlines, Inc., et al.,*  :   **PURSUANT TO F.R.C.P.**
02 Civ. 7156 (AKH)                    :   **41(a)(1)(A)(ii)**
                                      :
                                      :
                                      :
------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendants, after all parties to the 21 MC 101 litigation were given notice and opportunity to object with no party making any objection to the settlement agreed between Plaintiff and Defendants, that the claims asserted against all Defendants in the above-entitled action are voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs to any party.

Dated: August 3, 2010
New York, New York

                                                 MOTLEY RICE LLC

                                                 By: /s/ Mary Schiavo
                                                      Mary F. Schiavo, Esq.
                                             28 Bridgeside Boulevard
                                             Mt. Pleasant, South Carolina
                                             Tel.: (843) 216-9000
                                             Fax: (843) 216-9450
                                             mschiavo@motleyrice.com

                                             Attorneys for Plaintiff
                                             MICHAEL KEATING

CONDON & FORSYTH LLP

By:  _____
      Desmond T. Barry, Jr., Esq.
Times Square Tower
7 Times Square
New York, New York 10036
Tel.: (212) 490-9100
Fax: (212) 370-4483
dbarry@condonlaw.com

-and-

DEBEVOISE & PLIMPTON LLP
Roger E. Podesta, Esq.
919 Third Avenue
New York, New York 10022
Tel.: (212) 909-6000
Fax: (212) 909-6836
repodesta@debevoise.com

Attorneys for Defendants
AMERICAN AIRLINES, INC. and
AMR CORPORATION

LOCKE, LORD, BISSELL & LIDDELL LLP

By: _____
Gary W. Westerberg, Esq.
111 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 443-0700
Fax: (312) 443-0336
gwesterberg@lordbissell.com

-and-

JONES, HIRSCH, CONNORS & BULL P.C.
James P. Connors, Esq.
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 527-1000
Fax: (212) 527-1680
jconnors@jhcb.com

-and-

LIBBY HOOPES, P.C.
Douglas S. Brooks, Esq.
175 Federal Street
Boston, Massachusetts 02110
Tel.: (617) 338-9300
Fax: (617) 338-9911
dbrooks@libbyhoopes.com

Attorneys for Defendants
GLOBE AVIATION SERVICES
CORPORATION

CAMPBELL CAMPBELL EDWARDS & CONROY

By: /s/ Richard P. Campbell
Richard P. Campbell, Esq.
Kathleen Guilfoyle, Esq.
Kurt Gerstner, Esq.
One Constitution Plaza
Boston, Massachusetts 02129
Tel.: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com
kguilfoyle@campbell-trial-lawyers.com
kgerstner@campbell-trial-lawyers.com

Attorneys for Defendant
US AIRWAYS, INC.


SUSMAN GODFREY LLP


By: _____
Jonathan Ross, Esq.
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
Tel.: (713) 653-7813
Fax: (713) 654-3399
jross@susmangodfrey.com

-and-

MENDES & MOUNT, LLP
Edward J. McMurrer, Esq.
750 Seventh Avenue
New York, New York 10019-6829
Tel.: (212) 261-8000
Fax: (212) 261-8750
edward.mcmurrer@mendes.com

Attorneys for Defendant
HUNTLEIGH U.S.A. CORP.

4

CAMPBELL CAMPBELL EDWARDS & CONROY

By: _____
      Richard P. Campbell, Esq.
Kathleen Guilfoyle, Esq.
Kurt Gerstner, Esq.
One Constitution Plaza
Boston, Massachusetts 02129
Tel.: (617) 241-3000
Fax: (617) 241-5115
rpcampbell@campbell-trial-lawyers.com
kguilfoyle@campbell-trial-lawyers.com
kgerstner@campbell-trial-lawyers.com

Attorneys for Defendant
US AIRWAYS, INC.


SUSMAN GODFREY LLP

By: _____
      Jonathan Ross, Esq.
1000 Louisiana Street
Suite 5100
Houston, Texas 77002
Tel.: (713) 653-7813
Fax: (713) 654-3399
jross@susmangodfrey.com

-and-

MENDES & MOUNT, LLP
Edward J. McMurrer, Esq.
750 Seventh Avenue
New York, New York 10019-6829
Tel.: (212) 261-8000
Fax: (212) 261-8750
edward.mcmurrer@mendes.com

Attorneys for Defendant
HUNTLEIGH U.S.A. CORP.

MCLAUGHLIN & STERN

By: _____
        Jon Paul Robbins, Esq.
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
Fax: (212) 448-0066
probbins@mclaughlinstern.com

Attorneys for Defendant
ICTS INTERNATIONAL N.V.


O'MELVENY & MEYERS, L.L.P.


By: _____
        Mark Wood, Esq.
Ralph P. DeSanto, Esq.
Times Square Tower
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
mwood@omm.com
rdesanto@omm.com

Attorneys for Defendant
MASSACHUSETTS PORT AUTHORITY

MCLAUGHLIN & STERN

By: _____
        Jon Paul Robbins, Esq.
260 Madison Avenue
New York, New York 10016
Tel.: (212) 448-1100
Fax: (212) 448-0066
probbins@mclaughlinstern.com

Attorneys for Defendant
ICTS INTERNATIONAL N.V.


O'MELVENY & MEYERS, L.L.P.

By: */s/ Mark Wood*_____
        Mark Wood, Esq.
Ralph P. DeSanto, Esq.
Times Square Tower
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
mwood@omm.com
rdesanto@omm.com

Attorneys for Defendant
MASSACHUSETTS PORT AUTHORITY

CONNELL FOLEY LLP

By: _____/s/ Jeffrey W. Moryan_____
      Jeffrey W. Moryan, Esq.
85 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 535-0500
Fax: (973) 535-9217
jmoryan@connellfoley.com

Attorneys for Defendant
COLGAN AIR, INC.


CONNELL FOLEY LLP


By: _____
      Michael J. Crowley, Esq.
888 7th Avenue
Suite 3401
New York, New York  10106
Tel.: (212) 262-2390
Fax : (212) 262-0500
mcrowley@connellfoley.com

Attorneys for Defendants
DELTA AIR LINES, INC.

CONNELL FOLEY LLP

By: _____
      Jeffrey W. Moryan, Esq.
85 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 535-0500
Fax: (973) 535-9217
jmoryan@connellfoley.com

Attorneys for Defendant
COLGAN AIR, INC.

CONNELL FOLEY LLP

By: _____
      Michael J. Crowley, Esq.
888 7th Avenue
Suite 3401
New York, New York 10106
Tel.: (212) 262-2390
Fax : (212) 262-0500
mcrowley@connellfoley.com

Attorneys for Defendants
DELTA AIR LINES, INC.

PERKINS COIE LLP

By: _____
      Thomas J. McLaughlin, Esq.
Mack H. Shultz, Jr., Esq.
Eric S. Lent, Esq.
1201 Third Avenue
Suite 4800
Seattle, Washington 98101
Tel.: (206) 359-8000
Fax: (206) 359-9000
tmclaughlin@perkinscoie.com

-and-

RICHARD KIBBE & ORBE LLP
Brian S. Fraser, Esq.
One World Financial Center
29th Floor
New York, New York 10281
Tel.: (212) 530-1800
Fax: (212) 530-1801
bfraser@rkollp.com

-and-

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Robert A. Atkins, Esq.
1285 Avenue of the Americas
New York, New York 10019
Tel.: (212) 373-3000
Fax: (212) 757-3990
ratkins@paulweiss.com

Attorneys for Defendant
THE BOEING COMPANY

HUNTON & WILLIAMS LLP

By: _____
      Ryan A. Becker, Esq.
Brian V. Otero, Esq.
200 Park Avenue
New York, New York 10166
Tel.: (212) 309-1000
Fax: (212) 309-1100
rbecker@hunton.com
botero@hunton.com

Attorneys for Defendant
BURNS INTERNATIONAL SECURITY
SERVICES CORPORATION