Saul Ewing LLP

Jennifer L. Beidel
Phone: (215) 972-7850
Fax: (215) 972-1843
JBeidel@saul.com
www.saul.com

So ordered. The parties are permitted to file motion papers in accordance with Cantor Fitzgerald's proposed sealings and redaction logs.

August 13, 2010


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/10

August 9, 2010

RECEIVED
AUG 10 2010
ALVIN K. HELLERSTEIN
U.S.D.J.

**VIA HAND DELIVERY**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: *In re September 11 Litigation*
21 MC 101 (AKH)

Dear Judge Hellerstein:

The undersigned counsel represents and submits this letter on behalf of the Cantor Fitzgerald Plaintiffs.[1] Per Your Honor's request, enclosed please find the following documents:

(i) Cantor Fitzgerald Plaintiffs' Proposed Redaction Log Regarding Defendants American Airlines, Inc. and AMR Corporation's Motion *in Limine* and for Partial Summary Judgment;

(ii) Cantor Fitzgerald Plaintiffs' Proposed Sealing Log Regarding Defendants American Airlines, Inc. and AMR Corporation's Motions *in Limine* and for Partial Summary Judgment

(iii) Proposed redacted version of the Memorandum of Law in Support of the Motion *in Limine* of Defendants American Airlines, Inc. and AMR Corporation to Exclude Plaintiff Cantor Fitzgerald's Proffered Expert Report on Damages;

[1] The Cantor Fitzgerald Plaintiffs are Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed, Inc., eSpeed Securities, Inc., eSpeed Government Securities, Inc., and Trademark, L.P.

(iv) Proposed redacted version of the Memorandum of Law in Support of the Motion of Defendants American Airlines, Inc. and AMR Corporation for Partial Summary Judgment Dismissing Cantor Fitzgerald's Claims for Business Damages Resulting from the Deaths of its Employees; and

(v) Proposed redacted version of Defendants' Statement of Undisputed Facts Pursuant to Local Rule 56.1.

The undersigned counsel has conferred with counsel for Defendants American Airlines, Inc. and AMR Corporation. Defendants take no position with respect to the proposed redactions and sealing requests made by the Cantor Fitzgerald Plaintiffs.

Thank you for your consideration.

Respectfully submitted,

Jennifer L. Beidel, Esq.

cc: Desmond T. Barry, Esquire
Robert A. Clifford, Esquire
Timothy S. Tomasik, Esquire

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

IN RE SEPTEMBER 11TH 2001 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION

**21-MC-101 (AKH)**

Cantor Fitzgerald & Co., et al.,

Plaintiffs,

v.

American Airlines, Inc., et al.,

Defendants.

**04-CV-07318 (AKH)**



**CANTOR FITZGERALD PLAINTIFFS'[1] PROPOSED SEALING LOG REGARDING DEFENDANTS AMERICAN AIRLINES, INC. AND AMR CORPORATION'S MOTIONS *IN LIMINE* AND FOR PARTIAL SUMMARY JUDGMENT**

**Memorandum of Law in Support of Motion *in Limine***

| Exhibit | Reason for Sealing |
|---|---|
| Exhibit A | Private governmental submission |
| Exhibit B | Confidentially designated deposition transcript |
| Exhibit C | Confidentially designated expert report |
| Exhibit D | Confidentially designated loss calculation model |
| Exhibit H | Confidentially designated expert calculations |

[1] The Cantor Fitzgerald plaintiffs are Cantor Fitzgerald Securities, Cantor Fitzgerald & Co., Cantor Fitzgerald International, Cantor Fitzgerald Partners, eSpeed, Inc. Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Index Limited, eSpeed Government Securities, Inc., eSpeed Securities, Inc., TradeSpark, L.P., CO2e.com, LLC, and Cantor Fitzgerald L.P.

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE SEPTEMBER 11TH 2001 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION

21-MC-101 (AKH)

Cantor Fitzgerald & Co., et al.,

Plaintiffs,

v.

American Airlines, Inc., et al.,

Defendants.

04-CV-07318 (AKH)



**CANTOR FITZGERALD PLAINTIFFS'[1] PROPOSED REDACTION LOG REGARDING DEFENDANTS AMERICAN AIRLINES, INC. AND AMR CORPORATION'S MOTIONS *IN LIMINE* AND FOR PARTIAL SUMMARY JUDGMENT**

**Memorandum of Law in Support of Motion *in Limine***

| Page and Line | Reason for Redaction |
|---|---|
| Page 2 lines 3 and 4 – partial sentence | References to confidential deposition |
| Page 2 line 6 through Page 3 line 1 – two sentences | Quotation from confidential deposition and report |
| Page 2 Footnote 4 – parentheticals on lines 2 through 5 | Quotation from confidential deposition |
| Page 2 Footnote 5 – parenthetical on lines 2 through 4 | Quotation from confidential report |
| Page 3 Footnote 6 – parentheticals on lines 1 through 8 | Quotation from confidential deposition |
| Page 3 Footnote 7 – parentheticals on lines 1 and 2 | Quotation from confidential deposition |

[1] The Cantor Fitzgerald plaintiffs are Cantor Fitzgerald Securities, Cantor Fitzgerald & Co., Cantor Fitzgerald International, Cantor Fitzgerald Partners, eSpeed, Inc. Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Index Limited, eSpeed Government Securities, Inc., eSpeed Securities, Inc., TradeSpark, L.P., CO2e.com, LLC, and Cantor Fitzgerald L.P.

| Page and Line | Reason for Redaction |
| --- | --- |
| Page 4 Footnote 8 – parenthetical on lines 1 and 2 | Quotation from confidential deposition |
| Page 5 – dollar figures on lines 2 and 3, 6 and 7, 9, and 11 | Calculations from confidential report |
| Page 5 Footnote 14 – parenthetical on lines 4 and 5 | Quotation from confidential report |
| Page 5 Footnote 15 – quotation in lines 1 through 4 and parenthetical on lines 4 and 5 | Quotation from confidential deposition and report |
| Page 6 lines 4 and 5 – end of sentence | Characterization of confidential deposition |
| Page 6 line 7 – end of sentence | Characterization of confidential deposition |
| Page 6 Footnote 16 – parenthetical on lines 1 and 2 | Quotation from confidential deposition |
| Page 6 Footnote 17 – six percentage figures on lines 1, 2, 5, and 6 | Calculations from confidential report |
| Page 6 Footnote 18 – parentheticals on lines 1 through 4 | Quotation from confidential deposition |
| Page 6 Footnote 20 – parenthetical on lines 3 through 7 | Quotation from and characterization of confidential deposition |
| Page 7 lines 5 through 11 – four sentences | References to confidential report and deposition |
| Page 7 Footnote 21 – parenthetical on lines 1 through 3 | Quotation from confidential deposition |
| Page 7 Footnote 23 – parentheticals on lines 1 through 6 | Quotation from confidential deposition |
| Page 7 Footnote 26 – parenthetical on lines 2 through 4 | Quotation from confidential report |
| Page 7 Footnote 27 – parenthetical on lines 4 through 6 and three dollar figures in lines 1 through 3 | Quotation and calculations from confidential report |
| Page 8 lines1 through 3 – one sentence | Quotation from confidential deposition |
| Page 8 – parenthetical on line 5 | Improper reference to confidential mediation |
| Page 8 lines 7 through 13 – three sentences | Quotation from confidential deposition |
| Page 8 Footnote 28 – parenthetical on lines 1 through 3 | Quotation from confidential deposition |
| Page 8 Footnote 29 – parenthetical on lines 3 through 4 | Improper reference to confidential mediation |
| Page 8 Footnote 31 – parentheticals on lines 1 through 7 | Quotation from confidential deposition |
| Page 9 lines 3 through 5 – one sentence | Quotation from confidential deposition |

| Page and Line | Reason for Redaction |
|---|---|
| Page 9 lines 8 through 11 – one sentence | Quotation from confidential deposition |
| Page 9 Footnote 32 – parenthetical on lines 1 and 2 | Quotation from confidential deposition |
| Page 9 Footnote 34 – parenthetical on lines 1 through 4 | Quotation from confidential deposition |
| Page 15 lines 10 through 13 – one sentence | Quotation from confidential deposition |
| Page 16 Footnote 39 – percentages and dollar figures on lines 2 and 3 | Calculations from confidential report |

**Memorandum of Law in Support of Motion for Partial Summary Judgment**

| Page and Line | Reason for Redaction |
|---|---|
| Page 2 Footnote 3 – parentheticals on lines 2 through 7 | Quotation from confidential deposition |
| Page 3 Footnote 4 – parenthetical on lines 1 and 2 | Quotation from confidential deposition |
| Page 3 Footnote 5 – parentheticals on lines 1 through 8 | Quotation from confidential deposition |
| Page 3 Footnote 7 – parenthetical on lines 5 and 6 | Quotation from confidential report |
| Page 5 lines 11 through 22 – block quote | Quotation from confidential report |
| Page 6 lines 1 through 4 – one sentence | Quotation from confidential report |
| Page 7 lines 9 through 22 – block quote | Quotation from private governmental submission |
| Page 8 – dollar figure on line two | Calculations from confidential report |
| Page 8 lines 7 through 18 – three bullet points | Quotation from confidential report and deposition |
| Page 9 lines 5 through 8 – block quote | Quotation from confidential deposition |
| Page 9 lines 10 through 11 – one sentence | Quotation from confidential deposition |
| Page 9 – dollar figures on lines 12 through 14 | Calculation from confidential report |
| Page 16 lines 15 and 16 – one sentence | Quotation from confidential deposition |
| Page 16 lines 17 and 18 – one sentence | Quotation from private governmental submission |
| Page 16 Footnote 35 – dollar figures on line 2 | Calculation from confidential report |
| Page 16 Footnote 36 – dollar figures on lines 1 and 2 | Calculation from confidential report |
| Page 17 – dollar figure on line 11 | Calculation from confidential report |
| Page 17 Footnote 39 – dependent clause of second sentence on lines 1 and 2 | Improper reference to confidential mediation |
| Page 17 Footnote 41 – parentheticals on lines 1 through 4 | Quotation from confidential deposition |
| Page 17 Footnote 42 – parentheticals on lines 1 through 4 | Quotation from confidential deposition |
| Page 18 lines 1 through 4 – two sentences | Quotation from confidential deposition |

| Page and Line | Reason for Redaction |
|---|---|
| Page 18 – five percentages and dollar figures on lines 5, 6, 11, and 12 | Calculations from confidential report |
| Page 18 Footnote 43 – parenthetical on lines 1 through 4 | Quotation from confidential report |
| Page 18 Footnote 44 – parentheticals on lines 1 through 4 | Quotation from confidential deposition |
| Page 18 Footnote 45 – parentheticals on lines 1 through 3 | Quotation from confidential deposition |
| Page 18 Footnote 47 – parentheticals on lines 1 through 4 | Quotation from confidential deposition |
| Page 19 – two percentages on lines 1 and 2 | Calculations from confidential report |
| Page 19 lines 11 and 12 – one sentence | Quotation from confidential deposition |
| Page 19 – two percentages on lines 13 and 14 | Calculations from confidential report |
| Page 19 Footnote 51 – parentheticals on lines 1 through 5 | Quotation from confidential deposition and report |
| Page 19 Footnote 53 – parenthetical on lines 1 through 3 | Quotation from confidential deposition |
| Page 20 – two percentages and dollar figures on line 1 | Calculations from confidential report |
| Page 20 lines 3 through 7 – four sentences | Quotation from confidential deposition |
| Page 20 – one dollar figure on line 16 | Calculations from confidential report |
| Page 21 – one dollar figure on line 7 | Calculations from confidential report |
| Page 21 lines 9 through 11 – one sentence | Quotation from confidential deposition |
| Page 21 Footnote 62 – parenthetical on lines 1 through 3 | Quotation from confidential deposition |
| Page 21 Footnote 63 – parentheticals on lines 1 through 4 | Quotation from confidential deposition |
| Page 21 Footnote 66 – parentheticals on lines 1 through 5 | Quotation from confidential deposition |
| Page 21 Footnote 67 – parentheticals on lines 1 through 8 | Quotation from confidential deposition |
| Page 22 lines 2 and 3 – one sentence | Quotation from confidential deposition |
| Page 22 – dollar figure on line 12 | Calculations from confidential report |
| Page 22 Footnote 68 – parenthetical on lines 1 through 3 | Quotation from confidential deposition |

| Page and Line | Reason for Redaction |
|---|---|
| Page 22 Footnote 69 – parenthetical on lines 1 through 4 | Quotation from confidential deposition |
| Page 22 Footnote 70 – third sentence on lines 4 through 7 and parenthetical on lines 8 and 9 | Quotations from confidential deposition |

**Undisputed Statement of Facts in Support of Motion for Partial Summary Judgment**

| Page and Line | Reason for Redaction |
|---|---|
| Page 1 Paragraph 1 – quotation on lines 2 through 4 | Quotation from confidential report |
| Page 2 Paragraph 2 – quotation on lines 1 through 7 | Quotation from confidential report |
| Page 2 Paragraph 3 – quotations on lines 1 through 7 | Quotation from confidential report |
| Page 2 Paragraph 4 – quotation on lines 2 and 3 | Quotation from confidential report |
| Page 2 Paragraph 5 – quotation on lines 1 through 5 | Quotation from confidential deposition |
| Page 3 Paragraph 6 – quotation on lines 1 through 5 | Quotation from confidential report |
| Page 3 Paragraph 7 - quotation and parenthetical on lines 1 through 8 | Quotation from confidential deposition |
| Page 6 Paragraph 14 – quotations on lines 3 through 7 | Quotation from confidential deposition |
| Page 12 Paragraph 33 – quotation on lines 2 and 3 | Quotation from confidential report |
| Page 12 Paragraph 34 | Improper reference to confidential mediation report |
| Page 12-13 Paragraph 35 – five dollar figures on lines 6, 9, 10, and 11 | Calculations from confidential report |
| Page 13 Paragraph 38 – five dollar figures on lines 1, 4, 5, and 6 | Calculations from confidential report |
| Page 13-14 Paragraph 39 – three dollar figures on lines 2 through 4 | Calculations from confidential report |
| Page 14 Paragraph 40 – dollar figure on line 1 and parenthetical on lines 4 through 7 | Calculations and quotation from confidential report |
| Page 14 Paragraph 41 – two dollar figures on line 3 | Calculations from confidential report |
| Page 15 Paragraph 45 – dollar figure on line 2 | Calculations from confidential report |
| Page 15 Paragraph 46 – quotation on line 3 and second word on line 1 | Quotation from and reference to confidential deposition |
| Page 16 Paragraph 47 – parentheticals on lines 2 through 9 | Quotation from confidential deposition |
| Page 16 Paragraph 48 – parenthetical on lines 4 through 7 | Quotation from private governmental submission |
| Page 17 Paragraph 52 – two dollar figures on lines 2 and 3 | Calculations from confidential report |
| Page 18 Paragraph 54 – quotation on lines 1 through 4 | Quotation from confidential deposition and report |

| Page and Line | Reason for Redaction |
|---|---|
| Page 18 Paragraph 55 – parenthetical on lines 3 through 5 | Quotation from confidential deposition |
| Page 18 Paragraph 56 – quotation on lines 3 and 4 | Quotation from confidential deposition |
| Page 18 Paragraph 57 – parenthetical on line 5 | Quotation from confidential deposition |
| Page 19 Paragraph 58 – parentheticals on lines 3 through 6 | Quotations from confidential deposition |
| Page 19 Paragraph 60 – quotations on lines 2 through 5 | Quotations from confidential deposition |
| Page 19 Paragraph 61 – three percentages on lines 2 and 3 | Calculations from confidential report |
| Page 20 Paragraph 62 – quotation on lines 3 and 4 | Quotation from confidential deposition |
| Page 20 Paragraph 63 – dollar figure on line 2 and quotations on lines 3 through 9 | Calculations from confidential report and quotations from confidential deposition |
| Page 20 Paragraph 64 – three percentages on lines 3 through 5 | Calculations from confidential report |
| Page 21 Paragraph 66 – dollar figure on line 2 | Calculations from confidential report |
| Page 21 Paragraph 69 – quotation on lines 1 through 4 | Quotation from confidential report |
| Page 21 Paragraph 70 – parenthetical on lines 3 through 5 | Quotation from confidential deposition |
| Page 22 Paragraph 72 – quotation on lines 1 and 2 | Quotation from confidential report |
| Page 22 Paragraph 73 – two percentages on line 2 | Calculations from confidential report |
| Page 22 Paragraph 74 – percentage on line 2 and quotation on lines 3 through 6 | Calculations from confidential report and quotation from confidential deposition |
| Page 23 Paragraph 76 – dollar figure on line 1 | Calculations from confidential report |
| Page 23 Paragraph 78 – quotation on lines 1 and 2 | Quotation from confidential deposition |
| Page 23 Paragraph 79 – parenthetical on lines 2 through 5 | Quotation from confidential deposition |
| Page 23 Paragraph 80 – clause on line 2 | Reference to confidential deposition |
| Page 23 Paragraph 81 – dollar figure on line 2 | Calculations from confidential report |
| Page 24 Paragraph 83 – quotation on lines 2 through 6 | Quotation from confidential deposition |
| Page 25 Paragraph 86 – quotation on lines 3 through 7 | Quotation from confidential deposition |

| Page and Line | Reason for Redaction |
|---|---|
| Page 25 Paragraph 87 – quotation and parentheticals on lines 2 through 6 | Quotation from confidential deposition |
| Page 26 Paragraph 88 – parenthetical on lines 11 through 14 | Quotation from confidential deposition |
| Pages 26-27 Paragraph 90 – quotation and parentheticals on lines 1 and 3 through 10 | Quotation from confidential deposition |
| Page 27 Paragraph 91 – parentheticals on lines 4 through 16 | Quotation from confidential deposition |
| Page 27-28 Paragraph 92 – quotation and parenthetical on lines 3 through 6 | Quotation from confidential deposition |
| Page 28 Paragraph 93 – dollar figure on line 1 | Calculations from confidential report |