UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                    :    21 MC 101 (AKH)
                                                    :
                                                    :    (This Motion relates to:
                                                    :    02 CV 2987; 03 CV 0131;
                                                    :    04 CV 4577; 04 CV 6848;
IN RE SEPTEMBER 11 PROPERTY DAMAGE  :    04 CV 7136; 04 CV 7199;
AND BUSINESS LOSS LITIGATION                :    04 CV 7225; 04 CV 7231;
                                                    :    04 CV 7234; 04 CV 7238;
                                                    :    04 CV 7240; 04 CV 7241;
                                                    :    04 CV 7244; 04 CV 7246;
                                                    :    04 CV 7248; 04 CV 7272;
                                                    :    and 04 CV 7294)

-----------------------------------------------------------------X

## NOTICE OF MOTION FOR AN ORDER REQUIRING WORLD TRADE CENTER PROPERTIES TO POST AN APPEAL BOND

PLEASE TAKE NOTICE that Settling Plaintiffs, by their undersigned counsel, will move the United States District Court, before Judge Alvin K. Hellerstein at the United States Courthouse, Courtroom 14D located at 500 Pearl Street, New York, New York 10007-1312, at a date and time to be set by the court, for an Order Requiring World Trade Center Properties to post an appeal bond under Rule 7 of the Federal Rules of Appellate Procedure in the amount of $161,640,000.

In support of its motion for an appeal bond, Settling Plaintiffs will rely on the Declaration of Robert A. Clifford and Memorandum of law submitted therewith.

Dated: Chicago, Illinois
      August 19, 2010

                        Respectfully submitted,

                        CLIFFORD LAW OFFICES, P.C.

                        By:   /s/Robert A. Clifford
                              Robert A. Clifford (RC 9805)
                        120 North LaSalle Street, 31st Floor
                        Chicago, Illinois 60602
                        Telephone:  (312) 899-9090
                        Fax:  (312) 251-1160
                        rac@cliffordlaw.com

                        *Settling Plaintiffs' Liaison Counsel*