UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
:
IN RE SEPTEMBER 11 LITIGATION : 21 MC 101 (AKH)
:
:
:
CEDAR & WASHINGTON ASSOCIATES, LLC, :
:
              Plaintiff, :
: **ORDER REGULATING**
   -against- : **PROCEEDINGS**
:
: 08 Civ. 9146 (AKH)
:
THE PORT AUTHORITY OF NEW YORK AND NEW :
JERSEY, SILVERSTEIN PROPERTIES, INC., WORLD :
TRADE CENTER PROPERTIES LLC, SILVERSTEIN :
WTC MGMT. CO. LLC, 1 WORLD TRADE CENTER :
LLC, 2 WORLD TRADE CENTER LLC, 3 WORLD :
TRADE CENTER LLC, 4 WORLD TRADE CENTER :
LLC, 7 WORLD TRADE COMPANY, L.P., HMH :
WTC, INC., HOST HOTELS AND RESORTS, INC., :
WESTFIELD WTC LLC, WESTFIELD :
CORPORATION INC., CONSOLIDATED EDISON :
COMPANY OF NEW YORK, AMR CORPORATION, :
AMERICAN AIRLINES, INC., UAL CORPORATION, :
and UNITED AIRLINES, INC., :
:
:
             Defendants. :
-------------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Oral argument on Defendants' motion to dismiss will be heard on September 20, 2010 at 10:00 a.m. in Courtroom 14D.

      SO ORDERED.

Dated:    August 20, 2010
          New York, New York
                                     ALVIN K. HELLERSTEIN
                                     United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED; DATE FILED: 8/20/10]

1