USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE SEPTEMBER 11 PROPERTY DAMAGE
AND BUSINESS LOSS LITIGATION

:  21 MC 101 (AKH)
:
:  (This Motion relates to:
:  02 CV 2987; 03 CV 0131;
:  04 CV 4577; 04 CV 6848;
:  04 CV 7136; 04 CV 7199;
:  04 CV 7225; 04 CV 7231;
:  04 CV 7234; 04 CV 7238;
:  04 CV 7240; 04 CV 7241;
:  04 CV 7244; 04 CV 7246;
:  04 CV 7248; 04 CV 7272;
:  and 04 CV 7294)

-----------------------------------------------------------X

### NOTICE OF MOTION FOR AN ORDER REQUIRING WORLD TRADE CENTER PROPERTIES TO POST AN APPEAL BOND

PLEASE TAKE NOTICE that Settling Plaintiffs, by their undersigned counsel, will move the United States District Court, before Judge Alvin K. Hellerstein at the United States Courthouse, Courtroom 14D located at 500 Pearl Street, New York, New York 10007-1312, at a date and time to be set by the court, for an Order Requiring World Trade Center Properties to post an appeal bond under Rule 7 of the Federal Rules of Appellate Procedure in the amount of $161,640,000.

In support of its motion for an appeal bond, Settling Plaintiffs will rely on the Declaration of Robert A. Clifford and Memorandum of law submitted therewith.

*Motion denied. There is little or no reason to believe that appellant could not or would not pay appellee's costs. I do not find any bad faith or vexatious conduct on appellant's part. See FRAP 7.*

*8-20-10*
*[signature] A.K. Hellerstein*

MICROFILMED AUG 2 3 2010 -12 00 PM

Dated: Chicago, Illinois
August 19, 2010

                Respectfully submitted,

                CLIFFORD LAW OFFICES, P.C.

                By:   /s/Robert A. Clifford
                      Robert A. Clifford (RC 9805)
                120 North LaSalle Street, 31st Floor
                Chicago, Illinois 60602
                Telephone: (312) 899-9090
                Fax: (312) 251-1160
                rac@cliffordlaw.com

                *Settling Plaintiffs' Liaison Counsel*

Judge Hellerstein wrote:

"Motion denied. There is little or no reason to believe that appellant could not or would not pay appellee's costs. I do not find any bad faith or vexatious conduct on appellant's part. See FRAP 7.

8-20-10
Alvin K. Hellerstein"