UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re SEPTEMBER 11 PROPERTY DAMAGE AND,     21 MC 101 (AKH)
BUSINESS LOSS LITIGATION
-------------------------------------------------------------------x

This Document Relates to:

*World Trade Center LLC et al. v.*                **NOTICE OF APPEARANCE**
*United Airlines, Inc., et al.*
08 Civ. 3719 (AKH)

*World Trade Center LLC et al. v.*
*American Airlines, Inc., et al.*
08 Civ. 3722 (AKH)

-------------------------------------------------------------------x
To the Clerk of this Court and all Parties of Record:

    Enter my appearance as counsel in this case for Intervening Plaintiff TIG Insurance Company ("TIG"), as subrogee of World Trade Center Properties LLC, 1 World Trade Center LLC, 2 World Trade Center LLC, 3 World Trade Center LLC, 4 World Trade Center LLC, and 7 World Trade Company, LP.

    I certify that I am admitted to practice in this Court.

Dated: New York, New York
        August 27, 2010

                                      ABRAMS, GORELICK, FRIEDMAN &
                                      JACOBSON, P.C.
                                      Attorneys for Intervenor Plaintiff
                                      TIG Insurance Company, as subrogee of World
                                      Trade Center Properties, LLC, 2 World Trade
                                      Center LLC, and 4 World Trade Center, LLC.
                                      One Battery Park Plaza – 4th Floor
                                      New York, New York 10004
                                      (212) 422-1200


                                By:_____/S/_____
                                      Alexandra E. Rigney (AER-8584)
                                      One Battery Park Plaza – 4th Floor
                                      New York, New York 10004
                                      (212) 422-1200