MICHAEL H. ZHU, ESQ. PC
Michael H. Zhu, Esq.
225 Broadway, Suite 307
New York, N.Y. 10007
**(212) 227-2245**

BARISH ROSENTHAL
Samuel J. Rosenthal, Esq.
Bell Atlantic Tower, Suite 4020
1717 Arch Street
Philadelphia, PA. 19103
(215) 923-8900
Attorneys for Plaintiff



MILTON H. PACHTER, ESQ.
Christine Farrington, Esq.
225 Park Avenue South, 13th Fl.
New York, New York 10003
(212) 435-3417
Attorneys for Defendant Port Authority Trans-Hudson Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK.
------------------------------------------------------- X
IN RE SEPTEMBER 11, 2001 LITIGATION

21 MC 101 (AKH)

------------------------------------------------------- X
WILLIAM H. HILGER,

Case No.: 04-CV-6788 (AKH)

        Plaintiff,

-against-

PORT AUTHORITY TRANS HUDSON
CORPORATION,

        Defendant.
------------------------------------------------------- X

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a

party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, dismissed, in its entirety, with prejudice, and each party shall bear its own costs.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned that this Stipulation may be filed in multiple counterparts and that facsimile signatures shall suffice in lieu of originals for all parties.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned that this Stipulation may be filed with the Court without further notice.

Dated: New York, New York
August 30, 2010

MICHAEL H. ZHU, ESQ. PC

By: _____
Michael H. Zhu, Esq.
225 Broadway, Suite 307
New York, N.Y. 10007
(212) 227-2245

MILTON H. PACHTER, ESQ.

By: _____
Christine Farrington, Esq.
225 Park Avenue South, 13th Fl.
New York, N.Y. 10003
(212) 435-3417
Attorneys for Defendant
Port Authority Trans-Hudson
Corporation

BARISH ROSENTHAL

By: _____
Samuel J. Rosenthal, Esq.
Bell Atlantic Tower, Suite 4020
1717 Arch Street
Philadelphia, PA. 19103
(215) 923-8900
Attorneys for Plaintiff
William H. Hilger

SO ORDERED:

_____
U.S.D.J.
9/3/10

2