



Jennifer L. Beidel
Phone: (215) 972-7850
Fax: (215) 972-1843
JBeidel@saul.com
www.saul.com

September 14, 2010

**VIA FACSIMILE**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:   *In re September 11 Litigation*
           21 MC 101 (AKH)

Dear Judge Hellerstein:

    The undersigned counsel represents and submits this letter on behalf of the Cantor Fitzgerald Plaintiffs.[1] In light of the Cantor Fitzgerald Plaintiffs' Opposition Brief to Defendants American Airlines and AMR Corporation's Motion for Partial Summary Judgment, there are four exhibits that will need to be filed under seal tomorrow. They are as follows:

    (i)    Exhibit A-Excerpts of the deposition of James D. Helliwell of the Federal Aviation Administration dated November 30, 2007;

    (ii)   Exhibit B-Excerpts of the deposition of Michael Woodward of American Airlines, dated November 24, 2007;

    (iii)  Exhibit C-Excerpts of the deposition of Joseph M. Lawless of Massport, dated March 30, 2007; and

    (iv)   Exhibit D-Excerpts of the deposition of Carter S. Bibbey of Globe, dated September 12, 2006

---

[1] The Cantor Fitzgerald Plaintiffs are Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed, Inc., eSpeed Securities, Inc., eSpeed Government Securities, Inc., and Trademark, L.P.

September 14, 2010
Page 2

    We respectfully request that you grant Cantor Fitzgerald Plaintiffs' application for the above exhibits to be filed under seal in addition the exhibits previously filed under seal in the August 18, 2010 moving papers.

    If I can provide you with anymore information, please do not hesitate to contact me.

    Thank you for your consideration.

Respectfully submitted,

Jennifer L. Beidel, Esq.

cc:    Desmond T. Barry, Esquire
       Robert A. Clifford, Esquire
       Timothy S. Tomasik, Esquire