Beth D. Jacob
Schiff Hardin LLP
900 Third Avenue
New York, New York  10022
Telephone:  (212) 753-5000
*Attorneys for Defendant-Appellant The Port
Authority of New York and New Jersey*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SEPTEMBER 11 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION | 21 MC 101 (AKH) |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., <br> Plaintiffs, | 02 CV 7188 (AKH) |
| - against - | |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, <br> Defendant. | **NOTICE OF APPEAL** |
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, et al., <br> Plaintiffs, | 02 CV 7328 (AKH) |
| - against - | |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, <br> Defendant. | |

Notice is hereby given that Defendant The Port Authority of New York and New

Jersey, hereby appeals to the United States Court of Appeals for the Second Circuit from the

Order and Opinion Resolving Motions for Summary Judgment on The Port Authority's Claims

for Indemnification, entered on September 1, 2010, and all underlying rulings necessarily

affecting the order.  A copy of the September 1, 2010 Order and Opinion is attached hereto.

Dated: New York, New York
       September 29, 2010

                                        _____
                                        Beth D. Jacob
                                        SCHIFF HARDIN LLP
                                        900 Third Avenue
                                        New York, New York 10022
                                        (212) 753-5000

                                        *Attorneys for Defendant-Appellant The Port
                                        Authority of New York and New Jersey*

NY\50878182.2

2