UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
: 21 MC 101 (AKH)
:
IN RE SEPTEMBER 11 LITIGATION    : This Motion Relates To:
: 08 CIV 3719 (AKH)
: 08 CIV 3722 (AKH)
------------------------------------x

# DECLARATION OF DESMOND T. BARRY, JR.

I, DESMOND T. BARRY, JR., declare as follows:

1. I am admitted to practice before this Court, and a member of the law firm of Condon & Forsyth LLP, co-counsel for American Airlines, Inc. and AMR Corporation. I also serve as Liaison Counsel for the Aviation Defendants in these proceedings.

2. I submit this declaration in support of the Aviation Defendants' opposition to the WTCP Plaintiffs' motion for 28 U.S.C. § 1292(b) certification of five of this Court's prior Orders concerning WTCP's damages for immediate interlocutory appeal

3. In support of the Aviation Defendants' opposition to WTCP's motion, I attach true and correct copies of the following Exhibits:

| **No.** | **Exhibit** |
|---|---|
| A. | Order Regulating Admissible Evidence on Motion for Summary Judgment, *In Re Sept. 11th Litig.*, No. 21 MC 101 (S.D.N.Y. Aug. 28, 2008) |
| B. | Order Granting in Part and Denying in Part Motion for Summary Judgment Regarding Damages, *In Re Sept. 11th Litig.*, No. 21 MC 101 (S.D.N.Y. Dec. 10, 2008) |
| C. | Order Reclassifying and Denying World Trade Center Properties Plaintiffs' Motion for Reconsideration, *In Re Sept. 11th Litig.*, No. 21 MC 101 (S.D.N.Y. Apr. 29, 2009) |

| | |
|---|---|
| **D.** | Order Denying Motion for Reconsideration Or § 1292(b) Certification, *In Re Sept. 11th Litig.*, No. 21 MC 101 (S.D.N.Y. May 26, 2009) |
| **E.** | Summary Order Regarding Motion for Collateral Setoff and Summary Judgment, *In Re Sept. 11th Litig.*, No. 21 MC 101 (S.D.N.Y. Sept. 30, 2009) |
| **F.** | Transcript of Hearing, *In Re Sept. 11th Litig.*, No. 21 MC 101 (AKH) (S.D.N.Y. Aug. 25, 2010) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 8, 2010

_____
Desmond T. Barry, Jr.