## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Victoria A. Turchetti, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in New York, New York and that on the 8th day of Octoboer 2010, deponent served the within THE AVIATION DEFENDANTS' OPPOSITION TO WORLD TRADE CENTER PROPERTIES PLAINTIFFS' MOTION FOR 28 U.S.C. § 1292(B) CERTIFICATION; and DECLARATION OF DESMOND T. BARRY, JR., DATED OCTOBER 8, 2010, IN OPPOSITION TO THE MOTION upon:

1. Richard A. Williamson, Esq. – Counsel for Plaintiffs World Trade Center Properties LLC et al.;
2. Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel;
3. Donald A. Migliori, Esq. – Wrongful Death/Personal Injury Plaintiffs' Liaison Counsel
4. Katherine L. Pringle, Esq. – WTC7 Ground Defendants' Liaison Counsel
5. John F. Stoviak, Esq. – Counsel for Cantor Fitzgerald Plaintiffs;
6. Jay B. Spievack, Esq. – Counsel for Plaintiff Cedar & Washington Associates, LLC;
7. Jeannette A. Vargas, Esq. – U.S. Attorneys' Office
8. All Aviation Defendants' Counsel

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_____
Victoria A. Marchetti

Sworn to before me this
8th day of October 2010

_____
Notary Public

MARIA PAGAN
Notary Public, State of New York
No. 01PA4670337
Qualified in Queens County
Commission Expires 10/31/2014