## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

Robert A. Clifford, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Chicago, Illinois and that on 12th day of October 2010, deponent served the within **SETTLING PLAINTIFFS' OPPOSITION TO WORLD TRADE CENTER PROPERTIES PLAINTIFFS' MOTION FOR 28 U.S.C §1292(b) CERTIFICATION.**

1. Desmond T. Barry, Esq. and Victoria Turchetti - Aviation Defendants' Liaison Counsel;
2. Richard A. Williamson, Esq. And M. Bradford Stein, Esq. - Counsel for Plaintiffs World Trade Center Properties LLC et al.
3. John F. Stoviak, Esq. – Counsel for Cantor Fitzgerald Plaintiffs;
4. Jay B. Spievack, Esq. – Counsel for Plaintiff Cedar & Washington Associates, LLC
5. Donald A. Migliori, Esq. - Wrongful Death and Personal Injury Plaintiffs' Co-Liaison Counsel;
6. Katherine L. Pringle, Esq. – WTC7 Ground Defendants Liaison Counsel;
7. Sarah S. Normand, Esq. – U.S. Attorneys' Office
8. All Plaintiffs' Counsel.

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_____
Robert A. Clifford

Sworn to before me this
12th Day of October 2010.

_____
Notary Public

"OFFICIAL SEAL"
JEANNETTE M. McCLELLAND - REASOR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/24/2011