Jay B. Spievack
Sari E. Kolatch
Cohen Tauber Spievack & Wagner, P.C.
420 Lexington Avenue, Suite 2400
New York, NY 10170
*Attorneys for Plaintiff-Appellant*
*Cedar & Washington Associates, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
:
IN RE SEPTEMBER 11 LITIGATION : 21 MC 101 (AKH)
: ECF CASE
:
CEDAR & WASHINGTON ASSOCIATES, LLC, : **NOTICE OF APPEAL**
:
Plaintiff, :
: 08 Civ. 9146 (AKH)
-against- : ECF CASE
:
THE PORT AUTHORITY OF NEW YORK AND :
NEW JERSEY, SILVERSTEIN PROPERTIES, INC., :
WORLD TRADE CENTER PROPERTIES LLC, :
SILVERSTEIN WTC MANAGEMENT CO. LLC, 1 :
WORLD TRADE CENTER LLC, 2 WORLD TRADE :
CENTER LLC, 3 WORLD TRADE CENTER LLC, 4 :
WORLD TRADE CENTER LLC, 7 WORLD TRADE :
COMPANY, L.P., HMH WTC, INC., HOST HOTELS :
AND RESORTS, INC., WESTFIELD WTC LLC, :
WESTFIELD CORPORATION, INC., :
CONSOLIDATED EDISON COMPANY OF NEW :
YORK, AMR CORPORATION, AMERICAN :
AIRLINES, INC., UAL CORPORATION, and :
UNITED AIRLINES, INC., :
:
Defendants. :
:
----------------------------------------------------------------- x

    Notice is hereby given that Plaintiff Cedar & Washington Associates, LLC appeals to the United States Court of Appeals for the Second Circuit from the Summary Order Granting Defendants' Motion to Dismiss, entered September 22, 2010 (the "Summary

Order"), and all of the underlying rulings necessarily affecting the Summary Order, including the record of proceeding before the Honorable Alvin K. Hellerstein on September 20, 2010 (the "Record") referred to in the Summary Order and the Judgment granting the motion to dismiss and closing the case on September 30, 2010 (the "Judgment"). A copy of the Summary Order, entered September 22, 2010, is attached as Exhibit 1 hereto. A copy of the Record, dated September 20 2010, is attached as Exhibit 2 hereto. A copy of the Judgment, entered September 30, 2010, is attached Exhibit 3 hereto.

Dated: New York, New York
       October 14, 2010

> *(signature)*
> Jay B. Spievack
> Cohen Tauber Spievack & Wagner, P.C.
> 420 Lexington Avenue, Suite 2400
> New York, NY 10170
>
> *Attorney for Plaintiff-Appellant*
> *Cedar & Washington Associates, LLC*

{00090935.DOC; 1}