UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

IN RE SEPTEMBER 11 LITIGATION

and

IN RE SEPTEMBER 11 PROPERTY DAMAGE AND
BUSINESS LOSS LITIGATION

------------------------------X

Civil No.
21 MC 101 (AKH)

THIS DOCUMENT RELATES
TO: 03 CV 6940 (AKH)

Peters v. United Air Lines, Inc., et. al.

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that defendants United Air Lines, Inc., United Continental Holdings, Inc., (f/k/a UAL Corp.) and Huntleigh USA Corporation (collectively "Defendants") will move this Court upon the accompanying declaration and memorandum of law, at a date and time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order (i) approving the agreement entered into by plaintiff John C. Ransmeier, acting in his capacity as Administrator of the Estate of Louis N. Mariani, and Defendants, settling the claims asserted in *Peters v. United Air Lines, Inc., et. al.*, 03 CV 6940 (AKH) (the "Settlement"); (ii) entering final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; (iii) ruling that the liability limitation contained in section 408(a)(1) of the Air Transportation Safety and System Stabilization act applies to the Settlement

amount; and (iv) dismissing the Complaint in *Peters v. United Air Lines, Inc., et. al.*, 03 CV 6940 (AKH).

Dated: New York, New York
October 25, 2010

> Respectfully submitted,
>
> QUIRK AND BAKALOR, P.C.
>
> By: /s/ Jeffrey J. Ellis
> Jeffrey J. Ellis (JJE 7796)
> A Member of the Firm
> 845 Third Avenue, 15th Floor
> New York, New York 10022
> Telephone: (212) 319-1000
> Facsimile: (212) 319-1065
>
> &
>
> MAYER, BROWN, LLP
> 71 South Wacker Drive
> Chicago, Illinois 60606
> Telephone: (312) 701-7065
> Facsimile: (312) 706-8623
>
> Attorneys for Defendants
> UNITED AIR LINES, INC. and
> UNITED CONTINENTAL
> HOLDINGS, INC., (f/k/a
> UAL CORP.)
>
> SUSMAN GODFREY, LLP
>
> By: /s/ H. Lee Godfrey
> H. Lee Godfrey (HG 1204)
> A Member of the Firm
> 1000 Louisiana Street
> Houston, Texas 77002-5096
> Telephone: (713) 651-9366
> Facsimile: (713) 654-6666
>
> Attorneys for Defendant
> HUNTLEIGH USA CORPORATION

2