## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK )

I, Monica Cruz, being duly sworn deposes and says:

I am not a party to the action, am over eighteen (18) years of age and reside in Bronx, New York and I am employed by Quirk and Bakalor, P.C., attorneys for Defendants **UNITED AIR LINES, INC. and UNITED CONTINENTAL HOLDINGS, INC., (f/k/a UAL CORP.)**

On October 25, 2010, I served the within **NOTICE OF MOTION, DECLARATION OF JEFFREY J. ELLIS; and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR AN ORDER (1) APPROVING THE SETTLEMENT; (2) ENTERING FINAL JUDGMENT PURSUANT TO RULE 54 (b) OF THE FEDERAL RULES OF CIVIL PROCEDURE; (3) RULING THAT THE LIABILITY LIMITATION CONTAINED IN SECTION 408(a)(1) OF THE AIR TRANSPORTATION SAFETY AND SYSTEM STABILIZATION ACT APPLIES TO THE SETTLEMENT AMOUNT; and (4) DISMISSING THE COMPLAINT WITH PREJUDICE** by electronic mail to the following:

1. Charles Capace, Esq. – Attorney for Plaintiff John C. Ransmeier, Administrator of the Estate of Louis N. Mariani
2. Peter G. Beeson, Esq.
3. Donald A. Migliori, Esq. – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
4. Desmond T. Barry, Esq. – Aviation Defendants Liaison Counsel
5. Robert A. Clifford, Esq. and Timothy T. Tomasik, Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel
6. Beth Jacob, Esq. – WTC 7 Ground Defendants' Liaison Counsel
7. Richard Williamson, Esq. – WTCP Counsel; and
8. Jeannette Vargas, Esq. – United States Attorneys' Office

_____
**Monica Cruz**

Sworn to before me this
25th day of October 2010

_____
KAREN P. ARTUSA
Notary Public, State of New York
No. 01AR6224793
Qualified in Nassau County
Commission Expires July 12, 20 14