### AFFIDAVIT OF SERVICE

STATE OF ILLINOIS      )
                       ) ss.:
COUNT OF COOK          )

      Gary W. Westerberg states that he is not a party to the action, is over 18 years of age and resides in Chicago, Illinois and that on the 9th day of November 2010, he filed electronically with the Court and effected service of NOTICE OF MOTION TO ENFORCE LITIGATION AGREEMENT AND FOR DISMISSAL OF CLAIMS ASSERTED IN *BAVIS* ACTION AGAINST GLOBE AVIATION SERVICES CORPORATION; DEFENDANT GLOBE AVIATION SERVICES MEMORANDUM OF LAW IN SUPPORT OF THE MOTION; AND DECLARATION OF GARY W. WESTERBERG, DATED NOVEMBER 9, 2010, IN SUPPORT OF THE MOTION upon:

1. Robert A. Clifford and Timothy S. Tomasik – Property Damage and Business Loss Plaintiffs' Liaison Counsel
2. Donald A. Migliori – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
3. Katherine L. Pringle – WTC 7 Ground Defendants' Liaison Counsel
4. Richard Williamson– Counsel for Plaintiffs World Trade Center Properties LLC et al.
5. Jeannette A. Vargas – U.S. Attorneys' Office
6. Desmond T. Barry, Jr. – Aviation Defendants' Liaison Counsel

by having a copy of the papers emailed to the attorneys in accordance with the Court's March 10, 2005 Order.

                                                      s/Gary W. Westerberg
                                                      _____
                                                      Gary W. Westerberg