UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                             :
                                                             :
IN RE SEPTEMBER 11 LITIGATION        :  NO.: 21MC101(AKH)
                                                             :
                                                             :
------------------------------------------------------------x

### NOTICE OF MOTION OF HUNTLEIGH USA CORPORATION TO DISMISS REMAINING CLAIMS AGAINST IT, OR IN THE ALTERNATIVE, TO STAY ACTION DURING PENDENCY OF SETTLEMENT APPEAL

**PLEASE TAKE NOTICE** that Huntleigh USA Corporation will move this Court for an Order dismissing remaining claims against it, or in the alternative, to stay action against it during pendency of the appeal of prior settlement order. The two remaining property damage lawsuits in which Huntleigh is a defendant are *World Trade Center Properties LLC v. United Airlines, Inc.*, 08 Civ. 3719 (AKH), and *World Trade Center Properties LLC v. American Airlines, Inc.*, 08 Civ. 3722 (AKH). The two remaining wrongful death lawsuits in which Huntleigh is a defendant are *Bavis v. United Airlines, Inc.*, 02 Civ. 7154 (AKH) (the "*Bavis* Action"), and *Mariani v. UAL Corporation*, 01 Civ. 11628 (AKH).[1]

This motion is based upon the accompanying Memorandum of Law and the Declaration of Charles R. Eskridge III, dated November 10, 2010, and the exhibits attached thereto, and will be heard at a date and time to be scheduled by the Court.

---

[1] A settlement with respect to Louis Neal Mariani has been reached. Due to disputes with respect to the Mariani estate, that settlement has not yet been finally approved by this Court, although approval papers in that regard are filed and pending.

1344215v1/005989                                1

Dated: New York, New York
November 10, 2010

        Respectfully submitted,

        COUNSEL FOR DEFENDANT
        HUNTLEIGH USA CORPORATION


        By: __/s Jonathan J. Ross_____
        H. Lee Godfrey (HG1204)
        Charles R. Eskridge III
        Jonathan J. Ross (JR5100)

        **SUSMAN GODFREY L.L.P.**
        1000 Louisiana Street Suite 5100
        Houston, Texas 77002
        Telephone: 713-651-9366
        lgodfrey@susmangodfrey.com
        ceskridge@susmangodfrey.com
        jross@susmangodfrey.com