# EXHIBIT 6

967545v1/107572

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of October two thousand ten.

Before:     Richard C. Wesley,
            *Circuit Judge.*

|  |  |
|---|---|
| In re: September 11 Property Damage Litigation, et al., | **ORDER**<br>Docket Nos. 10-2970, 10-3128, 10-3131, 10-3133, 10-3135, 10-3136, 10-3137, 10-3139, 10-3140, 10-3141, 10-3143, 10-3144, 10-3145, 10-3148, 10-3153, 10-3157, 10-3159, 10-3178, 10-3180, 10-3241, 10-3279 |

IT IS HEREBY ORDERED that the Appellants' motion to consolidate the above-referenced appeals, to designate the Settling Plaintiffs as additional appellees, and to simplify the consolidated caption is GRANTED IN PART. To the extent the parties do not dispute the simplification of the caption to "In re: September 11 Property Damage Litigation" and recasting the Settling Plaintiffs as appellees, that part of Appellants' motion is GRANTED. However, to the extent Appellees contest this Court's jurisdiction to hear two of the appeals, their motion to dismiss is referred to a motions panel and shall be heard as soon as possible. The rest of the appeals, with the exception of docket numbers 10-3241 and 10-3279, shall be consolidated under lead docket number 10-2970. Once the Appellees' motion to dismiss is decided, the Court shall entertain a stipulation for a briefing schedule and request that the appeal be expedited.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

Judy Pisnanont, Motions Staff Attorney