## CERTIFICATE OF SERVICE

I, Mary Schiavo, hereby certify that I am not a party to this action, I am over 18 years of age and reside in Mount Pleasant, South Carolina and that on the 23th day of November 2010, a true and correct copy of the foregoing **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO MOTIONS OF HUNTLEIGH USA CORPORATION AND ICTS INTERNATIONAL, N.V. TO DISMISS, OR IN THE ALTERNATIVE TO STAY, THE *BAVIS* CLAIMS** was served VIA ECF upon:

1. Desmond T. Barry, Jr. – Aviation Defendants' Liaison Counsel
2. Eric C. McNamar – Aviation Defendants' Counsel
3. Robert A. Clifford – Property Damage and Business Loss Plaintiffs' Liaison Counsel
4. Richard A. Williamson –Ground Defendants' Liaison Counsel
5. Beth D. Jacobs – WTC 7 Ground Defendants' Liaison Counsel
6. Beth Goldman – U.S. Attorneys' Office

       s/Mary Schiavo
       Mary Schiavo