UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE SEPTEMBER 11 LITIGATION ) | 21 MC 101 (AKH) |
| ) | This relates to: |
| ) | *Bavis v. United Airlines, Inc.*, |
| ) | 02 CIV 7154 (AKH) |

## **DECLARATION OF MARY F. SCHIAVO**

I, MARY F. SCHIAVO, declare as follows:

1. I am admitted to practice before this Court, and I am a lawyer with the Firm of Motley Rice LLC, counsel for Plaintiff in *Bavis v. United Airlines, Inc.*, 02 Civ. 7154 (AKH).

2. I submit this Declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Notice of Motion to Enforce Litigation Agreement and for Dismissal of Claims Asserted in *Bavis* Action Against Globe Aviation Services Corporation, filed at 21 MC 101 (AKH) Dkt. 1324.

3. In support of the Plaintiff's Memorandum of Law in Opposition to Defendant's Notice of Motion to Enforce Litigation Agreement and for Dismissal of Claims Asserted in *Bavis* Action Against Globe Aviation Services Corporation, I attach true and correct copies of the following Exhibits:

| Exhibit | Description |
|---|---|
| 1 | Transcript of this Honorable Court's June 26, 2006, Hearing and Ruling from the Bench in 21 MC 97. |
| 2 | Opinion and Order of this Honorable Court, filed at 21 MC 101 (AKH) Dkt. 691, January 16, 2009. |
| 3 | Deposition Transcript of Stephen J. Wallace, July 17, 2007. |
| 4 | Deposition Exhibit 510, FBI Interview Report of Stephen J. Wallace, September 29, 2001. |
| 5 | Deposition of Carter S. Bibbey, September 12, 2006. |
| 6 | Deposition of James Miller, Jr., May 23, 2008. |
| 7 | Deposition Exhibit 812, FBI Interview Report of Theresa Spagnuolo, September 12, 2001. |
| 8 | Deposition Transcript of Theresa Spagnuolo, February 20, 2009. |

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 23, 2010
         Mount Pleasant, South Carolina

                                      By:    *Mary Schiavo*
                                             Mary F. Schiavo