## CERTIFICATE OF SERVICE

    I, Mary Schiavo, hereby certify that I am not a party to this action, I am over 18 years of age and reside in Mount Pleasant, South Carolina and that on the 23th day of November 2010, a true and correct copy of the foregoing **PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENTANTS MOTION TO ENFORECE LITIGATION AGREEMENT AND FOR DISMISSAL OF CLAIMS ASSERTED IN BAVIS ACTION AGAINST GLOBE AVIATION SERVICES CORPORATION** was served VIA ECF upon:

1. Desmond T. Barry, Jr. – Aviation Defendants' Liaison Counsel
2. Eric C. McNamar – Aviation Defendants' Counsel
3. Robert A. Clifford – Property Damage and Business Loss Plaintiffs' Liaison Counsel
4. Richard A. Williamson – Ground Defendants' Liaison Counsel
5. Beth D. Jacobs – WTC 7 Ground Defendants' Liaison Counsel
6. Beth Goldman – U.S. Attorneys' Office


                                                    s/Mary Schiavo
                                                  Mary Schiavo