USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/24/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:  21 MC 101 (AKH)
:
IN RE SEPTEMBER 11 LITIGATION  : This Document Relates to:
:
:  02-CV-07154
:  Bavis v. United Airlines, Inc., et al.
------------------------------------- x

## STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT THE BOEING COMPANY

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto, that the claims of Plaintiff Mary Bavis, individually and as personal representative of the Estate of Mark Bavis, ("Plaintiff") against defendant The Boeing Company ("Boeing") contained in all operative complaints, including without limitation the Second Amended Complaint for Wrongful Death and Survival in Case No. 02-CV-7154 (AKH), dated January 14, 2004 and the Plaintiffs' Fourth Amended Flight 175 Master Liability Complaint in Case No. 21 MC 97, dated September 14, 2007, are hereby dismissed with prejudice and without costs to either party as against the other.

/////

/////

/////

01038-9996/LEGAL19594028.1

Dated: November 23, 2010
Providence, RI

**MOTLEY RICE LLC**

By *[signature]*

Ronald L. Motley
Joseph F. Rice
Donald A. Migliori
Mary Schiavo
28 Bridgeside Boulevard
Post Office Box 1792
Mount Pleasant, SC  29465
Telephone: (843) 216-9000

*Liaison Counsel for PI/WD Plaintiffs and Attorneys for Plaintiff*

Dated: November 24, 2010
New York, New York..

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By *[signature]*

Robert A. Atkins
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000

**PERKINS COIE LLP**
Thomas J. McLaughlin
Mack H. Shultz, Jr.
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: (206) 359-9000

**RICHARDS KIBBE & ORBE LLP**
Brian S. Fraser
One World Financial Center
New York, NY  10281-1003
Telephone: (212) 530-1800

*Attorneys for Defendant The Boeing Company*


SO ORDERED.

Dated: November 24, 2010
New York, New York.

*[signature]*
Alvin K. Hellerstein, United States District Judge

## CERTIFICATE OF SERVICE

I, Robert A. Atkins, certify that on November 24, 2010, copies of the **Stipulation and Order of Dismissal of Plaintiff's Claims Against Defendant The Boeing Company** were served upon the below-listed parties by email.

### *PERSONAL INJURY AND WRONGFUL DEATH PLAINTIFFS' LIAISON COUNSEL*

Marc Moller, Esq.
KREINDLER & KREINDLER, LLP
100 Park Avenue
New York, NY  10017
mmoller@kreindler.com

Donald A. Migliori, Esq.
MOTLEY RICE LLP
321 South Main Street
P.O. Box 6067
Providence, RI  02940
dmigliori@motleyrice.com

### *PROPERTY DAMAGE AND BUSINESS LOSS PLAINTIFFS' LIAISON COUNSEL*

Robert A. Clifford, Esq.
CLIFFORD LAW OFFICES
120 North LaSalle Street
Chicago, IL  60602

rac@cliffordlaw.com; tst@cliffordlaw.com

### *AVIATION DEFENDANTS' LIAISON COUNSEL*

Desmond T. Barry, Jr., Esq.
Christopher Christensen, Esq.
Morgan Zam, Esq.
CONDON & FORSYTH LLP
7 Times Square
New York, NY  10017

dbarry@condonlaw.com

### *GROUND DEFENDANTS' LIAISON COUNSEL*

Richard A. Williamson, Esq.
M. Bradford Stein, Esq.
FLEMMING, ZULACK & WILLIAMSON, LLP
One Liberty Plaza – 35th Floor
New York, NY  10006

21MC101@fzw.com

*ATTORNEYS FOR INTERVENOR*
*THE UNITED STATES OF AMERICA*

Sarah S. Normand, Esq.
Jeannette Vargas, Esq.
Assistant U.S. Attorneys
Southern District of New York
U.S. DEPARTMENT OF JUSTICE
86 Chambers Street
New York, NY 10007

Sarah.Normand@usdoj.gov;
Jeannette.Vargas@usdoj.gov

*WTC7 DEFENDANTS' LIAISON COUNSEL*

Beth D. Jacob, Esq.
SCHIFF HARDIN & WAITE
900 Third Avenue
New York, NY 10022

wtc7defendants@schiffhardin.com

    I also electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to those counsel who have registered with the court to receive email notices for these cases.

By: /s/ Robert A. Atkins
    Robert A. Atkins
    Attorneys for Defendant
    The Boeing Company
    RAtkins@paulweiss.com
    Tel: (212) 373-3000
    Fax: (212) 757-3990