USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
IN RE SEPTEMBER 11 LITIGATION               :
------------------------------------------------------------------- :
INDUSTRIAL RISK INSURERS,                   :   **ORDER REGULATING**
                                            :   **PROCEEDINGS**
                     Petitioner,            :
                                            :   21 MC 101 (AKH)
        -against-                           :
                                            :   10 Civ. 3036
7 WORLD TRADE COMPANY, L.P.,                :
                                            :
                     Respondent.            :
------------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties are directed to submit briefing on the issue whether this Court possesses subject-matter jurisdiction to hear their underlying dispute. See Federal Arbitration Act, 9 U.S.C. § 4; Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101 note; 28 U.S.C. § 1367. Each party shall submit a single brief, no longer than 10 pages, by December 20, 2010, at 4:00pm. The parties shall appear for oral argument on this issue on January 4, 2011, at 4:00pm.

SO ORDERED.

Dated:   December _1_, 2010
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge