## AFFIDAVIT OF SERVICE

    I, Jonathan J. Ross, an attorney with the firm of Susman Godfrey L.L.P., attorneys for Defendant Huntleigh USA Corporation, certify that I am over eighteen (18) years of age. On this 1st day of December, 2010, I caused to be served via electronic case filing in accordance with the Case Management Order dated October 17, 2006 and the Court's March 10, 2005 Order, the Reply Brief in Support of Motion of Huntleigh USA Corporation to Dismiss Remaining Claims Against It, or in the Alternative, to Stay Action During Pendency of Settlement Appeal on the parties on the following service list:

To:    All Liaison Counsel

| | |
|---|---|
| Aviation Defendants' Liaison Counsel | dbarry@condonlaw.com |
| | vturchetti@condonlaw.com |
| Ground Defendants' Liaison Counsel | jcohen@fzwz.com |
| | rwilliamson@fzwz.com |
| PD/BL Plaintiffs' Liaison Counsel | rac@cliffordlaw.com |
| | tst@cliffordlaw.com |
| PI/WD Plaintiffs' Liaison Counsel | dmigliori@motleyrice.com |
| WTC7 Ground Defendants Liaison Counsel | kpringle@fklaw.com |

Jeannette Vargas                             jeannette.vargas@usdoj.gov
Assistant United States Attorneys
United States Attorney's Office, S.D.N.Y.
Transportation Security Administration
86 Chambers Street
New York, New York 10007

Beth Jacob, Esq.                              bjacob@schiffhardin.com
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022
Attorneys for Defendant
The Port Authority of New York and New Jersey

    I certify under the penalty of perjury that the foregoing is true and correct.

                                                                         s/ Jonathan J. Ross
                                                                         Jonathan J. Ross

Dated: Houston, Texas
December 1, 2010

1371111v1/005989