

**MotleyRice**®
ATTORNEYS AT LAW

Mary F. Schiavo
*Licensed in DC, FL, MD, MO, SC*

South Carolina Office
Direct Dial 843.216.9138
Direct Fax 843.216.9440
mschiavo@motleyrice.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/10

November 29, 2010

VIA EMAIL and FEDERAL EXPRESS
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   **In re September 11 Litigation**, 21 MC 101 (AKH)
        Bavis v. United Airlines, Inc. et al., 02-CV-7154 (AKH)

Dear Judge Hellerstein:

In accordance with the Southern District of New York Electronic Case Filing Rules and Instructions Rule 21.8, I wish to inform you that sensitive personal information (address, phone number and social security number) was mistakenly filed in two exhibits (Ex. 6 and Ex. 8) attached to my Declaration in Support of the Bavis Plaintiff's Memorandum of Law in Opposition to Defendant's Notice of Motion to Enforce Litigation Agreement and for Dismissal of Claims Asserted in Bavis Action Against Globe Aviation Services Corporation, Document no. 1340 in the case referenced above.

Once the error became known, my staff immediately contacted Docket Support on November 24, 2010, and requested four exhibits (Ex. 3,5,6,8) to be sealed pending further action to protect the sensitive information. I am requesting that you grant permission for the entries to be formally sealed and to allow plaintiff's counsel to re-file my declaration with the correct redacted exhibits.

Respectfully submitted,

Mary Schiavo
MOTLEY RICE LLC

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000
f. 843.216.9450

321 South Main St.
Providence, RI 02903
o. 401.457.7700
f. 401.457.7708

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681
f. 860.882.1682

275 Seventh Ave., 2nd Floor
New York, NY 10001
o. 212.577.0040
f. 212.577.0054

320 Chestnut St.
Morgantown, WV 26505
o. 304.413.0456
f. 304.413.0458

www.motleyrice.com

cc:   (by e-mail)
      Don Miglioiri, Wrongful Death and Personal Injury Plaintiffs' Liason
      Desmond T. Barry, Jr. Esq., Aviation Defendants' Liaison Counsel
      Robert A. Clifford, Esq., Property Damage Liaison Counsel
      Jeannette Vargas., U.S. Attorney's Office
      Richard A. Williamson, Counsel for Plaintiffs World Trade Center Prop.
      John F. Stoviak, Esq., Counsel for Cantor Fitzgerald Plaintiffs
      Katherine L. Pringle, Esq., WTC 7 Ground Defendants' Liaison Counsel

---

*Handwritten order:*

Order:
1. Plaintiff shall re-file, nunc pro tunc, the pleading with redacted exhibits 3, 5, 6, 8, suitable for public filing.
2. The Clerk of Court shall accept such pleading as substitute, and return the original pleading with full exhibits 3, 5, 6, 8 & pl's counsel.

12/4/10
/s/ AKH [?]

Judge wrote:

"I order:

1. Plaintiff shall re-file, nunc pro tunc, the pleading with redacted exhibits 3, 5, 6, 8, suitable for public filing.

2. The Clerk of Court shall accept such pleading as substitute, and return the original pleading with full exhibits 3, 5, 6 8 to plaintiff's counsel.

12/2/10
Alvin K. Hellerstein"