UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                                        :
                                                        :
IN RE SEPTEMBER 11 LITIGATION          :    NO.: 21MC101(AKH)
                                                        :
                                                        :
--------------------------------------------------------x

## NOTICE OF MOTION OF HUNTLEIGH USA CORPORATION
## FOR RECONSIDERATION AND ORAL ARGUMENT

**PLEASE TAKE NOTICE** that Huntleigh USA Corporation moves this Court for Reconsideration and For Oral Argument, with respect to this Court's Order Denying Huntleigh's Motions to Dismiss or Stay Actions, dated December 1, 2010.

This motion is based upon the accompanying Declaration of Charles R. Eskridge III, dated December 3, 2010, and the exhibits attached thereto, and will be heard at a date and time to be scheduled by the Court.

Dated: New York, New York
December 3, 2010

                                          Respectfully submitted,

                                          COUNSEL FOR DEFENDANT
                                          HUNTLEIGH USA CORPORATION

                                          By: /s Jonathan J. Ross
                                          H. Lee Godfrey (HG1204)
                                          Charles R. Eskridge III
                                          Jonathan J. Ross (JR5100)

                                          **SUSMAN GODFREY L.L.P.**
                                          1000 Louisiana Street Suite 5100
                                          Houston, Texas 77002
                                          Telephone: 713-651-9366
                                          lgodfrey@susmangodfrey.com
                                          ceskridge@susmangodfrey.com
                                          jross@susmangodfrey.com

1372438v1/005989

1