UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                              :
                                              :
IN RE SEPTEMBER 11 LITIGATION   :   NO.: 21MC101(AKH)
                                              :
                                              :
------------------------------------------------------------ x

## DECLARATION OF CHARLES R. ESKRIDGE III

1. I am an attorney in good standing and a partner of the law firm of Susman Godfrey L.L.P., which is counsel to Defendant Huntleigh USA Corporation ("Huntleigh") in the captioned litigation.

2. I submit this Declaration in support of the Motion For Reconsideration And For Oral Argument By Huntleigh USA Corporation.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Reply Brief In Support Of Motion Of Huntleigh USA Corporation To Dismiss Remaining Claims Against It, Or In The Alternative, To Stay Action During Pendency Of Settlement Appeal, filed December 1, 2010.

4. Attached hereto as Exhibit 2 is a true and correct copy of this Court's Order Denying Huntleigh's Motions To Dismiss Or Stay Actions, filed December 1, 2010.

5. Attached hereto as Exhibit 3 is a true and correct copy of this Court's Order and Opinion Granting Joint Motion Approving Property Damage Settlements, filed July 1, 2010.

1372332v1/005989

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on December 3, 2010, in Houston, Texas.

_____
Charles R. Eskridge III

Subscribed and sworn to before me this
3rd day of December, 2010.

_____
Notary Public, the State of Texas

L K. MCCRARY
Public, State of Texas
...ion Expires 12-19-2010