UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                                          :
                                                          :
IN RE SEPTEMBER 11 LITIGATION          :   NO.: 21MC101(AKH)
                                                          :
                                                          :
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I, Jonathan J. Ross, an attorney with the firm of Susman Godfrey L.L.P., attorneys for Defendant Huntleigh USA Corporation, certify that I am over eighteen (18) years of age. On this 1st day of December, 2010, I caused to be served via electronic case filing in accordance with the Case Management Order dated October 17, 2006 and the Court's March 10, 2005 Order, the **Notice of Motion for Reconsideration and For Oral Argument by Huntleigh USA Corporation, Memorandum of Law in Support of Motion for Reconsideration and For Oral Argument by Huntleigh USA Corporation**, and **Declaration of Charles R. Eskridge III** on the parties on the following service list:

To:  All Liaison Counsel

| | |
|---|---|
| Aviation Defendants' Liaison Counsel | dbarry@condonlaw.com |
| | vturchetti@condonlaw.com |
| Ground Defendants' Liaison Counsel | jcohen@fzwz.com |
| | rwilliamson@fzwz.com |
| PD/BL Plaintiffs' Liaison Counsel | rac@cliffordlaw.com |
| | tst@cliffordlaw.com |
| PI/WD Plaintiffs' Liaison Counsel | dmigliori@motleyrice.com |
| WTC7 Ground Defendants Liaison Counsel | kpringle@fklaw.com |

Jeannette Vargas                                  jeannette.vargas@usdoj.gov
Assistant United States Attorneys
United States Attorney's Office, S.D.N.Y.
Transportation Security Administration
86 Chambers Street
New York, New York 10007

Beth Jacob, Esq.                                  bjacob@schiffhardin.com
Schiff Hardin LLP
900 Third Avenue
New York, New York 10022
Attorneys for Defendant
The Port Authority of New York and New Jersey

1371519v1/005989

I certify under the penalty of perjury that the foregoing is true and correct.

                                                           s/ Jonathan J. Ross
                                                            Jonathan J. Ross

Dated:  Houston, Texas
December 3, 2010.