


CHICAGO • HOUSTON

FOUNDERS*
William P. Bila
Robert P. Conlon
Edward P. Gibbons
Celeste M. King*
Gary L. Lockwood
Paul F. Matousek
David E. Walker
Mark D. Wilcox

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/10

December 7, 2010

Robert P. Conlon
312.244.6767
rconlon@wwmlawyers.com

**VIA FACSIMILE – (212) 805-7942**

Honorable Alvin K. Hellerstein
United States District Court for the
 Southern District of New York

Re: *In Re: September 11 Property Damage and Business Loss Litigation*
Case No.: 1:21-mc-00101-AKH

Dear Judge Hellerstein:

Please remove my name (Robert P. Conlon) and my firm (Walker Wilcox Matousek LLP) from the service list for this matter. Since starting my new firm in 2005, we have never entered an appearance and do not represent Globe Aviation Services Corp.

Please advise if you need any additional information.

Very truly yours,

WALKER WILCOX MATOUSEK LLP

Robert P. Conlon

RPC:kf

So Ordered.

*[signature]*
12-7-10

225 W. Washington Street, Suite 2400 • Chicago, IL 60606-3418 • Main 312.244.6700 • Fax 312.244.6800/6801

*Licensed only in IL
+Also Licensed in D.C.

**1:21-mc-00101-AKH** In Re: September 11 Property Damage and Business Loss Litigation
Alvin K. Hellerstein, presiding
**Date filed:** 03/21/2005
**Date of last filing:** 12/03/2010

# Parties

**1 World Trade Center LLC**
*Added: 04/21/2008*
*(Plaintiff)*

represented by

**Dale Christian Christensen, Jr**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1200
(212) 480-8421 (fax)
christensen@sewkis.com
*Assigned: 02/03/2009*
*ATTORNEY TO BE NOTICED*

**Jason Todd Cohen**
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006
(212) 412-9500
(212) 964-9200 (fax)
jcohen@fzwz.com
*Assigned: 08/14/2008*
*ATTORNEY TO BE NOTICED*

**Thomas A. Egan**
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006
(212) 412-9500
(212) 964-9200 (fax)
tegan@fzw.com
*Assigned: 02/13/2009*
*ATTORNEY TO BE NOTICED*

**Gregg Herbert Kanter**
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006
(212) 412-9553
(212) 964-9200 (fax)
gkanter@fzw.com
*Assigned: 08/18/2008*
*ATTORNEY TO BE NOTICED*

*(Defendant)* | represented by | One Battery Park Plaza
New York, NY 10004
212-527-1350
212-527-1680 (fax)
jconnors@jhcb.com
*Assigned: 03/03/2005*
*ATTORNEY TO BE NOTICED*

**Globe Aviation Services Corp.**
*Added: 03/03/2005*
*(ThirdParty Defendant)*

represented by

~~Robert P. Conlon
Walker Wilcox Matousek LLP
225 West Washington Street
Suite 2400
Chicago, IL 60606
(312) 443-6700 x6767
(312) 244-6800 (fax)
rconlon@wwmlawyers.com
*Assigned: 03/03/2005*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*~~

**James Patrick Connors**
Jones Hirsch Connors & Bull P.C.
One Battery Park Plaza
New York, NY 10004
212-527-1350
212-527-1680 (fax)
jconnors@jhcb.com
*Assigned: 03/03/2005*
*ATTORNEY TO BE NOTICED*

**Gary William Westerberg**
Lord Bissell & Brook( 111 South Wacker Dr)
111 South Wacker Drive
Chicago, IL 60606
(312)-443-0245
(312)-896-6245 (fax)
gwesterberg@lockelord.com
*Assigned: 03/03/2005*
*ATTORNEY TO BE NOTICED*

**Globe Aviation Services Corp.**
*Added: 03/03/2005*
*(Defendant)*

represented by

**Robert P. Conlon**
Walker Wilcox Matousek LLP
225 West Washington Street
Suite 2400
Chicago, IL 60606
(312) 443-6700 x6767
(312) 244-6800 (fax)
rconlon@wwmlawyers.com