UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE SEPTEMBER 11 LITIGATION

Civil No.
21 MC 101 (AKH)

THIS RELATES TO:
02 CV 7154 (AKH)

*Bavis v. United Airlines, Inc., et al.*

**NOTICE OF MOTION**

------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants United Air Lines, Inc.; United Continental Holdings, Inc., (f/k/a UAL Corp.), (hereinafter "United"); Huntleigh USA Corporation; ICTS International, N.V., Globe Aviation Services Corporation; and The Massachusetts Port Authority (collectively "Defendants") will move this Court upon the accompanying Declaration of Jeffrey J. Ellis and Memorandum of Law, at a date and time to be set by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York, for an order (i) directing Plaintiff to fully comply with the Court's prior directives and to provide clear, concise claim information; (ii) establishing an expedited briefing schedule for the standard of care and collateral estoppel

issues; or alternatively, (iii) granting reconsideration of United and Huntleigh USA Corporation's prior request for a damages-only trial.

Dated: December 8, 2010
      New York, New York

    Respectfully submitted,

    QUIRK AND BAKALOR, P.C.

    By: /s/ Jeffrey J. Ellis
        Jeffrey J. Ellis (JJE-7796)
    845 Third Avenue, 15th Floor
    New York, New York 10022
    Telephone: (212) 319-1000
    Facsimile: (212) 319-1065

    -and-

    MAYER, BROWN, LLP
    Michael Rowe Feagley, Esq.
    71 South Wacker Drive
    Chicago, Illinois  60606
    Telephone: (312) 701-7065
    Facsimile:  (312) 706-8623

    *Attorneys for Defendants*
    *UNITED AIR LINES, INC. and*
    *UNITED CONTINENTAL*
    *HOLDINGS, INC., (f/k/a*
    *UAL CORP.)*

    -and-

    SUSMAN GODFREY, L.L.P.
    H. Lee Godfrey, Esq.
    Charles R. Eskridge III, Esq.
    Jonathan J. Ross, Esq.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile:  (713) 654-6666

    *Attorneys for Defendant*
    *HUNTLEIGH USA CORPORATION*

-and-

MCLAUGHLIN & STERN, LLP
Jon Paul Robbins, Esq.
260 Madison Avenue
New York, New York 10016
Telephone: (212) 448-1100
Facsimile: (212) 448-0066

*Attorneys for Defendant*
*ICTS INTERNATIONAL, N.V.*

-and-

LOCKE LORD BISSELL & LIDDELL LLP
Gary Westerberg, Esq.
Ann C. Taylor, Esq.
111 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 443-0700
Facsimile: (312) 443-0336

JONES HIRSCH CONNORS & BULL, P.C.
James P. Connors, Esq.
1 Battery Park Plaza
New York, NY 10004
Telephone: (212) 527-1000
Facsimile: (212) 527-1680

*Attorneys for Defendant*
*GLOBE AVIATION SERVICES*
*CORPORATION*

-and-

O'MELVENY & MYERS LLP
Mark Wood, Esq.
Allen Burton, Esq.
Ralph P. DeSanto, Esq.
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile:  (212) 326-2061

*Attorneys for Defendant*
*THE MASSACHUSETTS PORT*
*AUTHORITY*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 MC 101 (AKH)

Index No.          Year

IN RE SEPTEMBER 11 LITIGATION

THIS DOCUMENT RELATES TO: 02 CV 7154 (AKH)

### NOTICE OF MOTION

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* UNITED AIR LINES, INC. and UNITED CONTINENTAL HOLDINGS, INC. (f/k/a UAL CORP.)

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

Attorney(s) for

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified) true copy of a*
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order
will be presented for settlement to the HON.
within named Court, at
on                    at             M.
Dated,

of which the within is a true copy
one of the judges of the

Yours, etc.

**QUIRK AND BAKALOR, P.C.**