## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

I, Monica Cruz, being duly sworn deposes and says:

I am not a party to the action, am over eighteen (18) years of age and reside in Bronx, New York and I am employed by Quirk and Bakalor, P.C., attorneys for Defendants **UNITED AIR LINES, INC. and UNITED CONTINENTAL HOLDINGS, INC., (f/k/a UAL CORPORATION)**

On December 8, 2010, I served the within **NOTICE OF MOTION, DECLARATION OF JEFFREY J. ELLIS; and MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR AN ORDER (1) DIRECTING PLAINTIFF TO FULLY COMPLY WITH THE COURT'S PRIOR DIRECTIVES AND TO PROVIDE CLEAR, CONCISE CLAIM INFORMATION; (2) ESTABLISHING AN EXPEDITED BRIEFING SCHEDULE FOR THE STANDARD OF CARE AND COLLATERAL ESTOPPEL ISSUES; OR ALTERNATIVELY, (3) GRANTING RECONSIDERATION OF DEFENDANTS UNITED AIR LINES, INC., UAL CORPORATION, AND HUNTLEIGH USA CORPORATION'S PRIOR REQUEST FOR A DAMAGES-ONLY TRIAL** by electronic mail to the following:

1. Donald A. Migliori, Esq., Joseph F. Rice, Esq. and Mary F. Schiavo, Esq. – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel and Plaintiff's Counsel;
2. Desmond T. Barry, Esq. – Aviation Defendants Liaison Counsel;
3. Robert A. Clifford, Esq. and Timothy T. Tomasik, Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel
4. Beth Jacob, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
5. Richard Williamson, Esq. – WTCP Counsel;
6. Katherine L. Pringle, Esq. – WTC 7 Ground Defendant' Liaison Counsel; and
7. Jeannette Vargas, Esq. and Alicia M. Simmons, Esq. – United States Attorneys' Office

_____
Monica Cruz

Sworn to before me this
8th day of December 2010

ANOUSHKA SHARIFI BAYLEY
Notary Public, State of New York
No. 02BA5053359
Qualified in Westchester County
Commission Expires May 26, 2014