Hellerstein, J

Dec. 29. 2009 11:40AM    Barish Rosenthal                    No. 4424  P. 10

MICHAEL H. ZHU, ESQ. PC
Michael H. Zhu, Esq.
225 Broadway, Suite 307
New York, NY 10007
(212) 227-2245



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/10

BARISH ROSENTHAL
Samuel J. Rosenthal, Esq.
Bell Atlantic Tower, Suite 4020
1717 Arch Street
Philadelphia, PA 19103
(215) 923-8900

Attorneys for Plaintiff

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
M. Bradford Stein
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
(212) 412-9500

Attorneys for Defendant Port Authority Trans-Hudson Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IN RE SEPTEMBER 11, 2001 LITIGATION                           :
                                                              :  21 MC 101 (AKH)
------------------------------------------------------------- X
THOMAS ESPOSITO,                                              :
                                                              :
                    Plaintiff,                                :  Case No.: 03-CV-09965 (AKH)
                                                              :
         -against-                                            :
                                                              :
PORT AUTHORITY TRANS HUDSON                                   :
CORPORATION,                                                  :
                                                              :
                    Defendant.                                :
------------------------------------------------------------- X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Dec. 29. 2009 11:40AM   Barish Rosenthal                                No. 4424   P. 11

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, dismissed, in its entirety, with prejudice, and each party shall bear its own costs.

IT IS FURTHER STIPULATED AND AGREED by the undersigned that this Stipulation may be filed in multiple counterparts and that facsimile signatures shall suffice in lieu of originals for all parties.

IT IS FURTHER STIPULATED AND AGREED by the undersigned that this Stipulation may be filed with the Court without further notice.

Dated: New York, New York
       December ___, 2009

MICHAEL H. ZHU, ESQ. PC

By: _____
    Michael H. Zhu, Esq.
    225 Broadway, Suite 307
    New York, NY 10007
    (212) 227-2245

BARISH ROSENTHAL

By: _____
    Samuel J. Rosenthal, Esq.
    Bell Atlantic Tower, Suite 4020
    1717 Arch Street
    Philadelphia, PA 19103

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____
    M. Bradford Stein, Esq.
    One Liberty Plaza, 35th Floor
    New York, New York 10006-1404
    (212) 412-9550
    Attorneys for Defendant
    Port Authority Trans-Hudson
    Corporation

335604                                         2

Dec. 29. 2009 11:40AM    Barish Rosenthal                              No. 4424   P. 12

(215) 923-8900

Attorneys for Plaintiff

335604                                  3

whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, dismissed, in its entirety, with prejudice, and each party shall bear its own costs.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned that this Stipulation may be filed in multiple counterparts and that facsimile signatures shall suffice in lieu of originals for all parties.

**IT IS FURTHER STIPULATED AND AGREED** by the undersigned that this Stipulation may be filed with the Court without further notice.

Dated: New York, New York
~~December ___, 2009~~
January 4, 2010

| MICHAEL H. ZHU, ESQ. PC | FLEMMING ZULACK WILLIAMSON ZAUDERER LLP |
|---|---|
| By: _____<br>Michael H. Zhu, Esq.<br>225 Broadway, Suite 307<br>New York, NY 10007<br>(212) 227-2245 | By: *[signature]*<br>M. Bradford Stein, Esq.<br>One Liberty Plaza, 35th Floor<br>New York, New York 10006-1404<br>(212) 412-9550<br>Attorneys for Defendant<br>Port Authority Trans-Hudson Corporation |

BARISH ROSENTHAL

By: _____
Samuel J. Rosenthal, Esq.
Bell Atlantic Tower, Suite 4020
1717 Arch Street
Philadelphia, PA 19103
(215) 923-8900

Attorneys for Plaintiff

SO ORDERED:

*[signature]*
U.S.D.J.
12/20/10

335604                                    2