```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE SEPTEMBER 11 LITIGATION                                :
------------------------------------------------------------
MARY BAVIS,                                                  :
                                                             :
                        Plaintiff,                           :
                                                             :
        -against-                                            :
                                                             :
UAL CORPORATION, et al.,                                     :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ x
```

**ORDER TERMINATING DEFENDANTS' MOTION**

02 Civ. 7154 (AKH)

21 MC 101

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant UAL Corporation ("UAL") has filed a motion seeking compliance with my order dated October 22, 2010, setting forth deadlines for pretrial activities and providing guidance for those activities. Order Regulating Proceedings, Doc. No. 1320, 21 MC 101 (S.D.N.Y. Oct. 22, 2010). UAL has objected to (i) Plaintiff's proposed pretrial statement to the jury and (ii) Plaintiff's proposed list of witnesses. In a recent order, I set forth my views regarding these issues. Order Regulating Procedure on Defendants' Motion, Doc. No. 1363, 21 MC 101 (S.D.N.Y. Dec. 16, 2010). I invited the parties to appear to discuss the issues further and clarify the procedures for remaining pretrial activities. In view of the parties' appearance today, the issues raised in Defendants' motion have been resolved. The present motion is therefore terminated.

The Clerk shall mark the motion (Doc. No. 115 in 02 Civ. 7154; Doc. No. 1357 in 21 MC 101) terminated.

SO ORDERED.

Dated:   December 21, 2010
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge