UNITED STATES DISTRICT COURTd
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

IN RE SEPTEMBER 11 LITIGATION

NO. 21 MC 101 (AKH)

This document related to
*Bavis v. United Airlines, Inc., et al.*
02 Civ. 7154 (AKH)

---------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Jonathan J. Ross, attorney for Defendant Huntleigh USA Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Edwin W. Green |
| Firm Name: | ED GREEN ATTORNEY AT LAW |
| Address: | PO Box 74<br>0266 Gold Nugget Drive<br>Breckenridge Colorado 80424 |
| Phone Number: | (212) 661-4200 and 1-888-406-0806 |
| Fax Number: | (212) 661-4813 |
| Email Address: | ed.green@la-taupe.net |

Is admitted to practice *pro hac vice* as counsel for Huntleigh USA Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: Feb. 4        , 2011.
New York, NY

United States District/Magistrate Judge