USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/11

**BRUCE LEICHTY**
ATTORNEY AT LAW
625-A Third Street • Clovis, California 93612
(559) 298-5900 • Fax (559) 322-2425

February 3, 2011

RECEIVED
FEB 07 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

BY FED EX

Ruby J. Krajick, Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    In re September 11 Litigation, Case No. 21 MC 101 (AKH),
            United States District Court Southern District of New York

            Peters v. UAL Corporation, et al, Case No. 03 Civ. 6940,
            United States District Court Southern District of New York

Dear Ms. Krajick:

On behalf of Ellen Mariani, acting in pro per, I am transmitting herewith via the above-referenced courier the following pleadings in original plus one each for IMMEDIATE filing in the late of the above-referenced cases:

1. Motion of Ellen Mariani for Order Altering or Amending Order of 1/26/2011 [F.R.C.P. 59] or for Reconsideration of Order [F.R.C.P. 60] on Grounds of Failure by Clerk and Court to File Documents Relevant to Substance of 1/26/11 Order;

2. Memorandum of Points and Authorities in Support of Motion of Ellen Mariani for Reconsideration [F.R.C.P. 59 or 60] of 1/26/2011 Order;

3. Declaration of Bruce Leichty in Support of Motion of Ellen Mariani for Reconsideration [F.R.C.P. 59 or 60] of 1/26/2011 Order;

4. Request for Judicial Notice in Support of Motion of Ellen Mariani for Reconsideration [F.R.C.P. 59 or 60] of 1/26/2011 Order;

5. Certificate of Service.

Time is of the essence, since this motion for reconsideration or amendment needs to be filed Friday, February 4. Please do not delay filing of the motion or any supporting papers.

I have also enclosed copies of the face pages of the documents, and would appreciate it if you would file-stamp them and return them to the undersigned for Mrs. Mariani in the enclosed addressed stamped envelope.

[Handwritten annotation across page, partially legible: "The motion for reconsideration is denied. I am aware, before I decided, of all papers and issues raised in depth... that is no new is shown... basis for motion... it is denied. 2-8-11" signed]

Ruby Krajick, Clerk
United States District Court
Southern District of New York
February 3, 2011
Page Two

Thank you for your anticipated timely attention to this matter and I look forward to receipt of the file-stamped face pages at your earliest opportunity.

                         Sincerely,

                         Bruce Leichty

BL/sl
cc:   Hon. Alvin K. Hellerstein (w/ chambers copy) (by FedEx)
       Ellen Mariani (by mail)

Judge wrote:

"The motion for reconsideration is denied. I was aware before I decided, of all the papers and issues raised in these papers. Since nothing new is shown, there is no basis to grant her motion and it is denied.

2-8-11
Alvin K. Hellerstein"