UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
IN RE SEPTEMBER 11 LITIGATION              :  **ORDER SETTING**
------------------------------------------------------------------ :  **ARGUMENT DATE**
INDUSTRIAL RISK INSURERS,                  :
                                           :
                         Petitioner,       :
                                           :  21 MC 101 (AKH)
    -against-                              :
                                           :  10 Civ. 3036
7 WORLD TRADE COMPANY, L.P.,               :
                                           :
                         Respondent.       :
------------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Oral argument on the pending motion in this case shall be held on February 16, 2011, at 3:00pm. The argument shall go forward in Courtroom 6A. There shall be no further adjournments.

      SO ORDERED.

Dated:    February 8, 2011
          New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/11