## CERTIFICATE OF SERVICE

I, LeAnn C. Lester, hereby certify that I am not a party to this action, I am over 18 years of age and reside in Summerville, South Carolina and that on the 8th day of February 2011, a true and correct copy of the following documents:

- **Plaintiff's Memorandum in Opposition to Defendant United Air Lines, Inc.'s Motion for a Protective Order Precluding the Deposition of Julie Ashley**

- **Declaration of MARY SCHIAVO** with attached exhibits

    was served upon:

1. Donald A. Migliori – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
2. Desmond T. Barry, Jr. – Aviation Defendants' Liaison Counsel
3. Robert A. Clifford – Property Damage and Business Loss Plaintiffs' Liaison Counsel
4. Richard A. Williamson –Ground Defendants' Liaison Counsel
5. Katherine L. Pringle – WTC 7 Ground Defendants' Liaison Counsel
6. Sarah Normand – U.S. Attorneys' Office
7. Jeanette Vargas –U.S. Attoenrys' Office

By emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order. The foregoing was also electronically filed with the Clerk of the Court using the CM/ECF system, which will send email notification for such filing to those counsel who have registered with the court to receive email notices for these cases.

_LeAnn C. Lester_  
LeAnn C. Lester  
Motley Rice LLC