

**Saul Ewing** LLP

John F. Stoviak
Phone: (215) 972-1095
Fax: (215) 972-1921
jstoviak@saul.com
www.saul.com

February 3, 2011

**VIA EMAIL**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

    Re:  **In re September 11 Litigation, 21 MC 101 (AKH)**
          **Cantor Fitzgerald & Co, et al., 04 CV 7318 (AKH)**

Dear Judge Hellerstein:

    Cantor Fitzgerald[1] writes regarding the Court's January 19, 2011 Order and Opinion Granting Partial Summary Judgment to Limit Plaintiff's Damages ("Order"). In the Order, Your Honor stated that "Cantor Fitzgerald must eliminate the impermissible aspect of its damages claim," and that it "has leave to file amended claims by February 28, 2011." (Order at 20.) Cantor asks that the Court approve an extension to the deadline for submission of an amended expert report on damages.

    Cantor invested a substantial amount of effort in the damages analysis it produced prior to the January 19 Order, and seeks the opportunity to produce an amended analysis that satisfies the Court's requirements and is in keeping with the standard it has maintained throughout this litigation. Counsel for Cantor have conferred with counsel for Defendant American Airlines, and the parties agree that Cantor may have a deadline of March 24, 2011, provided that Cantor

---

[1]    Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P. (collectively, "Cantor").

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

DELAWARE    MARYLAND    NEW JERSEY    NEW YORK    PENNSYLVANIA    WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Honorable Alvin K. Hellerstein
February 3, 2011
Page 2

produces a complete report and damages model at that time. Cantor respectfully requests that the Court approve this deadline. No further extensions will be requested. In addition, the parties respectfully request that if the deadline is altered, the Court reschedule the status conference in this case.

                                            Respectfully submitted,

                                            John F. Stoviak

cc:    Richard A. Williamson, Esq., Counsel for Plaintiffs World Trade Center Properties
        Desmond T. Barry, Esq., Aviation Defendants' Liaison Counsel
        Robert A. Clifford, Esq., Property Damage Plaintiffs' Liaison Counsel
        Donald Migliori, Esq., Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
        Katherine L. Pringle, Esq., WTC 7 Ground Defendants' Liaison Counsel
        Sara S. Normand, Esq., Assistant U.S. Attorney
        Jeannette A. Vargas, Esq., Assistant U.S. Attorney
        Heather K. McShain, Esq., Assistant U.S. Attorney