```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
IN RE SEPTEMBER 11 LITIGATION                :
-------------------------------------------------------------------
MARY BAVIS,                                  :
                                             :      **ORDER GRANTING IN PART**
                        Plaintiff,           :      **AND DENYING IN PART**
                                             :      **MOTION FOR PROTECTIVE**
        -against-                            :      **ORDER**
                                             :
                                             :      21 MC 101 (AKH)
UAL CORPORATION et al.,                      :
                                             :      02 Civ. 7154
                        Defendants.          :
------------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendants move for a protective order to prevent Plaintiff from deposing Julie L. Ashley, and from calling her as a witness at trial. Plaintiff wishes to depose Ashley as to any communications she may have had, or has first-hand knowledge of, in which information about United Airlines' operations was communicated to one of the September 11 hijackers. Plaintiff also wishes to depose Ashley about activities thought to have been undertaken by her husband, Amad Farid Khorrami. Plaintiff seeks a one-hour deposition. Having reviewed the parties' submissions, I rule that Plaintiff may, in the one hour requested, depose Ashley about any communications she had with a September 11 hijacker, or about any communications of which she has firsthand knowledge. Plaintiff may not depose Ashley about her husband, Khorrami. I reserve judgment on the issue whether Plaintiff may call Ashley as a witness at trial.

SO ORDERED.

Dated: February 14, 2011
       New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge