USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
IN RE SEPTEMBER 11 LITIGATION            :
-------------------------------------------------------------------  :
MARY BAVIS,                                                 :    **ORDER TO REGULATE**
                                                                         :    **PRETRIAL PROCESS**
                                 Plaintiff,                    :
                                                                         :    21 MC 101 (AKH)
         -against-                                              :
                                                                         :    02 Civ. 7154
UAL CORPORATION, et al.,                          :
                                                                         :
                                 Defendant.               :
------------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Judging from the letter of Mayer Brown, counsel for Defendants, dated February 22, 2011, the pretrial process appears in substantial disarray. Plaintiff has not provided a different perspective.

    The conference on February 25, 2011 will begin at 2:00p.m., rather than 2:30p.m., and shall continue until 4:00p.m. It will resume Monday, February 28, 2011 at 2:15p.m., and shall continue until 6:00p.m. If issues remain, the conference will continue until concluded on dates to be fixed. The Parties shall be prepared to discuss what problems exist preventing them from coming to rapid agreement on the following points:

1. The status of an agreed statement of introductory facts;
2. An identification of all Plaintiff's fact witnesses, a summary of each witness's expected testimony, an identification of which witnesses, if any, will be testifying by depositions, a justification for such testimony, and a means of regulating objection practice;

1

3. An identification of any expert witnesses, a summary of each expert witness's expected testimony, and an identification of any <u>Daubert</u> proceedings that may be appropriate;

4. An identification of all exhibits, and a procedure to rule on all objections;

5. An identification of issues of law along with procedures to raise and decide them;

6. A determination of dates for submissions of voir dire, jury instructions, motions *in limine*, and any other related submissions;

7. An identification of dates for eliminating unneeded Defendants;

8. An establishment of procedures for a timed trial; and

9. Any other issues that any of the Parties wish to raise.

SO ORDERED.

Dated:     February 24, 2011
             New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge

2