## QUIRK AND BAKALOR, P.C.
COUNSELORS AT LAW
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

(212) 319-1000
FAX (212) 319-1065

RICHARD H. BAKALOR
STEPHEN K. BLUNDA
JEFFREY J. ELLIS
RICHARD M. FREIMAN †
SCOTT P. TAYLOR
H. NICHOLAS GOODMAN
TIMOTHY J. KEANE

LORETTA A. REDMOND
DOMINIC S. CURCIO
STEVEN A. LEE
DEBRA E. SEIDMAN
ANOUSHKA S. BAYLEY
BRIAN P. SEXTON ††
LIZA R. FLEISSIG

DARA L. ROSENBAUM ††
JOEL M. MAXWELL
ROBERT B. ACKER
JEANNE M. BOYLE ††
KIRSTY J. ROGERS

CARTER A. REICH ††
J. EDGAR A. ELUM
GLENDA Y. VILLAREAL
DANIEL B. BRUNK †††
JANET J. LEE

WESTCHESTER OFFICE
1299 NORTH AVENUE
NEW ROCHELLE, N.Y. 10804

ROBERT E. QUIRK
OF COUNSEL

† ALSO ADMITTED IN FLORIDA
†† ALSO ADMITTED IN NEW JERSEY
††† ALSO ADMITTED IN MASSACHUSETTS

March 1, 2011

**_Via Email and First Class Mail_**
Honorable Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

Re:   In Re: September 11 Litigation 21 MC 101 (AKH)
      *Bavis v. United Air Lines, Inc., et al.*
      02 Civ 7154 (AKH)

Dear Judge Hellerstein:

I am writing jointly on behalf of the Bavis defendants and plaintiff to request that you consider extending the date for the plaintiff to file a revised draft factual narrative from March 4 to March 11, the same day that the parties' witness submissions are due. The parties have discussed this matter and think that it would be productive for them to discuss both the factual narrative along with the witness issues during next week's meet and confer. The parties believe that the issues are interrelated and that a joint discussion may assist them in narrowing the issues that are now in dispute. If your Honor requires any further information

**QUIRK AND BAKALOR, P.C.**
Judge Alvin K. Hellerstein
March 1, 2011
Page 2

or wishes to discuss in greater detail please let us know.

Very truly yours,

*Jeffrey J. Ellis* /mc

Jeffrey J. Ellis

JJE/mc

cc: Bavis Defense Counsel (via email)
     Bavis Plaintiffs' Counsel (via email)
     Owen Roth, Law Clerk to Judge Alvin K. Hellerstein (via email)