# FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

JASON T. COHEN

March 11, 2011

By E-Mail

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

Re: In Re September 11 Litigation, 21 MC 101 (AKH)

Dear Judge Hellerstein:

As you know, this firm represents the WTCP Plaintiffs[1] in the *In Re September 11 Litigation*. I write to respectfully request that Your Honor direct the Court's ECF department to remove the e-mail address for Gregg H. Kanter (gkanter@fzwz.com) from the ECF notice lists for the above-referenced Master Calendar docket and related individual dockets.[2]

After dedicating more than thirteen years to the practice of law with this firm, Mr. Kanter recently joined the Philadelphia law firm Sprague & Sprague.[3]

Respectfully,

Jason T. Cohen

WRITER'S DIRECT DIAL
(212) 412-9523
jcohen@fzwz.com

---

[1] The WTCP Plaintiffs are World Trade Center Properties LLC, 1 World Trade Center LLC, 2 World Trade Center LLC, 3 World Trade Center LLC (formerly known as "5 World Trade Center LLC"), 4 World Trade Center LLC and 7 World Trade Company, L.P.

[2] The related individual docket numbers that Mr. Kanter is currently receiving e-notices are as follows: 08 Civ. 3719; 08 Civ. 3722; 02 Civ. 2987; 03 Civ. 131; 04 Civ. 5477; 04 Civ. 6848; 04 Civ. 7136; 04 Civ. 7199; 04 Civ. 7225; 04 Civ. 7231; 04 Civ. 7234; 04 Civ. 7238; 04 Civ. 7240; 04 Civ. 7241; 04 Civ. 7244; 04 Civ. 7246; 04 Civ. 7248; 04 Civ. 7294; 04 Civ. 7299; 04 Civ. 7272; 10 Civ. 3036; 02 Civ. 7188; 02 Civ. 7328; 08 Civ. 9146; 04 Civ. 7318; 02 Civ. 7154; and 10 Civ. 1642.

[3] Mr. Kanter can be contacted at gkanter@spragueandsprague.com.