

**Greenbaum Rowe**
**Smith ⬥ Davis** LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600     FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

FRANKLIN M. SACHS
(732)476-3250 - DIRECT DIAL
(732)476-3251 - DIRECT FAX
FSACHS@GREENBAUMLAW.COM

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

March 16, 2011

**VIA FEDERAL EXPRESS**

Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street – Room 1050
New York, NY 10007

> Re:   **In re September 11 Property Damage and Business Loss Litigation,
> 21 MC 101 (AKH)**
>
> **Aegis Ins. Svcs. Inc., et al. v. 7 World Trade Center Co., LP, et al.
> 04-CV-7272**

Dear Judge Hellerstein:

We represent the Consolidated Edison Company of New York, Inc., and the Aegis plaintiffs (collectively, "Con Edison") in the above-referenced matters.

Con Edison respectfully requests permission to supplement the record on the pending motions for summary judgment with the supplemental expert reports served by Con Edison on March 15, 2011, enclosed herewith in DVD format. These reports, totaling approximately 970 pages, are further detailed evidence of the existence of multiple disputed material issues of fact that preclude the granting of a motion for summary judgment, and will provide a full record, both for this Court or any potential reviewing Court, on this motion. We would not object to any request by defendants to supplement the record with the filing of their expert reports.

Respectfully,

Franklin M. Sachs

Enclosure



Hon. Alvin K. Hellerstein, U.S.D.J.
March 16, 2011
Page 2


cc:     Katherine L. Pringle, Esq. (w/o encl.)
        Christopher P. Moore, Esq. (w/o encl.)

Judge said:

"Motion to supplement record is denied.  No showing has been made why this information could not have been supplied prior to 12/16/10, when argument was heard, nor why the record should be encumbered by duplicative evidence.  The DVD is returned to sender."

3-17-11
Alvin K. Hellerstein"