


**FOUNDERS**
William P. Bila
Robert P. Conlon
Edward P. Gibbons
Celeste M. King*
Gary L. Lockwood
Paul F. Matousek
David E. Walker
Mark D. Wilcox

CHICAGO • HOUSTON

March 17, 2011

Robert P. Conlon
312.244.6767
rconlon@wwmlawyers.com

So Ordered
3/18/11
[signature]

<u>**VIA FACSIMILE – (212) 805-7942**</u>

Honorable Alvin K. Hellerstein
United States District Court for the
  Southern District of New York

Re: *In Re: September 11 Litigation*
    Case No.: 1:21-mc-00097-AKH-THK

Dear Judge Hellerstein:

Please remove my name (Robert P. Conlon) and my firm (Walker Wilcox Matousek LLP) from the service list for this matter. Since starting my new firm in 2005, we have never entered an appearance and do not represent Globe Aviation Services Corp.

Please advise if you need any additional information.

Very truly yours,

WALKER WILCOX MATOUSEK LLP

[signature]

Robert P. Conlon

RPC:bc