USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/31/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE SEPTEMBER 11 LITIGATION

------------------------------------------------------------X
MARY BAVIS, Individually, and as Personal
Representative of the Estate of MARK
BAVIS, Deceased,
                                Plaintiffs,

v.

UNITED AIRLINES, INC., UAL CORPORATION,
HUNTLEIGH USA CORPORATION, ICTS
INTERNATIONAL NV, BURNS INTERNATIONAL
SECURITY SERVICES CORPORATION,
PINKERTON'S INC., SECURITAS AB, and
MASSACHUSETTS PORT AUTHORITY,

                                Defendants.
------------------------------------------------------------X

10 |
21 MC 97(AKH)

This Document relates to:

02-CV-7154 (AKH)

STIPULATION AND
ORDER OF VOLUNTARY
DISMISSAL
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties hereto, pursuant to Federal Rule of Civil Procedure 41(a)(2) that all claims by Plaintiff, Mary Bavis, Individually and as Personal Representative of the Estate of Mark Bavis, deceased in the Second Amended Complaint (02-CV-7154 (AKH)) against Defendants Burns International Security Services Corporation, Pinkerton's LLC f/k/a Pinkerton's Inc., and Securitas AB are hereby dismissed with prejudice and the aforementioned defendants are therefore dismissed from this action with prejudice, each party to bear their own costs. This action shall continue against all remaining defendants.

Dated: March 15, 2011

_[signature]_
Motley Rice LLC
28 Bridgeside boulevard
Post Office Box 1792
Mount Pleasant, SC 29465
(843) 216-9000

Attorneys for Plaintiff: Mary Bavis, Individually, and as Personal Representative of the Estate of Mark Bavis, deceased

_[signature]_
Hunton & Williams LLP
200 Park Avenue
52nd Floor
New York, NY 10166
(212) 309-1000
Attorneys for Defendant Burns International Security Services, Inc.

_[signature]_
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
Attorneys for Securitas AB

_[signature]_
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5100
Attorneys for Pinkerton's, LLC f/k/a Pinkerton's, Inc.

SO ORDERED. 3/30/11

Dated:
_[signature]_
Alvin K. Hellerstein,
United States District Judge