

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SEPTEMBER 11, 2001 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION | 21 MC 101 (AKH)<br><br>This Document Relates to<br>ALL CASES |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Douglas M. Pravda hereby withdraws as counsel of record for defendant The Boeing Company in the above-captioned actions. Robert A. Atkins and H. Christopher Boehning of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP have entered notices of appearance in this matter and, together with Perkins Coie LLP and Richards Kibbe & Orbe LLP, will continue to represent The Boeing Company.

Dated: April 1, 2011
New York, New York

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
Douglas M. Pravda

1285 Avenue of the Americas
New York, New York 10019-6064
Tel:   (212) 373-3000
Fax:   (212) 757-3980
Email: dpravda@paulweiss.com

*Attorneys for defendant The Boeing Company*

SO ORDERED

_____
U.S.D.J.    4/4/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/11