# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

Writer's Direct Dial: +1 212 225 2868
E-Mail: cmoore@cgsh.com

MARK A. WALKER
LESLIE B. SAMUELS
EDWARD F. GREENE
EVAN A. DAVIS
LAURENT ALPERT
VICTOR I. LEWKOW
LESLIE N. SILVERMAN
ROBERT L. TORTORIELLO
A. RICHARD SUSKO
LEE C. BUCHHEIT
JAMES M. PEASLEE
ALAN L. BELLER
THOMAS J. MOLONEY
WILLIAM F. GORIN
MICHAEL L. RYAN
ROBERT P. DAVIS
YARON Z. REICH
RICHARD S. LINCER
JAIME A. EL KOURY
STEVEN G. HOROWITZ
ANDREA G. PODOLSKY
JAMES A. DUNCAN
STEVEN M. LOEB
DANIEL S. STERNBERG
DONALD A. STERN
CRAIG B. BROD
SHELDON H. ALSTER
MAYOR C. GUBOW
MITCHELL A. LOWENTHAL
DEBORAH M. BUELL
EDWARD J. ROSEN
JOHN PALENBERG
LAWRENCE B. FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E. AUSTIN
SETH GROSSHANDLER
WILLIAM A. GROLL
JANET L. FISHER
DAVID L. SUGERMAN
HOWARD S. ZELBO
DAVID E. BRODSKY
ARTHUR H. KOHN
RAYMOND B. CHECK
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ERIKA W. NIJENHUIS
LINDSEE P. GRANFIELD
ANDRES DE LA CRUZ
DAVID C. LOPEZ
CARMEN A. CORRALES
JAMES L. BROMLEY
PAUL E. GLOTZER
MICHAEL A. GERSTENZANG
LEWIS J. LIMAN
LEV L. DASSIN
NEIL Q. WHORISKEY
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
ETHAN A. KLINGSBERG
MICHAEL J. VOLKOVITSCH
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
LEONARD C. JACOBY
SANDRA L. FLOW
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
MARGARET S. PEPONIS
LISA M. SCHWEITZER
KRISTOFER W. HESS
JUAN G. GIRALDEZ
DUANE MCLAUGHLIN
BREON S. PEACE
MEREDITH E. KOTLER
CHANTAL E. KORDULA
BENET J. O'REILLY
DAVID AMAN
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
CHRISTOPHER P. MOORE
JOON H. KIM
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
RESIDENT PARTNERS

SANDRA M. ROCKS
S. DOUGLAS BORISKY
JUDITH KASSEL
DAVID E. WEBB
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
GABRIEL J. MESA
DAVID H. HERRINGTON
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
NANCY I. RUSKIN
WALLACE L. LARSON, JR.
JAMES D. SMALL
AVRAM E. LUFT
ELIZABETH LENAS
DANIEL ILAN
CARLO DE VITO FISCELLI
ANDREW WEAVER
RESIDENT COUNSEL

April 8, 2011

[handwritten annotation: Denied w/out prejudice to proceed either by motion or joint letter under my rule 2.E. 4-8-11 /s/ AKH]

[stamp: RECEIVED APR 08 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/8/11]

**VIA FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 1050
New York, NY 10007-1312

Re: *In re September 11 Litigation*, 21 MC 101 (AKH);
*Aegis Ins. Servs., Inc. v. 7 World Trade Co., L.P.*, 04 Civ. 7272 (AKH)

Dear Judge Hellerstein,

      We represent Citigroup Inc. and Citigroup Global Markets Holdings Inc. (together "Citigroup") in the above-referenced action. As the Court is aware, 7 World Trade Company, L.P., Silverstein Properties, Inc. and Silverstein Development Corporation (together "7WTC Co.") and Citigroup submitted separate motions for summary judgment seeking dismissal of all claims alleged by plaintiffs in the above-referenced actions. Oral argument was held on these motions on December 16, 2010.

      We write to seek clarification of the Court's statements during the December 16 oral argument indicating that further expert discovery should not proceed until the Court has ruled on the *sub judice* summary judgment motions. Specifically, during that hearing, the Court instructed the parties to "stop" and that "no more experts" are necessary unless "the case survives," in which case the Court would schedule a status conference to discuss next steps. *See* Transcript of Oral Argument at 86, *Aegis Ins. Servs., Inc. v. 7 World Trade Co., L.P.*, No. 04 Civ. 7272 (AKH) (Dec. 16, 2010) ("COURT: ***Stop. No more experts.*** I'll call a status conference. ***If the case survives, I'll call a status conference*** and you'll tell me all about your experts ... and

The Honorable Alvin K. Hellerstein
p. 2

we'll figure out what we can do next.") (emphasis supplied); *see also id.* at 2-3 ("MS. PRINGLE: Yes, your Honor. All that is left is to receive the rebuttal expert reports from Con Edison and to engage in expert discovery. COURT: Why bother with rebuttals? These reports are not evidentiary themselves. It's just a waste of time to work on rebuttal. Go right to your discovery if you have to. MS. PRINGLE: Your Honor, *we are hopeful today that we will obviate the need for any more discovery.* COURT: *You don't need it. Right.*") (emphasis supplied).

We understood Your Honor to be directing the parties to await the resolution of the motions for summary judgment before proceeding with expert depositions. Plaintiffs disagree with our understanding, and have served Notices of Deposition demanding that expert depositions begin as early as May 4. Defendants believe that commencing expert depositions prior to the resolution of the pending summary judgment motions would be premature and, given the number of potential experts in this matter (which currently approaches 20), would require the parties to incur substantial costs that would be unnecessary in the event the Court grants either or both of Defendants' pending summary judgment motions.

Accordingly, Citigroup respectfully requests that the Court confirm, by endorsing this letter, that expert discovery in the above-referenced matters is stayed pending the Court's ruling on Defendants' motions for summary judgment, consistent with the Court's direction during the December 16, 2010 oral argument on those motions. We have been authorized to state that 7WTC Co. joins this request.

Sincerely,

Christopher P. Moore

cc: Franklin M. Sachs, Esq.
Mark L. Antin, Esq.
Katherine L. Pringle, Esq.