UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE SEPTEMBER 11 LITIGATION
------------------------------------------------------------
MARY BAVIS,

                        Plaintiff,

       -against-

UAL CORPORATION et al.,

                      Defendants.
------------------------------------------------------------x

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

21 MC 101 (AKH)

02 Civ. 7154

Upon the motion of Jonathan Ross, attorney for Defendant Huntleigh USA Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

Kimberly A. Donlon
Attorney at Law
12 Landers Drive
Beverly, MA 01915
Telephone: 978/979-6531
Fax: 978/922-5819
Email Address: kadonlon@gmail.com

is admitted to practice pro hac vice as counsel for Defendant Huntleigh USA Corporation in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: May 16, 2011.
New York, New York

                                                       United States District/Magistrate Judge

1550624v1/012371