

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SEPTEMBER 11 LITIGATION

21 MC 101 (AKH)
**STIPULATION AND ORDER**
This document relates solely to:
Bavis v. United Airlines Inc. et al.,
02 CV 7154

IT IS HEREBY STIPULATED that this action be and hereby is discontinued with prejudice and without costs, solely as to defendant ICTS International, N.V.

New York, New York
May 24, 2011

Motley Rice LLC, LLC
By: _____
   Donald A. Migliori
Attorneys for Plaintiff
321 South Main Street
Providence, RI 02903-7109
401.457.7709

McLaughlin & Stern, LLP
By: _____
   Jon Paul Robbins
Attorneys for ICTS International, N.V.
260 Madison Avenue
New York, New York 10016
(212) 448-1100

SO ORDERED: 5/26/11
_____
Hon. Alvin K. Hellerstein, U.S.D.J.