UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE SEPTEMBER 11 LITIGATION | 21 MC 101 (AKH)<br><br>This Document Relates to:<br>*Bavis v. United Air Lines, Inc.*<br>(02 CV 7154) |

### **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Airports Council International – North America ("ACI-NA") is a non-profit trade association that represents the state, regional and local governmental bodies that own and operate the principal commercial airports in the United States.  ACI-NA has no parent company, it is not publicly traded, and no publicly-traded company owns 10 percent or more of ACI-NA's stock.

By its attorneys,

/s/ Scott P. Lewis
Scott P. Lewis (*application for admission  pro hac vice pending*)
Melissa C. Allison
Mina S. Makarious
ANDERSON & KREIGER LLP
One Canal Park, Suite 200
Cambridge, MA  02141
T: (617) 621-6500
F: (617) 621-6660
E:  slewis@andersonkreiger.com
*Counsel for Amicus Curiae ACI-NA*

/s/ Hetal S. Dhagat
Hetal S. Dhagat  (HD 4127)
1120 Beacon St., Apt. 1C
Brookline, MA 02446
T:  312-502-0816
hdhagat@gmail.com
*Counsel of Record*

May 27, 2011

CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system was sent electronically to counsel of record for all parties on May 27, 2011, and that courtesy copies were sent to the following liaison counsel by electronic mail:

  Desmond T. Barry, Jr.
  Victoria Turchetti
  Condon and Forsyth LLP
  7 Times Square, 18th Floor
  New York, NY  10036
  dbarry@condonlaw.com
  vturchetti@condonlaw.com

  Richard A. Williamson
  Jason Cohen
  Flemming Zulack Williamson Zauderer LLP
  One Liberty Plaza
  New York, NH  10006
  rwilliamson@fzwz.com
  jcohen@fzwz.com

  Robert A. Clifford
  Clifford Law Offices, P.C.
  120 N. Lasalle Street, Suite 3100
  Chicago, IL  60602
  rac@cliffordlaw.com

  Katherine L. Pringle
  Friedman Kaplan Seiler & Adelman LLP
  7 Times Square
  New York, NY  10036
  kpringle@fklaw.com

  Sarah Normand
  United States Department of Justice
  One St. Andrews Plaza
  New York, NY  10007
  sarah.normand@usdoj.gov

  Jeannette Vargas
  United States Department of Justice
  One St. Andrews Plaza
  New York, NY  10007
  jeannette.vargas@usdoj.gov

Beth Jacob
Schiff Hardin LLP
666 Fifth Ave., 17th Floor
New York, NY  10103
bjacob@schiffhardin.com

                          /s/ Hetal S. Dhagat
                          Hetal S. Dhagat