UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE SEPTEMBER 11 LITIGATION : **SUMMARY ORDER**
------------------------------------------------------------ x **ADJOURNING CONFERENCE**
AEGIS INSURANCE SERVICES, INC., et al., : **OF JUNE 3, 2011**
:
                Plaintiffs, : 21 MC 101 (AKH)
:
  -against- : 04 Civ. 7272
:
7 WORLD TRADE COMPANY, L.P., et al., :
:
                Defendants. :
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      Various matters, some emergent, have interfered with my ability to deliver a written decision deciding the pending motions for summary judgment. In that context, the conference scheduled for June 3, 2011, is adjourned to July 6, 2011, at 4:00pm. All discovery, both fact and expert, is stayed until that conference.

      SO ORDERED.

Dated:    June 2, 2011
           New York, New York

                                                     ALVIN K. HELLERSTEIN
                                                     United States District Judge