UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE SEPTEMBER 11 LITIGATION
------------------------------------------------------------
WORLD TRADE CENTER PROPERTIES LLC, et al.,

    Plaintiffs,

  -against-

UNITED AIRLINES, INC., et al.,

    Defendants.
------------------------------------------------------------
WORLD TRADE CENTER PROPERTIES LLC, et al.,

    Plaintiffs,

  -against-

AMERICAN AIRLINES, INC., et al.,

    Defendants.
------------------------------------------------------------ x



**SUMMARY ORDER—WTCP PLAINTIFFS**

21 MC 101 (AKH)

08 Civ. 3719

08 Civ. 3722

ALVIN K. HELLERSTEIN, U.S.D.J.:

    In January 2011, I memo-endorsed a joint letter from the parties, lifting the stay on discovery in the 21 MC 101 Master Calendar to allow discovery on damages claimed by the WTCP Plaintiffs. The narrow damages issue that remains is whether the WTCP Plaintiffs' insurance recoveries compensated them fully for all potential tort recoveries from the Aviation Defendants. E.g., Order Denying Motion for Certification of Interlocutory Appeals under 28 U.S.C. § 1292(b), World Trade Center Props. LLC v. United Airlines, Inc., 08 Civ. 3719 (21 MC 101) (Doc. No. 1322) (S.D.N.Y. Oct. 26, 2010). This issue, I believe, entails limited expert discovery, and perhaps nothing more.

    I learned at the status conference held June 1, 2011, that hardly any discovery, and no experts' discovery whatsoever, has taken place. This leisurely pace shall not continue.

2

The parties shall complete all discovery, both fact and expert, by August 12, 2011. The parties shall appear at a conference on August 25, 2011, at 2:30pm, to plan dispositive motions or to set a trial date. These dates will not be enlarged.

SO ORDERED.

Dated:   June 2, 2011
        New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge