# FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

JASON T. COHEN

May 24, 2011

By E-Mail

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

*So ordered*
*6-3-11*
*/s/ AK Hellerstein*

Re: In Re September 11 Litigation, 21 MC 101 (AKH)

World Trade Center Properties LLC, et al.
v. United Airlines, et al., 08 CIV 3719

World Trade Center Properties LLC, et al.
v. American Airlines, et al., 08 CIV 3722

Dear Judge Hellerstein:

The WTCP Plaintiffs write with regard to the May 3, 2011 Motion of ICTS International, N.V., for Summary Judgment Dismissing the Remaining Actions Against It. This afternoon, counsel for ICTS provided the WTCP Plaintiffs with additional insurance information. Counsel for ICTS and the WTCP Plaintiffs have agreed that the WTCP Plaintiffs will have until June 9, 2011 to oppose the summary judgment motion and that ICTS will have until June 16, 2011 to submit reply papers. If in the interim, the WTCP Plaintiffs decide to not oppose the motion, we will immediately notify counsel for ICTS and the Court. We respectfully request that the Court so order the revised briefing schedule by endorsement of this letter.

Respectfully,

Jason T. Cohen

WRITER'S DIRECT DIAL
(212) 412-9523
jcohen@fzwz.com

cc (by e-mail):

Donald A. Migliori, Esq.         Jon Paul Robbins
Motley Rice LLC                  McLaughlin & Stern LLP
dmigliori@motleyrice.com         probbins@mclaughlinstern.com
Wrongful Death and Personal Injury   Counsel for Defendant ICTS

Honorable Alvin K. Hellerstein
May 24, 2011
Page 2

Plaintiffs' Liaison Counsel
Desmond T. Barry, Jr., Esq.
Condon & Forsyth LLP
dbarry@condonlaw.com
Aviation Defendants' Liaison Counsel

Katherine L. Pringle, Esq.
Friedman Kaplan Seiler & Adelman LLP
kpringle@fklzw.com
WTC 7 Ground Defendants' Liaison Counsel

International, N.V.
Mary Schiavo, Esq.
Motley Rice LLC
mschiavo@motleyrice.com
Counsel for Mary Bavis, Individually and as Personal Representative of the Estate of Mark Bavis, Deceased

John F. Stoviak, Esq.
Saul Ewing LLP
jstoviak@saul.com
Counsel for the Cantor Fitzgerald Plaintiffs