UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
IN RE SEPTEMBER 11 LITIGATION :
------------------------------------------------------------
WORLD TRADE CENTER PROPERTIES LLC, et al., :

                Plaintiffs, :

   -against- :

GREAT LAKES REINSURANCE (UK) PLC, et al., :

                Defendants. :
------------------------------------------------------------ x

**AMENDED SCHEDULING ORDER**

21 MC 101 (AKH)

10 Civ. 1642

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On June 2, 2011, I issued a Scheduling Order in this case, which set forth a briefing schedule for a motion to dismiss by Defendant Industrial Risk Insurers ("IRI"). Scheduling Order, World Trade Center Props. LLC v. Great Lakes Reinsurance (UK) PLC, 10 Civ. 1642 (21 MC 101) (Doc. No. 73) (S.D.N.Y. June 2, 2011). In that Order, I erroneously stated that IRI's opening brief was due July 24, 2011. As was discussed at the status conference and agreed upon by the parties and the Court, IRI's opening brief is due July 15, 2011. The briefing schedule is modified to reflect this correction. The Scheduling Order otherwise remains in effect as written.

            SO ORDERED.

Dated:    June ?, 2011
            New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge