# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG

7 TIMES SQUARE
NEW YORK, NY 10036-6516
TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1124

WRITER'S DIRECT FAX
(212) 373-7924

KPRINGLE@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
CHAD M. LEICHT
JASON C. RUBINSTEIN
MICHAEL A. GORDON
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN S. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
JESSICA RICHMAN SMITH
TIMOTHY M. HAGGERTY
PHILIP A. WELLNER
AMY K. PENN
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. MCCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/11

June 8, 2011

BY FACSIMILE

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 1050
New York, NY 10007-1312


RECEIVED
JUN 0 9 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Re: *In re September 11 Litigation*, 21 MC 101 (AKH);
*Aegis Insurance Services, Inc., et al. v. 7 World Trade Company, L.P., et al.*, 04 Civ. 7272 (AKH)

Dear Judge Hellerstein:

As counsel for defendants 7 World Trade Company, L.P., Silverstein Development Corp. and Silverstein Properties Inc. (collectively "7WTCo."), I write to respectfully request an adjournment of the conference presently set for July 6 at 4:00 pm. I make this request because I am scheduled to be out of New York that week for a family vacation. I have conferred with other counsel in this matter, and I am informed that there is no objection to my request for an adjournment. I am further informed that all counsel will be available on July 14-15 or 18-19.

Respectfully submitted,

Katherine L. Pringle

cc: All Counsel (by e-mail)

993022.1

*[Handwritten note: The conference cancelled as well, be reset, if appropriate, by subsequent order. 6/10/11 /s/ AKH]*