UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/11

---

IN RE SEPTEMBER 11 LITIGATION

21 MC 101 (AKH)

This Document Relates to:
**Bavis v. United Air Lines, Inc.**
(02 CV 7154)

---

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Hetal S. Dhagat and her sponsoring attorney affidavit in support of that motion:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Scott P. Lewis |
| Firm Name: | Anderson & Kreiger LLP |
| Address: | One Canal Park, Suite 200 |
| City/State/Zip: | Cambridge, MA  02141 |
| Telephone/Fax: | 617-621-6560/617-621-6660 |
| Email Address: | slewis@andersonkreiger.com |

is admitted to practice *pro hac vice* as counsel for Airports Council International – North America in the above captioned case in the Untied States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 6-10-11

City/State:  New York, NY

_____
United States District Judge Alvin K. Hellerstein