USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
IN RE SEPTEMBER 11 LITIGATION
----------------------------------------------------------------
MARY BAVIS,

       Plaintiff,

 -against-

UAL CORPORATION, et al.,

       Defendants.
---------------------------------------------------------------- x

**<u>SUMMARY ORDER
ADJOURNING START DATE
OF TRIAL</u>**

02 Civ. 7154 (AKH)

21 MC 101

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The trial of <u>Bavis v. United Airlines</u>, No. 02 Civ. 7154 (AKH), previously scheduled to begin June 13, 2011, has been postponed to begin November 7, 2011. I postponed the trial in response to a joint request by Plaintiff's and Defendants' counsel. The additional time is necessary to deal with various complexities in assembling proofs, and in clearing the proofs with the Transportation Security Administration. The additional time for trial preparation will help the Court and the parties to simplify the issues and streamline the proofs.

  SO ORDERED.

Dated: June 13 2011
    New York, New York

                ALVIN K. HELLERSTEIN
                United States District Judge