## AFFIDAVIT OF SERVICE

Jon Paul Robbins, being duly sworn, deposes and says:

1. I am a member of McLaughlin & Stern, LLP, attorneys for defendant ICTS International, N.V., and certify that I am over 18 years of age. On June 16, 2011 I caused to be served by electronic filing in accordance with the case management order dated October 17, 2006 and the Court's March 10, 2005 Order, the following: the reply declaration of Jon Paul Robbins in support of motion for summary judgment of ICTS International, N.V., ICTS's Response to Rule 56.1 Statement; and ICTS' Reply Memorandum of Law in support of said motion on the parties on the following service list:

Aviation Defendants' Liaison Counsel: dbarry@condonlaw.com

Ground Defendants' Liaison Counsel: rwilliamson@fzwz.com
jcohen@fzwz.com

PD/BL Plaintiffs' Liaison Counsel: rac@cliffordlaw.com

PI/WD Plaintiffs' Liaison Counsel: dmigliori@motleyrice.com

WTC7 Ground Defendants' liaison counsel: kpringle@fklaw.com

Beth Jacob, Esq.
Attorney for the Port Authority of NY and NJ: bjacob@schiffhardin.com

Jeannette A. Vargas, Esq.: jeannette.vargas@usdoj.gov
Sarah Normand          SarahNormand@usdoj.gov
Assistant US Attorneys
United States Department of Justice
United States Attorney's Office, S.D.N.Y.
Transportation Security Administration

_____
Jon Paul Robbins

Sworn to before me,
June 16, 2011
_____
Notary Public

STEVEN KAPLAN
Notary Public, State of New York
No. 02KA4824403
Qualified in Westchester County
Commission Expires Sept. 30, 2014