

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE SEPTEMBER 11 LITIGATION

21 MC 101 (AKH)
**STIPULATION AND ORDER**
This document relates solely to:
World Trade Center Properties LLC,
*et al.* v. United Airlines, Inc., *et al.*,
08 Civ 3719 (AKH), and
World Trade Center Properties LLC,
*et al.* v. American Airlines, Inc., *et al.*,
08 Civ 3722 (AKH)

------------------------------------------------------------X

IT IS HEREBY STIPULATED that the actions are hereby discontinued with prejudice and without costs as to defendant ICTS International, N.V.

Dated: New York, New York
June 23, 2011

FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP

By: _____
Jason T. Cohen

One Liberty Plaza
New York, New York 10006-1404
(212) 412-9500

Attorneys for Plaintiffs:
World Trade Center Properties LLC;
1 World Trade Center LLC
2 World Trade Center LLC
3 World Trade Center LLC (formerly
  known as 5 World Trade Center LLC)
4 World Trade Center LLC
7 World Trade Company, L.P

McLAUGHLIN & STERN, LLP

By: _____
     Jon Paul Robbins

260 Madison Avenue
New York, New York 10016
(212) 448-1100

Attorneys for ICTS International, N.V.

SO ORDERED: 6/24/11

_____
Hon. Alvin K. Hellerstein, U.S.D.J.