UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                          :   No. 21 MC 101 (AKH)
                                          :
                                          :   This document relates to :
IN RE SEPTEMBER 11 LITIGATION   :   *Bavis v. United Airlines Inc.et al.,*
                                          :   02 CV 7154
                                          :
                                          :
------------------------------------- x

## CERTIFICATE OF SERVICE

      I, Mary Schiavo, hereby certify that on the 24th day of June 2011, and on the 27th day of June 2011, a true and correct copy of the following documents were electronically filed with the Clerk of the Court using the CM/ECF system, which will send email notification for such filing to those counsel who have registered with the court to receive email notices for these cases. The Schiavo Declaration was re-filed on June 27, 2011:

1. **Plaintiff's Memorandum of Law in Opposition to the Massachusetts Port Authority's Motion for Summary Judgment**

2. **Affidavit of Michael K. Pilgrim**

3. **Plaintiff Mary Bavis's Statement of Disputed Material Facts Pursuant to Local Rule 56.1**

4. **Declaration of Mary Schiavo in Support of Plaintiff's Memorandum of Law in Opposition to the Massachusetts Port Authority's Motion for Summary Judgment**

                                                  /s/Mary Schiavo_____
                                                  Mary Schiavo
                                                  Motley Rice LLC
                                                  28 Bridgeside Boulevard
                                                  Post Office Box 65001
                                                  Mount Pleasant, SC  29465
                                                  Telephone:  (843) 216-9000
                                                  Facsimile:   (843) 216-9450
                                                  *Attorneys for Plaintiff Bavis*