UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
:
IN RE SEPTEMBER 11 LITIGATION :
:
---------------------------------------------------------------- :
:
WORLD TRADE CENTER PROPERTIES LLC, et al., : **SUMMARY ORDER**
: **AMENDING DISCOVERY**
Plaintiffs, : **PLAN—WTCP PLAINTIFFS**
:
-against- : 21 MC 101 (AKH)
:
UNITED AIRLINES, INC., et al., : 08 Civ. 3719
:
: 08 Civ. 3722
Defendants. :
:
---------------------------------------------------------------- :
:
WORLD TRADE CENTER PROPERTIES LLC, et al., :
:
Plaintiffs, :
:
-against- :
:
AMERICAN AIRLINES, INC., et al., :
:
Defendants. :
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On June 3, 2011, I issued a summary order providing discovery deadlines in these cases. Summary Order-WTCP Plaintiffs, World Trade Center Props. LLC v. United Airlines, Inc., 08 Civ. 3719 (21 MC 101) (Doc. No. 135) (S.D.N.Y. June 3, 2011). This Order amends the deadlines provided in my previous Order, and cancels the conference set for August 25, 2011.

      With regard to discovery pertaining to open WTCP damages issues, the parties shall exchange expert reports by August 12, 2011.

In <u>World Trade Center Properties LLC v. American Airlines, Inc.</u>, 08 Civ. 3722 (AKH), Plaintiffs allege injuries arising from the collapse of 7 World Trade Center. The schedule for discovery of damages for this aspect of the case shall be recommended by the parties.

SO ORDERED.

Dated: June 27, 2011
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge