USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                                     :
IN RE WORLD TRADE CENTER DISASTER SITE          :
LITIGATION                                                           :
                                                                     :
------------------------------------------------------------------- :
                                                                     :
IN RE SEPTEMBER 11 LITIGATION                      :
                                                                     :
------------------------------------------------------------------- x

**ORDER SETTING
SCHEDULE FOR PORT
AUTHORITY'S REQUEST
TO TRANSFER ARTIFACT**

21 MC 100

21 MC 101

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Port Authority of New York and New Jersey has been preserving artifacts

from the events of September 11, 2001, for use as evidence in litigation in this Court and for

eventual use by the National September 11 Memorial and Museum. In an Order dated July 7,

2009, I granted the Port Authority permission to transfer certain artifacts within its possession to

the Museum. See Order, In re September 11 Litig., 21 MC 97 (Doc. No. 1491) (S.D.N.Y. July 8,

2009). Pursuant to that Order, the Port Authority has written to the Court, seeking to transfer an

FDNY ambulance. Incident to the transfer, the Port Authority asks permission to have the New

York City Office of the Chief Medical Examiner examine and remove evidence in the

ambulance; and to permit the Museum to clean the ambulance.

        Before granting the Port Authority's request, it is appropriate to give the parties to

this litigation an opportunity to comment or object. Any interested party may comment on or

object to the request by July 6, 2011.

        SO ORDERED.

Dated:    June 2011
          New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge