UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
: 21 MC 101 (AKH)
IN RE SEPTEMBER 11 LITIGATION :
: This Document Relates to:
: ***Bavis v. United Air Lines, Inc.***
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  (02 CV 7154)


### CERTIFICATE OF SERVICE

I, Shiva Eftekhari, hereby certify that I am not a party to this action, I am over 18 years of age and reside in New York, New York, and that on July 1, 2011, I served a true and correct copy of the following documents:

- **Reply Memorandum of Law in Support of The Massachusetts Port Authority's Motion for Summary Judgment**;

- **The Massachusetts Port Authority's Reply to Mary Bavis's Statement of Disputed Facts Pursuant to Local Rule 56.1**; and

- **Reply Declaration of Shiva Eftekhari** with attached exhibits

  upon the following individuals by e-mailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order:

1. Counsel for Parties in the *Bavis* Action
2. Desmond T. Barry, Jr. — Aviation Defendants' Liaison Counsel
3. Richard A. Williamson — Ground Defendants' Liaison Counsel
4. Katherine L. Pringle — WTC 7 Ground Defendants' Liaison Counsel
5. Sarah Normand — U.S. Attorneys' Office
6. Jeannette Vargas — U.S. Attorney's Office
7. Robert A. Clifford — Property Damage and Business Loss Plaintiffs' Liaison Counsel
8. Beth Jacob — Counsel for The Port Authority of New York and New Jersey

   The Reply Memorandum of Law, supporting papers, and exhibits were also electronically filed with the Clerk of the Court using the CM/ECF system.

Dated: New York, New York
   July 1, 2011

                  By: /s/Shiva Eftekhari
                  Shiva Eftekhari
                  O'Melveny & Myers LLP
                  Times Square Tower
                  7 Times Square
                  New York, NY 10036
                  Tel: 212-326-2000
                  Fax: 212-326-2061
                  E-mail: seftekhari@omm.com