

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE SEPTEMBER 11 LITIGATION

21 MC 101 (AKH)

This Document Relates to:
*Bavis v. United Air Lines, Inc.*
(02 CV 7154)

## ACI-NA'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF

*Amicus Curiae* Airports Council International – North America ("ACI-NA") respectfully moves for leave to file the attached Supplemental Brief in Support of the Motion for Summary Judgment by the Massachusetts Port Authority ("Massport"). On June 2, 2011, the Court granted ACI-NA's motion for leave to file a brief as *amicus curiae* in support of Massport's Motion for Summary Judgment. Since that time, Mary Bavis and the WTCP Plaintiffs (collectively, "the plaintiffs") have filed oppositions to Massport's motion that misstate an airport operator's security responsibilities under 14 CFR Part 107. ACI-NA respectfully requests that the Court grant leave to file ACI-NA's short supplemental brief as *amicus curiae* to address the plaintiffs' mischaracterizations of airport operators' responsibilities under federal law.

By its attorneys,

/s/ Scott P. Lewis
Scott P. Lewis (*admitted pro hac vice*)
Melissa C. Allison
Mina S. Makarious
ANDERSON & KREIGER LLP
One Canal Park, Suite 200
Cambridge, MA 02141
T: (617) 621-6500
F: (617) 621-6660
E: slewis@andersonkreiger.com

Motion denied. This amicus previously filed a brief. The Clerk shall terminate the Motion. So Ordered.

[signature]
July 6, 2011

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system was sent electronically to counsel of record for all parties on July 1, 2011, and that courtesy copies were sent to the following liaison counsel by electronic mail:

Desmond T. Barry, Jr.
Victoria Turchetti
Condon and Forsyth LLP
7 Times Square, 18th Floor
New York, NY 10036
dbarry@condonlaw.com
vturchetti@condonlaw.com

Richard A. Williamson
Jason Cohen
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, NH 10006
rwilliamson@fzwz.com
jcohen@fzwz.com

Robert A. Clifford
Clifford Law Offices, P.C.
120 N. Lasalle Street, Suite 3100
Chicago, IL 60602
rac@cliffordlaw.com

Katherine L. Pringle
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, NY 10036
kpringle@fklaw.com

Sarah Normand
United States Department of Justice
One St. Andrews Plaza
New York, NY 10007
sarah.normand@usdoj.gov

Jeannette Vargas
United States Department of Justice
One St. Andrews Plaza
New York, NY 10007
jeannette.vargas@usdoj.gov

2

Beth Jacob
Schiff Hardin LLP
666 Fifth Ave., 17th Floor
New York, NY 10103
bjacob@schiffhardin.com

/s/ Scott P. Lewis
Scott P. Lewis