UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE: SEPTEMBER 11 LITIGATION                    21 MC 97 (AKH)
------------------------------------------------------------X

------------------------------------------------------------X
IN RE: WORLD TRADE CENTER DISASTER SITE           21 MC 100 (AKH)
LITIGATION
------------------------------------------------------------X

------------------------------------------------------------X
IN RE: SEPTEMBER 11 PROPERTY DAMAGE               21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION
------------------------------------------------------------X

------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 102 (AKH)
------------------------------------------------------------X

------------------------------------------------------------X
IN RE: COMBINED WORLD TRADE CENTER AND
LOWER MANHATTAN DISASTER SITE LITIGATION          21 MC 103 (AKH)
(STRADDLER PLAINTIFFS)
------------------------------------------------------------X

## ORDER

Upon consideration of the application of the Port Authority of New York and New Jersey (the "Port Authority"), and an opportunity having been given to all parties in the above-entitled actions to object, it is hereby

**ORDERED**, that the Port Authority is permitted to allow the Office of Chief Medical Examiner (OCME) to remove and examine WTC material contained in and on

an FDNY ambulance (identified on PANYNJ Artifact Request List as D-0004), and to allow the National September 11 Memorial and Museum of the World Trade Center ("NS11MM") to clean the ambulance prior to its physical transfer from John F. Kennedy International Airport, Hangar 17 to its permanent home at the NS11MM.

Dated: New York, New York
       July 7, 2011

_____
THE HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE