# Exhibit D

Malotky, Lyle (TSA Calibration)  1/7/2011  10:00:00 AM

1

2       UNITED STATES DISTRICT COURT

3       SOUTHERN DISTRICT OF NEW YORK

4       -------------------------------------------X

5       IN RE SEPTEMBER 11 LITIGATION

6                   21 MC 101 (AKH)

7       -------------------------------------------X

8       MARY BAVIS,

9                         Plaintiff,

10      -against-                    02 Civ. 7154

11      UAL CORPORATION, et al.,

12                        Defendants.

13      -------------------------------------------X

14            HIGHLY CONFIDENTIAL

15                  January 7, 2011

                    10:00 a.m.

16

17

18            Videotaped Deposition of

19      LYLE MALOTKY  Ph.D., taken by Defendants,

20      pursuant to Notice, at the Park Hyatt Hotel, 1201

21      24th at M Street NW, Washington, DC, before

22      TAMMEY M. PASTOR, a Registered Professional

23      Reporter, Certified LiveNote Reporter and Notary

24      Public within and for the State of New York.

25

Malotky, Lyle (TSA Calibration)  1/7/2011  10:00:00 AM

1      LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2      effectiveness of anticipated improvements to

3      the physical architecture, new equipment, rules

4      and procedures."

5          Do you see that?

6      A.   Yes.

7      Q.   And it says that's against a 1999

8      baseline and two, five year intervals,

9      2004-2009.

10         What I would like to ask you just

11     to start with is in your capacity as scientific

12     advisor, having been involved in metal

13     detectors, was it the FAA's role to assess

14     equipment to see how effective that equipment

15     could be against the perceived threat to

16     aviation?

17         MS. SCHIAVO:   Objection.

18     A.   Yes.

19     Q.   And you mentioned that you did

20     periodic reviews of the system with respect to

21     the perceived threat; is that correct?

22     A.   Yes.

23     Q.   And would those reviews include

24     reviewing the effectiveness of metal detectors

25     used at checkpoints at airports?

```
 1        LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

 2        A.   Yes.

 3        Q.   And did those reviews factor in

 4   what the perceived threat would be at any

 5   particular time?

 6        A.   Yes.

 7        Q.   If you would turn to 12840 which

 8   is page 1 under the Executive Summary.  I refer

 9   you to the first line on the third paragraph.

10   Which says "The TAAS takes a threat driven

11   approach."

12            Do you see that?

13            MS. VARGAS:   You have to answer

14       verbally.

15       A.   Yes.  Sorry.

16       Q.   And can you explain what that

17   means?

18       A.   Threat driven is really driven by

19   several different factors. That is the ability

20   of the terrorists to actually accomplish the

21   event.  The amount of damage done to the United

22   States, economic and personal injuries and

23   death.   And the desire, the compatibility of

24   the outcome of the event with the terrorist

25   goals.
```

1      LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2    blades, prison guards will routinely have body

3    cavity searches just to make sure no one is

4    carrying something even if they went through a

5    metal detector?

6       MS. SCHIAVO:   Objection.

7       MR. COHEN:  Objection.

8       MS. VARGAS:   Objection.  I think

9    whether or not prisons have body cavity

10   searches is beyond Mr. Malotky's

11   expertise.

12      MR. ELLIS:   I am not so sure.

13     Q.   In any event, can you tell us how

14   the calibration setting was made for

15   magnetometers, do you know -- well, what's your

16   earliest knowledge of how magnetometers or

17   walk-through metal detectors were calibrated as

18   part of the aviation security system? Do you

19   know how they were originally calibrated or do

20   you come in at some point later on?

21      MS. SCHIAVO:   Objection.

22      MR. COHEN:  Objection.

23      MS. VARGAS:   Objection to form.

24   You can answer.

25     A.   When I came to FAA security in

1       LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2       1984 there were metal detectors which were

3       already deployed.  And they were calibrated

4       with a couple specific handguns, that is that

5       these handguns would need to be detected when

6       our agents passed them through.

7              In about 1989 or '90, I think it

8       was 1990, in response to the Undetectable

9       Firearms Act and advances in metal detector

10      technology, FAA elected to make the metal

11      detector standard more difficult, more

12      aggressive.

13             We had received a lot of

14      Congressional interest in undetectable

15      handguns.  The law, the Undetectable Firearms

16      Act gave us a specific baseline, that is it

17      specified that Bureau of ATF would look at any

18      handguns to be sold in the United States and

19      they must be as detectable as this specific

20             22     revolver.  So

21      anything less detectable than that, plastic

22      guns, ceramic guns or whatever could not

23      legally be sold in the United States.

24             When FAA developed our standard,

25      working with the folks in Atlantic City, we

1     LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2    identified three different handguns made out of

3    difficult to detect material, that is not

4    steel, at the sort of the small end of their

5    design class.  So, that I was very active in

6    that testing and making those decisions.

7     Q.   So in 1990, did the FAA come up

8    with a metal detection standard that would be

9    more sensitive to different types and lesser

10    amount of metal?

11       MS. SCHIAVO:   Objection.

12       MS. VARGAS:   Objection to form.

13       MR. COHEN:  Objection.

14    A.   Yes.

15       MR. ELLIS:   One second.

16       VIDEOGRAPHER:  Going off the record

17    at 10:53 a.m.

18       (Recess taken.)

19         (SSI Exhibit 50 for

20    identification, Memo dated 5/29/90,

21    production numbers TSA 11681.)

22       VIDEOGRAPHER:  We are back on the

23    record at 10:56 a.m. This marks the

24    beginning of tape number 2.

25       EXAMINATION CONDUCTED BY MR. ELLIS:

1        LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2      you will, is going to be different probably

3      with every metal detector in the fleet because

4      what you have to set the metal detector at

5      specifically is driven in part by your local

6      environment.

7            This is why we require that the

8      systems be recalibrated by an FAA agent every

9      time they are moved.

10

11

12

13            So, the way we did this was it

14      was a performance standard, that is we said you

15      must detect these specific weapons at a

16      specific level of performance when passed

17      through the arch at a variety of positions on

18      the body.

19        Q.   I am going to show you, we are

20      going to have marked as SSI Exhibit 51 a

21      document you will be handed.

22                (SSI Exhibit 51 for

23            identification, Metal Detector

24            Calibration/Approval Procedures for Course

25            00032, production numbers TSA 24426

1      LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2          through 28.)

3          Q.   Do you see that document that's

4      in front of you that's marked SSI Exhibit 51

5      entitled Metal Detector Calibration/Approval

6      Procedures For Course Number 00032? Can you

7      identify what that document would be,

8      Dr. Malotky?

9          A.   Yes.  This is training materials

10     which we would use to train all of the new FAA

11     agents as they became agents.

12         Q.   And the FAA agents, what role did

13     they play with respect to the deployment and

14     use of metal detectors in the Civil Aviation

15     Security system?

16             MS. SCHIAVO:   Objection.

17             MS. VARGAS:   Object to the form.

18         You can answer.

19         A.   The metal detectors were owned by

20     the air carriers or their agents.  The metal

21     detectors would be calibrated by an FAA agent

22     walking through the metal detector the number

23     of times specified.  And then attaching a file

24     sticker and engraving the minimum level that,

25     the minimum setting and the program and date of

1      LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2    that calibration.

3        Q.   And did the FAA also certify what

4    types of metal detectors could be used by

5    airlines or airports?

6            MS. SCHIAVO:   Objection.

7        A.   Yes.

8        Q.   And after they certified the

9    types equipment that could be used, the FAA

10   would then calibrate that equipment in the

11   location where it was going to be used, using

12   this test; am I correct?

13       A.   Yes.

14       Q.   The one that's identified in SSI

15   Exhibit 51; correct?

16           MS. SCHIAVO:   Objection.

17           MR. COHEN:  Objection.

18       A.   Yes.

19       Q.   And on page 2 of this guidance

20   material to FAA agents, on the top of that page

21   it states "These three weapons and the OTP have

22   been selected to directly address the terrorist

23   threat aimed at the civil aviation community."

24           Do you see that?

25       A.   Yes.

1      LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2          Q.   And do you agree with that

3      statement or was that your understanding of how

4      the calibration level was established?

5              MS. SCHIAVO:   Objection.

6          A.   Yes.

7          Q.   And at that time the threat that

8      was being addressed was primarily the threat

9      from the use of guns; am I correct?

10             MS. SCHIAVO:   Objection.

11             MS. VARGAS:   Objection.   You can

12         answer.

13         A.   Yes.

14         Q.   And at any time from the time

15     that calibration was established in 1990, to

16     September 11, 2001, was the standard for

17     calibrating and using metal detectors ever

18     changed?

19             MS. SCHIAVO:   Objection.

20         A.   No.

21         Q.   And that equipment and its use

22     and calibration, however, would have been

23     reevaluated every time you went through one of

24     your threat cycles or periodic assessments; am

25     I correct?

1      LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2      A.   She.

3      Q.   Sorry.  She.

4      A.   She was one of the technologists

5   in the policy division.

6      Q.   Did you work with her?

7      A.   Yes.

8      Q.   Do you agree with the statements

9   she makes in this document?

10         MS. SCHIAVO:   Objection.

11         MR. COHEN:  Objection.

12         MS. VARGAS:   Can you specify which

13      statements, please.

14      Q.   All of the statements.

15         MS. SCHIAVO:   Objection.

16      A.   Yes.

17      Q.   I am going to show you another

18   document that is I guess SSI Exhibit 56.

19              (SSI Exhibit 56 for

20         identification, FAA Position on Box

21         Cutters, production numbers TSA 11524.)

22         MR. ELLIS:   Mary?

23         MS. SCHIAVO:  Got it.

24      Q.   The calibration standard that was

25   establish by the FAA in 1990 and is still in

1      LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2      effect on September 11, 2001, that standard was

3      geared to detect test objects that had the

4      metal content of particular handguns; am I

5      correct?

6           MS. SCHIAVO:   Objection.

7       A.   That's correct.

8       Q.   That standard was not geared to

9      detect things like box cutters; is that

10     correct?

11          MS. SCHIAVO:   Objection.

12          MR. COHEN:  Objection.

13          MS. VARGAS:   Objection.  You can

14      answer.

15      A.   That's correct.

16      Q.   And in front of you you have a

17     document that's been marked as SSI Exhibit 56.

18      A.   Yes.

19      Q.   Does that document indicate that

20     prior to 9/11 the FAA security program for air

21     carriers did not prohibit carrying box cutters

22     or similar cutting instruments on passenger

23     flights; is that correct?

24      A.   Yes.

25          MS. SCHIAVO:   Objection.

1      LYLE MALOTKY, Ph.D.-HIGHLY CONFIDENTIAL

2            MS. VARGAS:   Excuse me, do you mean

3         it is correct that's what it indicates?

4            MR. ELLIS:   Yes.

5      A.   Yes.

6      Q.    Were you ever advised prior to

7      September 11 that box cutters should be

8      considered a security threat and the equipment

9      should be attempted to be calibrated at a level

10     to detect them?

11           MS. SCHIAVO:   Objection.

12           MR. COHEN:  Objection.

13           MS. VARGAS:   Objection to the form.

14        You can answer.

15     A.   No.

16     Q.    As far as you're aware, was

17     anyone at the FAA told to consider box cutters

18     a threat item prior to September 11, 2001 and

19     to have any of the layers of the security

20     system intended to detect and confiscate same?

21           MS. SCHIAVO:   Objection.

22           MS. VARGAS:   Objection.  You can

23        answer.

24     A.    I don't know what any one

25     individual in FAA could have been told.