# Exhibit E

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1

2      HIGHLY CONFIDENTIAL

3

4   UNITED STATES DISTRICT COURT

5   SOUTHERN DISTRICT OF NEW YORK

6   ------------------------------------x

7   IN RE SEPTEMBER 11 LITIGATION

8       No. 21 MC 97 (AKH)

9   ------------------------------------x

10              February 11, 2008

               9:00 a.m.

11

12      Videotaped Deposition of ROBERT J.

13   CAMMAROTO, taken by Plaintiffs, pursuant to

14   Notice, at the Hyatt Regency, Crystal City,2799

15   Jefferson Davis Highway, Arlington, Virginia

16   before Tammey M. Pastor, a Registered

17   Professional Reporter, Certified LiveNote

18   Reporter and Notary Public within and for the

19   State of New York.

20

21

22

23

24

25

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2         MS. VARGAS: I am going to instruct

3    the witness not to answer because general threat

4    assessment topics have been requested by the

5    aviation defendants, but still remain pending a

6    decision upon the agency. When the agency makes

7    a decision on that topic, you can pursue or not

8    pursue depending upon the agency's threat

9    assessment issues at that time.

10        MR. PODESTA: I am just asking him

11   personally does he know.

12        MS. VARGAS:   We can save personal

13   capacity questions for the personal capacity

14   portion of the deposition.

15        MR. PODESTA: That is going to be

16   very unwieldy. I really don't see why we are

17   drawing such a sharp distinction, but we will

18   proceed since you instructed.

19   Q.   What does the term "selectee" mean

20   in the context of CAPPS?

21   A.   In the context of CAPPS, sir, first

22   of all, selectee is a very generic term that is

23   used in the business, but in the context of

24   CAPPS that is a person who has had the CAPPS

25   applied to their reservation in the personal

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2    name reservation system of an air carrier. A

3    weighting his has been applied to the

4    information that has been supplied to the person

5    making reservation. Determination has been made

6    by the system, without human intervention, that

7    in fact that person score is weighted to a point

8    where we feel that there is not enough known

9    about the person to have a level of confidence

10   to where they can undergo routine processing and

11   that in fact that person as a selectee their

12   checked baggage would require additional

13   scrutiny.

14       Q.   In your answer I believe you said

15   determination was made without human

16   intervention, what did you mean by that?

17       A.   CAPPS, as the acronym implies, is

18   an automated system. It is computer based

19   system there is an algorithm that was developed

20   over several years, piloted in cooperation with

21   Northwest Airlines, in particular. And that

22   algorithm is run based on the information that

23   is provided in the PNR.

24       Q.   What entity determined and weighted

25   the factors that went into the identification of

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1   ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2   CAPPS selectees?

3       MS. VARGAS:    Objection. Mr.

4   Cammaroto is instructed not to answer only to

5   the extent that the answer would reveal the

6   weight and measures of the CAPPS program of.

7       MR. PODESTA:   I am not asking that

8   at all.

9       MS. VARGAS:    That's fine.

10   Q.   I am asking what entity determined

11   and weighted the factors that went into the

12   determination of CAPPS selectees?

13       MS. VARGAS:   He can answer the

14   question with that understanding.

15   A.   Over the course of the development

16   of CAPPS certainly the FAA had the lead on that

17   obviously. Consulted with members of the

18   intelligence community, consulted with the

19   carrier with whom we entered into a contractual

20   agreement, gave a grant to Northwest Airlines to

21   develop it. And certainly also consulted with

22   Department of Justice.

23   Q.   Was there a single entity that made

24   the final decision as to the identification and

25   weighting of the factors that went into the

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1  ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2  identification of CAPPS selectees?

3      A.   I would have to say that would be

4  the assistant administrator of Civil

5  Administration Security.

6      Q.   Of the Federal Aviation

7  Administration?

8      A.   Yes, sir.

9      Q.   What were the CAPPS factors looking

10 for, I am not asking for any specific CAPPS

11 factors, what were they trying to find out?

12          MS. VARGAS:    Objection to the

13 form.

14          MR. MIGLIORI:  Objection.

15          MS. VARGAS:    Same limited

16 instruction, but you can answer.

17     A.   Again, with the algorithm would

18 apply itself to is the information provided

19 through the person's reservation.  You are all

20 familiar with making airline reservations and

21 sort of the information you supply when you do

22 that.  And that information is taken and, again,

23 applied against the algorithm various factors

24 are weighted in the negative and positive, it

25 comes out with final score.

Cammaroto, Robert (FAA)  2/11/2008  9:00:00 AM

1   ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2   Q.   Did the CAPPS program have access

3   to any information concerning the behavior or

4   demeanor of the passenger as he or she presented

5   himself or herself at the ticket counter or at

6   the screening checkpoints on the day of his

7   plight?

8         MS. HESSION:  Objection.

9   A.   No, sir, there was no behavioral

10  aspect.

11  Q.   Did any of the CAPPS factors take

12  into account the behavior or demeanor of the

13  passenger at the airport on the day of his

14  flight?

15        MS. HESSION:  Objection.

16        MR. MIGLIORI:  Objection.

17        MS. VARGAS:    Objection to the

18  form.

19  A.   I'm sorry, can you repeat the first

20  part of the question.

21  Q.   I will say the exact words so the

22  objections can stay the same.  Did any of the

23  CAPPS factors take into account the behavior or

24  demeanor of the passenger at the airport on the

25  day of his flight?

1   ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2       A.   No, sir.

3       Q.   Are you familiar, Mr. Cammaroto,

4   with the term Air Carrier Standard Security

5   Program or ACSSP as that term was used on or

6   before 9/11, 2001?

7       A.   Yes, sir.

8       Q.   What is an ACSSP?

9       A.   Sir, the Air Carrier Standard

10  Security Program which exists under a different

11  name now with change in regulations, was a

12  standard compilation of requirements that the

13  Federal Aviation Administration under the

14  authority of 14 CFR, part 108 imposed on the

15  commercial air carriers certain groups of

16  commercial air carriers, not 100 percent of

17  them.

18      Q.   Now are Air Carrier Standard

19  Security Programs included in the Code of

20  Federal Regulations?

21      A.   They are not, sir, they are

22  authorized by part 108.

23      Q.   Do the requirements set forth in

24  Air Carrier Standard Security Programs have a

25  force of federal regulations?

Cammaroto, Robert (FAA)  2/11/2008  9:00:00 AM

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2    A.    Yes, sir.

3    Q.    Do the Air Carrier Standard

4    Security Program set forth federal requirements

5    with which the air carriers are bound to comply?

6    A.    Yes, sir.

7    Q.    Can an airline be fined or

8    penalized by the Federal Aviation Administration

9    or could it, prior to 9/11, 2001, for failure to

10   comply with the requirements of its ACSSP?

11   A.    Yes, sir.

12   Q.    As of 9/11, 2001, had provisions

13   relating to CAPPS been incorporated into the Air

14   Carrier Standard Security Programs for the major

15   domestic air carriers?

16   A.    Yes, sir, it had been.

17        MR. PODESTA:   I'd like to now show

18   the witness Exhibit 2D which is the version

19   distributed last week by Condon & Forsyth of the

20   American Airlines ACSSP.  I think we need to

21   have it marked as 2D.  It is a slightly less

22   redacted version of the document which is

23   previously.

24        For reasons of logistics we are

25   providing, we will provide the counsel for the

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1  ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2  preferred method of passenger profiling for

3  airlines with the computer capability to

4  implement CAPPS?

5       MS. HESSION: Objection.

6       MS. VARGAS: Objection.

7  A. Yes, sir, it was.

8  Q. Prior to 9/11 did the FAA encourage

9  airlines to use CAPPS if they had the computer

10 capability to do so?

11      MS. VARGAS: Objection.

12 A. Yes, sir, we did.

13 Q. The introductory sentence of 7B on

14 page 75 states that the profiling was to be

15 applied at the initial point of contact with

16 each originating passenger checking baggage. As

17 of 9/11 did CAPPS apply at all to passengers who

18 did not check baggage?

19      MS. VARGAS: Objection to the

20 form.

21 A. No, sir, CAPPS was intended for

22 persons checking baggage.

23 Q. As of 9/11 did identification as a

24 CAPPS selectee have any consequences for a

25 passenger who did not check baggage?

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1  ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2  A. Not as the standard approved

3  amendment, no.

4  Q. As of 9/11, what additional

5  security procedures were to be applied by the

6  airlines to CAPPS selectees that were not

7  applied to all other passengers?

8  MS. VARGAS: Are you asking under

9  the ACSSP requirements?

10  MR. PODESTA: Yes.

11  A. The ACSSP required a clearance

12  procedure for their checked baggage for CAPPS

13  selectees, I believe that is found elsewhere

14  here in this same section.

15  Q. As of 9/11 was the only consequence

16  of CAPPS selection that the passengers -- that

17  the selectee's checked baggage was to undergo

18  certain special security procedures?

19  MR. PEPE: Objection.

20  MS. VARGAS: Again, under the of

21  ACSSP requirements?

22  MR. PODESTA: Yes, under the ACSSP

23  requirements.

24  A. Yes, sir, that's correct.

25  Q. Are those procedures for the

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1  ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2  checked baggage belonging to a CAPPS selectee

3  outlined in section 7E of the ACSSP Exhibit 2D?

4      A.   That is 7E, I would just point out

5  the copy of the plan supplied us in exhibit is

6  missing the designation of paragraph E, but I

7  believe on page 79A about two-thirds of the way

8  down it reads "clearance procedures for checked

9  baggage belonging to selectee identified

10 passenger profiling by the passenger identity

11 check."

12     Q.   That is the beginning of that

13 section.

14     A.   I believe that's what you're

15 talking about.

16     Q.   What is the answer to my question?

17     A.   Yes, sir, that's where it is found.

18     Q.   Thank you. As of 9/11 were CAPPS

19 selectees subject to any different checkpoint

20 screening of their person or carry-on bags than

21 other passengers by virtue of their being CAPPS

22 selectees under the ACSSP requirements?

23     A.   There were no additional measures

24 ascribed to CAPPS selectees at the checkpoint.

25     Q.   As of 9/11 under the ACSSP, CAPPS

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1  ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2  requirements were CAPPS selectees required to be

3  treated any differently from other passengers at

4  the passenger screening checkpoints in terms of

5  screening of their persons or carry-on bags?

6         MS. VARGAS:   Objection to the

7  form.

8      A.   No, sir.

9      Q.   As of 9/11, under the ACSSP

10  requirements for CAPPS selectees, did a person's

11  status as a CAPPS selectee make any difference

12  in how he or she was to be processed at the

13  security screening checkpoint?

14     A.   No, sir, did not.

15     Q.   As of 9/11, was there in effect any

16  FAA requirement that checkpoint screening

17  personnel be informed of the identity of CAPPS

18  selectees?

19     A.   No, sir, there was not.

20     Q.   As of 9/11 to the extent you know

21  did the tickets or boarding passes of CAPPS

22  selectees identify them as selectees?

23         MS. HESSION:  Objection.

24         MR. PEPE:  Objection.

25         MS. VARGAS:   Objection to the

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2        A.    Yes. Category X are U.S. domestic

3    airports and the others are located overseas.

4    They are not under U.S. control.

5        Q.    What was the basis for designation

6    of an airport as an extraordinary security

7    airport or extraordinary security location as

8    referenced in Appendix 7A of the ACSSP?

9        A.    That would be conclusion arrived at

10   based on intelligence information regarding the

11   area. The airport, vulnerabilities believed to

12   be there given its infrastructure, its security

13   capabilities. And the desirability of U.S.

14   carriers as a target.

15       Q.    As of 9/11 were any U.S. airports

16   designated as extraordinary security locations?

17       A.    No, sir.

18       Q.    I would like to refer you back to

19   part 2A, again, step 1 of Appendix III. The

20   second sentence of that paragraph reads "If the

21   person being screened does not alarm the

22   detector" referring back to the hand-held or

23   walk-through metal detectors "The person is

24   cleared to proceed beyond the screening points."

25   Do you see that provision?

1  ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2       A.   Yes, sir, I do.

3       Q.   Is that an accurate statement of

4   the FAA's guideline screening procedures as of

5   9/11?

6            MR. PEPE:  Objection.

7       A.   Yes, sir, it is.  I would just

8   point out again we are referring to the person

9   him or herself, not their carry-on, just the

10  person.

11      Q.   Yes.  These questions only relate

12  to the person of the individual.

13      A.   Yes, sir.

14      Q.   His clothing and his body.

15      A.   Yes, sir.

16      Q.   As of 9/11, if a person being

17  screened did not alarm the metal detector, be it

18  walk-through or hand-held, was that individual

19  cleared under the ACSSP and the FAA's screening

20  guidelines to enter the sterile area?

21           MS. HESSION:  Objection.

22           MS. VARGAS:  Objection.  Can you

23  read the question back.

24           (The pending question was read as

25  follows:

1    ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2            "Question:   As of 9/11, if a

3    person being screened did not alarm the metal

4    detector, be it walk-through or hand-held, was

5    that individual cleared under the ACSSP and the

6    FAA's screening guidelines to enter the sterile

7    area?")

8        A.    Yes, sir.  They would have been

9    cleared, again their person would have been

10   cleared.

11       Q.    Yes, I am talking about the person

12   not the bags, we will get to the bags later.

13            As of 9/11, were there any

14   provisions of the ACSSP or the FAA screening

15   guidelines that required air carriers to conduct

16   any further screening of the persons of

17   individuals who did not alarm the metal

18   detector?

19       A.    There were no such requirements,

20   no, sir.

21       Q.    As of 9/11 were there additional

22   screening procedures in effect for persons who

23   did alarm the metal detector on their initial

24   pass?

25       A.    Yes, sir.

Cammaroto, Robert (FAA)  2/11/2008 9:00:00 AM

1   ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2   FAA's decision to maintain the four inch rule of

3   Appendix I?

4       A.   Yes, sir.

5       Q.   What is that understanding, what

6   were the primary bases of the FAA's decision to

7   maintain the four inch rule of Appendix I?

8           MR. MIGLIORI:  Objection for this

9   and all questions on this line, I won't object

10  again.

11          MR. PEPE:   Objection.

12      A.   The working group that considered

13  this at the direction of General Steele as

14  related by Bruce Butterworth, again, who had a

15  very distinct recollection was that as noted on

16  the document 771, that there was no security

17  gain to be had by shortening the length that

18  three inches was still deadly or dangerous

19  object that two inches was deadly or dangerous

20  in some context or another.

21          That weapons that were not

22  manufactured as such, for instance, as a hunting

23  knife as a bayonet could be fashioned by items

24  either on board the plane or used for items that

25  were already on the plane, for instance, metal

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1     ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2     cutlery in first class that was in common use at

3     that time, broken chards of glass. A commonly

4     known method would be to break the lens of

5     eyeglasses in half to create razor sharp object

6     the length of the diameter of the lens of the

7     eyeglasses.

8         Next item was diversion of scarce

9     resources. We recognized with an ever

10    increasing passenger load, but not necessarily

11    increasing screener force, we had to in the

12    context of the increasing threat that we felt we

13    were facing there in the early through the mid

14    90s, focus on the high priority threat items.

15    In particular explosive devices as well as the

16    more conventional knives and firearms.

17        We knew that by distracting the

18    screeners to look for the smaller easily

19    concealed items that this references, would sap

20    a lot of those resources, would distract the

21    screeners from looking for more definitive

22    items, especially in light of the fact that

23    short bladed knives, what I have heard

24    characterized as Swiss Army knives and such were

25    very, very common item at the checkpoint, seen

Cammaroto, Robert (FAA) 2/11/2008 9:00:00 AM

1   ROBERT J. CAMMAROTO - CONFIDENTIAL SSI MATERIAL

2       MR. PODESTA: Yes.

3       MS. VARGAS: You can answer as to

4   whether it is the FAA position.

5     A. The FAA was aware adjusting a metal

6   detector, calibrating a metal detector to the

7   level at which it could find razor blades would,

8   as a corollary pick up a lot of I unintended

9   masses of metal. I don't know sitting here

10  whether or not that would include teeth

11  fillings, zippers or rings.

12     Q. What is ACS-90?

13     A. ACS-90, as testified earlier, was

14  an organization set up within Civil Aviation

15  Security FAA post 9/11 which was tasked with

16  putting together talking points such as this,

17  briefing papers and gathering relevant

18  documents.

19     Q. What do the initials ACS stand for?

20     A. ACS is a mail routing symbol that

21  is dictating by Department of Transportation. A

22  means FAA. And CS means Civil Aviation

23  Security.

24     Q. So this document was prepared after

25  9/11 by Aviation Civil Security personnel; is