# Exhibit F

Bourque, William J. (Huntleigh)  4/19/2007  10:02:00 AM

```
 1        WILLIAM J. BOURQUE - CONFIDENTIAL
 2                   VOLUME 1
 3                 PAGES 1 - 233
 4                EXHIBITS: None
 5        UNITED STATES DISTRICT COURT
 6        SOUTHERN DISTRICT OF NEW YORK
 7
 8    ------------------------------x
 9    IN RE SEPTEMBER 11 LITIGATION :  No. 21 MC 97 (AKH)
10    ------------------------------x
11
12
13
14        VIDEOTAPED DEPOSITION OF WILLIAM J. BOURQUE
15          Thursday, April 19, 2007 10:02 a.m
16             Omni Parker House Hotel
17          60 School Street, Boston, MA 02108
18
19
20        Reporter:  Janet M. McHugh, RMR, CRR
21              TC Reporting
22    In Affiliation with Merrill Legal Solutions
23             420 Lexington Avenue
24              New York, NY 10170
25               (212)931-6571
```

Bourque, William J. (Huntleigh)  4/19/2007  10:02:00 AM

1      WILLIAM J. BOURQUE - CONFIDENTIAL

2      Q.  You can answer.

3      A.  No.

4      Q.  Who was?

5      A.  We were.

6      Q.  Just some basic points I'd like to go

7      through, but I think they're important.  Would it be

8      accurate to say that once passengers cleared a

9      checkpoint operated by Huntleigh on and before 9/11,

10     Huntleigh was not conducting any more security in the

11     terminal?

12     A.  Yes.

13     Q.  In other words, in terms of the vendors

14     who were operating in Terminal C, Huntleigh had no

15     responsibility to provide security services for their

16     activities?

17     A.  No.

18     Q.  As you sit here now, are you aware of any

19     store, retailer, or shop in Terminal C that sold

20     restricted items of any kind?

21         MS. REDMOND:  Objection to the form.

22     A.  Yes.

23     Q.  What store?

24     A.  There was a souvenir store, a Hudson.

25     Q.  And what restricted item did Hudson sell?

Bourque, William J. (Huntleigh)  4/19/2007  10:02:00 AM

1  WILLIAM J. BOURQUE - CONFIDENTIAL

2      A.  I believe they used to sell jackknives.

3      Q.  And can you describe a jackknife?

4      A.  Like a Swiss Army knife.

5      Q.  Okay.  But you don't mean a Swiss Army

6  knife by product name, do you, sir?

7      A.  No, because they used to have little

8  things like "Boston" on it, and --

9      Q.  And did you ever report that to United?

10     A.  No.

11     Q.  And in your view, those knives sold at

12 Hudson were restricted or prohibited?

13     A.  No.  Actually, I thought they -- actually,

14 they were the small ones.  So, they were under the

15 guidelines.

16     Q.  Did you ever measure the length of the

17 blade?

18     A.  No.

19     Q.  In terms of any other items that -- or

20 strike that.

21     In terms of any restricted or prohibited

22 items, such as menacing knives, serrated blades, or box

23 cutters was there anyone in the terminal that was

24 selling any of those items?

25     A.  No.