# Exhibit G

Robinson, Simon J. (Huntleigh)  2/22/2007  4:02:00 PM

HIGHLY CONFIDENTIAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

--oOo--

-------------------------------------x

IN RE SEPTEMBER 11 LITIGATION

No. 21 MC 97 (AKH)

-----------------------------------x

VIDEOTAPED DEPOSITION OF

SIMON J. ROBINSON

Thursday, February 22, 2007

REPORTED BY: SHERRI STARR, CSR# 10245    (03-392094)

Robinson, Simon J. (Huntleigh)  2/22/2007  4:02:00 PM

1    A.  I do not.

2    Q.  Do you know of any security reason why a

3    three-inch Swiss Army knife would not be able to do

4    the same damage as a box cutter?

5        MR. TOMASIK:  Objection.

6        THE WITNESS:  I do not.

7        MR. ROSS:  Q.  Can you give us any

8    security reason why the FAA made these distinctions

9    with regards to knives and sharp instruments as to

10   why some were allowed through and others were not?

11       MR. SCHOLZ:  Objection to form, legal

12   conclusion.

13       THE WITNESS:  I do not know of any reasons

14   as to why that determination was made on blade size

15   or distinction of knife type.

16       MR. ROSS:  Q.  Okay.  Let's talk about

17   inside the sterile area for a second.  You're

18   familiar with the sterile area on the other side of

19   the checkpoint that you ran in Boston up until

20   August of 2001, right sir?

21   A.  That is correct.

22   Q.  And let's talk about it as of that time,

23   not as of now.  Are you aware of any places where

24   somebody who had passed through the checkpoint could

25   then obtain a knife --

Robinson, Simon J. (Huntleigh) 2/22/2007 4:02:00 PM

1    MR. SCHOLZ: Objection.

2    MR. ROSS: -- inside the sterile area?

3    THE WITNESS: I believe that there's a

4  number of places that they could have obtained one.

5  I do not believe they could have gotten one from

6  Burger King but I do believe that they could have

7  gotten one from the Red Carpet Club that provides a

8  similar type of service as this room does with

9  cutlery, crockery, stuff like that to serve its

10  first-class passengers and business club members.

11  It's a possibility, yes.

12    MR. ROSS: Q. Okay. That's one place,

13  you said there were a number of places. What other

14  places might someone, a terrorist or otherwise, have

15  been able to obtain a knife?

16    A. There was one situation, and I do believe

17  there was another bar and restaurant on the

18  right-hand side of the terminal. I can't remember

19  because the terminal has changed a lot over the

20  years since then.

21    It was actually under construction while I

22  was there and that brings me to my other case in

23  point that there's a possibility that workmen that

24  worked in the area rebuilding that concourse had

25  tools available to them that could have been

Robinson, Simon J. (Huntleigh)  2/22/2007  4:02:00 PM

1   obtained by a passenger. I can recall several times

2   when they were re-installing the wall and ceiling to

3   one of the terminals that tools were all over the

4   place in that particular area being used to help

5   with the construction of that area.

6       MR. ROSS: Q. Was the restaurant that you

7   just mentioned, was that completed by the time you

8   left in August of 2001?

9       A. That's the one I don't remember much

10  about. I believe it was on the right-hand side.

11  There was a Hudson News magazine and gift store on

12  the left-hand side. This, as I remember rightly, I

13  think this bar/sandwich-type setup was on the

14  right-hand side of the terminal but I could be

15  wrong, that's one I'm not clear on.

16      Q. So you're not clear on whether the

17  restaurant was completed prior to your leaving or

18  not?

19      A. Correct.

20      Q. Okay. Have you ever eaten in the

21  restaurant?

22      A. Yeah.

23      Q. Were knives available in the restaurant

24  when you were there?

25      MR. SCHOLZ: Objection.