# Exhibit H

Roussin, Denise (FAA)  1/27/2009  9:18:00 AM

1

2        HIGHLY CONFIDENTIAL

3

4    UNITED STATES DISTRICT COURT

5    SOUTHERN DISTRICT OF NEW YORK

6    ------------------------------------x

7    IN RE SEPTEMBER 11 LITIGATION

8         No. 21 MC 101 (AKH)

9    ------------------------------------x

10               January 27, 2009

                 9:18 a.m.

11

12        Videotaped Deposition of DENISE ROUSSIN,

13   taken by Defendants, pursuant to Notice, at the

14   Ritz Carlton Hotel, 1111 Ritz Carlton Drive,

15   Sarasota, Florida 34236, before Tammey M.

16   Pastor, a Registered Professional Reporter,

17   Certified LiveNote Reporter and Notary Public

18   within and for the State of New York.

19

20

21

22

23

24

25

Roussin, Denise (FAA) 1/27/2009 9:18:00 AM

1      DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2      much, we are not there for a purpose of

3      interviewing anyone, that is not our job. But,

4      again, it was just a very sad time, you know. We

5      went over there to see if they needed anything

6      from us as well. And they didn't.

7          Q.   At some point did you receive any

8      other instructions?

9          A.   That day, yes. To go, myself, to

10     go over to Terminal C and certify that

11     equipment. Make sure that equipment was working

12     properly and do a certification, x-ray and metal

13     detector.

14         Q.   Okay. When you say that equipment,

15     what equipment are you referring to?

16         A.   The x-ray machines and the

17     walk-through metal detectors.

18         Q.   Okay. Any particular x-ray

19     machines or walk-through metal detectors?

20         A.   I don't remember the manufacturer

21     at that time. Whatever was at that checkpoint.

22         Q.   And, can you identify the

23     checkpoint that you are referring to?

24         A.   It was the United checkpoint. It

25     was C3 in our database we labelled it as C3. I

Roussin, Denise (FAA)  1/27/2009  9:18:00 AM

1      DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2   believe there was two x-rays and two metal

3   detectors and one explosive trace detection

4   machine.

5       Q.   Were you familiar with that

6   checkpoint?

7       A.   Yes.

8       Q.   Had you ever done any testing at

9   that checkpoint for the FAA prior to 9/11?

10      A.   Oh, yes. All the checkpoints I

11  did.

12      Q.   And who was the, if you recall, who

13  was the screening company at that checkpoint?

14      A.   I don't recall.

15      Q.   If I told you, if I mentioned

16  Huntleigh would that refresh your recollection?

17      A.   Yes.

18      Q.   Was it Huntleigh that was at that

19  checkpoint?

20      A.   It sounds familiar. Yes. I know

21  Huntleigh worked at Logan. It is so many

22  checkpoints I couldn't remember to this day

23  which checkpoints.

24      Q.   And about what time was this that

25  you received instructions to go to that

Roussin, Denise (FAA) 1/27/2009 9:18:00 AM

1         DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2       A.   I don't recall exactly what was

3   talked about.  People were somber because of

4   what happened.  So it was just kind of a sad

5   day, you know. They understood why we were

6   there.  But I don't recall what was exactly

7   said.

8       Q.   Did they cooperate with you?

9       A.   Oh, yes.  Uh-huh.

10      Q.   Can you tell us what happened next?

11      A.   I proceeded to do my three-gun test

12  on the walk-through metal detector.  First you

13  check the settings, make sure that the sticker

14  matches up with the exact numbers that are set

15  on the machine, that it says exactly on the 1650

16  sticker, you know, to make sure that they agree.

17  And they agreed.  I don't know the exact

18  settings at that time, but...

19           Then I proceeded to start out, I

20  start out with the small and I go to the large.

21  And I do my test.

22      Q.   When you say you start out with the

23  small, is that 9C, the

24      A.   Yes. Yes.

25      Q.   Can you tell us how you did that

Roussin, Denise (FAA)  1/27/2009  9:18:00 AM

1    DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2    test on 9/11 what the results were?

3    A.   Yes, again, like I said, we had to

4

5

6

7    And the machine, both machines at that

8    checkpoint passed.

9    Q.   Do you recall what the testing

10   results were for the

11   A.   No. I mean have to get

12      I believe I got

13   each one, to my recollection.

14   Q.   Okay. Did you then repeat that

15   test with the     encapsulated weapon?

16   A.   Yes.

17   Q.   That is, I think marked as 9D.

18   A.   Yes.

19   Q.   Same procedure?

20   A.   Yes.

21   Q.   And that passed as well?

22   A.   Yes.

23   Q.   Do you recall, I have some notes

24   here, but just for the moment, do you recall

25   what the results of that test were?

Roussin, Denise (FAA) 1/27/2009 9:18:00 AM

1      DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2      A.   I believe all three encapsulated

3   weapons I got

4      Q.   And that would mean that the metal

5   detector, the walk-through metal detector

6   alarmed          when you passed

7   through with the encapsulated weapons?

8      A.   Correct.

9      Q.   Each encapsulated weapon was passed

10  through

11                  is that

12  correct?

13     A.   Yes.

14          MR. TOMASIK:   Objection, asked and

15  answered.

16     Q.   So there was a total    passes?

17     A.   Yes.

18     Q.   And is it your recollection that

19  each and every time the metal detector alarmed?

20          MR. TOMASIK:   Objection, asked and

21  answered.

22     A.   Yes.

23     Q.   You indicated that you also had a

24  step wedge with you,       to check

25  whether the x-ray machine was working properly.

Roussin, Denise (FAA) 1/27/2009 9:18:00 AM

1    DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2    garage and walk up into the terminal.

3        Q.   It says "lead agent, Denise

4    Roussin." Is that you?

5        A.   That is me.

6        Q.   "Agent number 2," that is

7    Ms. Wilkins?

8        A.   Correct.

9        Q.   You indicated she was shadowing

10   you?

11       A.   Yes.

12       Q.   Underneath in that same section it

13   says "number of violations, zero." What does

14   that mean.

15       A.   That means, I believe the system

16   tracks violations at each location and that

17   means there was no open violations against that

18   carrier in charge of that screening location.

19       Q.   It says "number of non-violation

20   security weaknesses, zero" what does that mean?

21       A.   That would be the same if we have a

22   finding, in other words, we find something out

23   of sorts at the screening location not just with

24   the equipment but with records, we would put in

25   findings and we would have to write that in the

Roussin, Denise (FAA) 1/27/2009 9:18:00 AM

1    DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2    system and show, okay, that was, we could maybe

3    give a warning and such that shows we didn't

4    have any of those at that time.

5    Q.    Turning to the next page, 7851.

6    Sorry, I asked you a little bit out of order

7    before. I apologize.

8    Under the second part of the

9    section where it says Metal Detection Device, do

10    you see that?

11    A.    Yes.

12    Q.    Can you tell us what that section,

13    what information is included in that section?

14    A.    That would be extracted from what

15    we enter into the metal detection device profile

16    which is what's kept in the profile is the

17    serial number where that is located and the

18    applicable settings. That shows when that was

19    updated or edited any time throughout the year.

20    Q.    And insofar as the section

21    underneath that, number 1 "proper procedures are

22    followed when equipment is placed into service."

23    And then "(Section IV C.3.b)" what does that

24    mean?

25    A.    That would be I want to say part of

Roussin, Denise (FAA)  1/27/2009  9:18:00 AM

1    DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2    the Air Carrier Standard Security Program if I

3    recall. That would mean that the screening

4    company responsible for that checkpoint did they

5    properly use the OTP when they opened up that

6    checkpoint that morning.

7        Q.   It says "Response" there is

8    something that says "Y in compliance." Then it

9    says "N, findings, N not applicable." What does

10   that mean?

11       A.   Y would stand for yes, they are in

12   compliance, which they were. That's why I put a

13   Y. And N would stand for no. That means there

14   is no findings. That means I didn't find

15   anything out of sorts when I went there. And N

16   not applicable is just not applicable.

17       Q.   All right. This is referring to the

18   metal detector; right? The walk-through metal

19   detector.

20       A.   Yes. I believe because it falls

21   under metal detector they were just talking

22   about that, yes.

23       Q.   What did it mean that you said that

24   you found it in compliance?

25       A.   That means that I checked the

Roussin, Denise (FAA) 1/27/2009 9:18:00 AM

1     DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2     logbook at that checkpoint to make sure they

3     logged in, that they used the OTP prior to

4     opening that checkpoint.

5     Q.   When you put that was in

6     compliance, does that mean you found they had

7     used the OTP properly before opening the

8     checkpoint that morning?

9     A.   Yes.

10         MS. McSHAIN:   Objection.

11    Q.   Number 2 says "Hand-held metal

12    detector testing is conducted" in parentheses it

13    says "(Section IV C.4)" what does that mean?

14    A.   Again, I believe that is part of

15    the ACSSP, hand-held metal detectors is what the

16    screeners used to -- on a person if they so had

17    to screen them after they walked through metal

18    detector in a manner that they were trained,

19    which I am not a screener but, you know.

20         And each morning when the

21    checkpoint is opened, again, they take that

22    hand-held and hold it at least 2 to 4 inches

23    away from a piece of metal and run it over at

24    least two times to make sure that hand-held that

25    has a battery in it -- I am not sure what type

Roussin, Denise (FAA) 1/27/2009 9:18:00 AM

1    DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2    of battery -- alarms, beeps.

3        Q.   And did your, does your report

4    indicate that the testing of that equipment was

5    in compliance with FAA requirements?

6        MR. TOMASIK:  Objection,

7    foundation, speculation.

8        MS. McSHAIN:  Objection.

9        Q.   Can you explain to us what your

10   response or your report indicates with respect

11   to number 2?

12       MR. TOMASIK:  Objection,

13   foundation.

14       A.   It is a Y.  That means that that

15   checkpoint was in compliance with that piece of

16   device.  They did properly do what they had to

17   do.

18       Q.   And as you sit here today do you

19   recall what they had to do with respect to the

20   hand-held metal detector?

21       A.   Yes.  I explained they have to hold

22   it away from metal at least 2 to 4 inches and

23   make sure that it alarms.

24       Q.   And do you know when the hand-held

25   metal detector would be used at the screening

Roussin, Denise (FAA) 1/27/2009 9:18:00 AM

1       DENISE ROUSSIN-HIGHLY CONFIDENTIAL

2       Q.   Did you do any other testing at
3   checkpoint C3 that day?
4       A.   Just C3 their equipment. But
5   nothing else.
6       Q.   So you tested all of the security
7   equipment at C3 that day?
8       A.   Yes.
9            MS. McSHAIN:   Objection.
10      Q.   You found all of the security
11  equipment in use at checkpoint C3 working in
12  compliance with FAA regulations?
13      A.   That's correct.
14      Q.   And the ACSSP?
15           MS. McSHAIN:   Objection.
16      A.   Yes.
17      Q.   Do you recall whether you took any
18  records from the checkpoint with you?
19      A.   That day I don't recall at all
20  taking anything back with me. No.
21      Q.   Do you know if Ms. Wilkins did?
22      A.   No, she did not.
23      Q.   Did Ms. Wilkins do anything other
24  than shadow your actual testing of the
25  equipment?