# Exhibit I

```
 1
 2      UNITED STATES DISTRICT COURT
 3      SOUTHERN DISTRICT OF NEW YORK
 4      ------------------------------------------X
 5      IN RE SEPTEMBER 11 LITIGATION
 6              21 MC 101 (AKH)
 7      ------------------------------------------X
 8      MARY BAVIS,
 9              Plaintiff,
10      -against-              02 Civ. 7154
11      UAL CORPORATION, et al.,
12              Defendants.
13      ------------------------------------------X
14              HIGHLY CONFIDENTIAL
15              January 27, 2011
                9:30 a.m.
16
17
18         Videotaped Deposition of
19      FRANCES LOZITO, taken by Defendants, pursuant to
20      Notice, at the offices of Mayer Brown Rowe & Maw,
21      1999 K Street N.W., Washington, DC before TAMMEY
22      M. PASTOR, a Registered Professional Reporter,
23      Certified LiveNote Reporter and Notary Public
24      within and for the State of New York.
25
```

Lozito, Frances 1/27/2011 9:00:00 AM

| | |
|---|---|
| 1 | FRANCES LOZITO-HIGHLY CONFIDENTIAL |
| 2 | that you were PSI for United Airlines, can |
| 3 | you tell us what, how the metal detectors |
| 4 | were required to be calibrated for use by |
| 5 | an air carrier in aviation security?") |
| 6 | MS. NORMAND:   I think the |
| 7 | clarification to the question was how |
| 8 | United.  Could you rephrase the question |
| 9 | to tie it to United program? |
| 10 | MR. ELLIS:   Sure. |
| 11 | Q.   Are you familiar with metal |
| 12 | detectors used by United in accordance with the |
| 13 | security program during the time you were |
| 14 | Principal Security Inspector? |
| 15 | MS. SCHIAVO:   Objection. |
| 16 | A.   Yes. |
| 17 | Q.   Can you tell us if you're |
| 18 | familiar with how those metal detectors in |
| 19 | accordance with their security program were |
| 20 | supposed to be calibrated? |
| 21 | MS. SCHIAVO:   Objection.  Go ahead. |
| 22 | Sorry. |
| 23 | A.   They were actually calibrated by |
| 24 | FAA inspectors. |
| 25 | Q.   Was that every metal detector |

Lozito, Frances  1/27/2011  9:00:00 AM

1      FRANCES LOZITO-HIGHLY CONFIDENTIAL

2      used by United?

3          A.   Uh-huh.

4          Q.   And can you tell us how the FAA,

5      if you know, calibrated United's metal

6      detectors?

7          A.   I don't remember specifically,

8      but there was multiple gun kit that was

9      designed to -- I know it required multiple

10     passes through a unit with the weapon,

11     different caliber weapons, different size

12     metals at different locations on the body to

13     ensure that it alarmed.

14         Q.   And that object, I believe you

15     indicated that was used by the FAA to calibrate

16     these metal detectors was a gun?

17              MS. NORMAND:   Objection.

18              MS. SCHIAVO:   Objection.

19         A.   Yes.

20         Q.   And was that because the threat

21     that was assessed by the FAA was the threat of

22     a gun being brought through the checkpoint?

23              MS. SCHIAVO:   Objection.

24              MR. COHEN:   Objection.

25              MS. NORMAND:   Objection, foundation

1      FRANCES LOZITO-HIGHLY CONFIDENTIAL

2      assessed against Civil Aviation Security?

3              MR. COHEN:   Objection.

4              MS. NORMAND:  Objection.

5         A.   Not that I can recall.

6         Q.   You indicated that part of your

7      job as Principal Security Inspector was to

8      regulate United's implementation of its

9      security responsibilities in accordance with

10     the Federal regulations governing aviation

11     security; is that correct?

12             MS. NORMAND:  Objection.

13             MS. SCHIAVO:  Objection.

14        A.   I don't know what regulate means

15     to you.

16        Q.   Was part of your responsibility

17     as Principal Security Inspector to implement

18     the security program in a way that conformed

19     with FAA regulations?

20             MS. SCHIAVO:  Objection.

21             MR. COHEN:   Objection.

22             MS. NORMAND:  Objection to form.

23        A.   It was not my responsibility to

24     implement the security program.

25        Q.   To monitor United or air carrier

1  FRANCES LOZITO-HIGHLY CONFIDENTIAL

2  compliance --

3  A. Monitor, yes.

4  Q. -- that's accurate?

5  A. That's accurate.

6    MR. COHEN: Objection to form.

7    MS. NORMAND: I will just remind

8  the witness and counsel to try not to

9  speak when he is speaking and vice versa

10  so that the -- it is quite all right.

11  Often the witness needs to be reminded

12  before now.

13    MR. ELLIS: The witness probably

14  should have been warned about the

15  questioner.

16    MS. NORMAND: Also to give audible

17  answers.

18    THE WITNESS: Right. Right.

19  Q. While you were Principal Security

20  Inspector for United, are you familiar with CFR

21  section 108.9 Screening of Passengers and

22  Property, specifically section A, which states

23  "Each certificate holder required to conduct

24  screening under a security program shall use

25  the procedures included and the facilities and

Lozito, Frances  1/27/2011 9:00:00 AM

1      FRANCES LOZITO-HIGHLY CONFIDENTIAL

2          read back the question.

3              (The pending question was read as

4          follows:

5              "Question:   Did you as Principal

6          Security Inspector for United know that

7          there were some prohibited items that

8          might not be detected by a metal detector

9          as calibrated by the FAA?")

10             MS. NORMAND:  Objection.

11     A.   I would say if there were items

12   that were non-metallic, then certainly metal

13   detector would not detect them.

14     Q.   And if you could turn to page

15   139F of the ACSSP.

16             MR. COHEN:  Can you give us the TSA

17         Bates number.

18             MR. FEAGLEY:  It is 126. It should

19         be 139F.

20     Q.   139F, I'm sorry. Ms. Lozito,

21   under the section G entitled FAA Testing,

22   subsection 2A(2)?

23     A.   Okay.

24     Q.   It states "If the alarm on the

25   walk-through detector does not sound, the air

Lozito, Frances  1/27/2011  9:00:00 AM

1      FRANCES LOZITO-HIGHLY CONFIDENTIAL

2    carrier is not considered to have failed to

3    detect the test object for the purpose of the

4    FAA test."

5         Do you see that?

6         MS. SCHIAVO:   Objection.

7    A.   Yes.

8    Q.   Was it your understanding that an

9    air carrier was not breaching its

10   responsibilities under the ACSSP if a

11   prohibited item or a test object went through a

12   metal detector and the metal detector failed to

13   alarm?

14        MS. SCHIAVO:   Objection.

15        MR. COHEN:   Objection.

16        MS. NORMAND:   Objection.

17   A.   That's what it states.

18   Q.   And when the FAA on 9/11 or prior

19   to 9/11, while you were Principal Security

20   Inspector, calibrated a metal detector, that

21   calibration test by the FAA did not require the

22   metal detector to alarm each time it was tested

23   by the FAA; is that correct?

24        MS. SCHIAVO:   Objection.

25        MS. NORMAND:   Objection, foundation.