# Exhibit J

Jenkins, Stephen  1/28/2011  9:00:00 AM

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  ------------------------------------------X

5  IN RE SEPTEMBER 11 LITIGATION

6           21 MC 101 (AKH)

7  ------------------------------------------X

8  MARY BAVIS,

9           Plaintiff,

10  -against-          02 Civ. 7154

11  UAL CORPORATION, et al.,

12           Defendants.

13  ------------------------------------------X

14       HIGHLY CONFIDENTIAL

15         January 28, 2011

         9:30 a.m.

16

17     .

18    Videotaped Deposition of

19  STEPHEN P. JENKINS, taken by Defendants, pursuant

20  to Notice, at the offices of Mayer Brown Rowe &

21  Maw, 1999 K Street N. W., Washington, DC, before

22  TAMMEY M. PASTOR, a Registered Professional

23  Reporter, Certified LiveNote Reporter and Notary

24  Public within and for the State of New York.

25

Jenkins, Stephen  1/28/2011 9:00:00 AM

1   STEPHEN P. JENKINS-HIGHLY CONFIDENTIAL

2   were shifted over to being the PSI for United

3   Airlines?

4       A.   That is correct.

5       Q.   Can you tell us what the role was

6   in the years leading up to September 11, 2001

7   for a PSI?

8       A.   They were primary point of

9   contact for their assigned aircraft operators.

10  In other words, each PSI was assigned one or

11  more aircraft operators. They would have daily

12  or routine contact with the corporate office

13  for that airline. Their assigned airlines.

14      Q.   All right. What other duties did

15  you have?

16      A.   In that course there was crisis

17  management responsibility in case an event with

18  that airline, other assigned airlines. There

19  was some compliance reviews.

20          They would work with the carrier

21  on certain issues, compliance with the

22  regulations, would provide guidance,

23  interpretation on the FARs and AOSSP -- or

24  ACSSP, pardon me. And the Security Directives.

25          It was a go-between. If the

1      STEPHEN P. JENKINS-HIGHLY CONFIDENTIAL

2      carrier had questions it would go through the

3      PSI and back and forth.

4          Q.   Did you play a role in amendments

5      to ACSSP?

6          A.   Yes.

7          Q.   What was that?

8          A.   The aircraft operator would send,

9      propose an amendment to the ACSSP in a written

10     form.  That would go to the PSI.  That would be

11     submitted to the PSI.  And the PSI would

12     evaluate that request.  And if it was deemed

13     appropriate, was still in compliance with the

14     rules, the regs, then we work with our policy

15     branch and intel branch to draft out the

16     amendment.

17             Then, if it was acceptable, the

18     PSI would approve it and deliver it back to the

19     airline, aircraft operator.

20         Q.   How about the occasions when the

21     amendment originated with the FAA rather than

22     with the airline, did you play a role there?

23         A.   Uh-huh. Correct.

24         Q.   What role was, in particular

25     during the period you were PSI for United

Jenkins Stephen P. (FAA) 1/28/2011 9:30:00 AM

1    STEPHEN P. JENKINS-HIGHLY CONFIDENTIAL

2    the checkpoint; right?

3    A.   Right.

4    Q.   Does that MDD data include an

5    alleged failure of the screener to properly

6    resolve walk-through metal detector alarm when

7    a tester went through metal detector?

8    MS. SCHIAVO:   Objection.

9    Q.   Can you tell?

10    MS. SCHIAVO:   Objection.

11    A.   Yes. If that happened it would

12    include that.

13    Q.   Do you have your ACSSP there?

14    A.   Yes, we do.

15    Q.   Look at page 139F. Sir, I direct

16    your attention to paragraph G, FAA testing.

17    Subparagraph 2A2. Do you see it?

18    A.   Yes.

19    Q.   And that states if the alarm on

20    the walk-through metal detector does not sound

21    the air carrier is not considered to have

22    failed to detect the test object for the

23    purposes of the FAA test; right?

24    A.   Right.

25    Q.   With that in mind would you say

Jenkins Stephen P. (FAA) 1/28/2011 9:30:00 AM

1    STEPHEN P. JENKINS-HIGHLY CONFIDENTIAL

2    that the data under the MDD category all are

3    failures to properly resolve a passenger or a

4    tester who went through the metal detector and

5    the detector alarmed?

6            MS. SCHIAVO:   Objection, misstates

7    his previous testimony.

8            MR. FEAGLEY:   Do I have that right?

9            MS. SIMMONS:   Objection.

10           MS. SCHIAVO:   Objection.

11   A.    If it did alarm and they divested

12   themselves, went through again and it alarmed

13   they could use the hand wand, if that hand wand

14   did not detect the item, that's a fail. It

15   would have been under the walk-through, the

16   detection roll up. If the walk-through did not

17   alarm it is not a fail.

18   Q.    Right. Right. So data under the

19   category MDD always reflects an alarm and a

20   failure to resolve the alarm; right?

21           MS. SCHIAVO:   Objection.

22           MS. SIMMONS:   Objection.

23   Q.    Every incident under the MDD

24   category is an incident in which the tester

25   went through the walk-through metal detector

1       STEPHEN P. JENKINS-HIGHLY CONFIDENTIAL

2       and the metal detector alarmed?

3           A.   Yes.

4               MS. SCHIAVO:   Objection.

5           Q.   Thank you.  You testified in

6       response to a question from Plaintiffs' counsel

7       that no prohibition, there is no prohibition

8       barring an airline from exceeding the

9       requirements of its own ACSSP.  Do you remember

10      that?

11          A.   Yes.

12              MS. SIMMONS:   Objection.

13          Q.   At least that's what I thought I

14      heard.

15          A.   Yes.

16          Q.   Okay.  Would you agree, however,

17      if an airline wanted to change its ACSSP

18      program, it would need to consult with the FAA?

19              MR. COHEN:   Objection.

20              MS. SCHIAVO:   Objection.

21          A.   That is correct.

22          Q.   It couldn't simply just make a

23      change then start implementing it and go on and

24      operate under that change, it would need to

25      check with you or someone else at the FAA