# Exhibit K

Subject to Confidentiality Protective Order

# ACSSP AS OF 9/11/01



DEPOSITION EXHIBIT
2-B
9/18/06
ERIC J. FINZ

TSA UAL0000001

UAL026328

II.   SCREENING RESPONSIBILITIES AND PROCEDURES

A.   RESPONSIBILITIES.   The air carrier is responsible for the screening of persons, carry-on items, and when required, checked baggage.   Screening shall be conducted using the facilities, equipment, and procedures described in this program to prevent or deter the unauthorized carriage of an explosive, incendiary, or a deadly or dangerous weapon on an airplane.   Persons who perform screening shall be trained in accordance with this program.

B.   CHECKPOINT STAFFING AND SUPERVISION AT CATEGORY X, I AND II AIRPORTS.   Minimum staffing at active passenger screening checkpoints within the United States shall be as follows:

1.   Concourse Plan Screening.

a.   Checkpoint Supervision:   The air carrier shall provide and train a CSS to be available at the screening point at all times of operation, with the exception of meal periods, scheduled breaks and emergency situations beyond the control of the air carrier.   During meal periods, breaks and such emergencies the CSS shall designate a screener to act in his/her behalf and shall advise the designated screener of his/her whereabouts so that the designated screener is able to summon the CSS for assistance at all times.   The requirement to provide a CSS is irrespective of whether fixed-post or alternative law enforcement response is provided by the airport operator.   The CSS shall represent the certificate holder, supervise screeners, resolve problems and conflicts, manage incidents as they arise, and actively control all screening activities at the checkpoint.   The CSS shall not routinely conduct x-ray screening, load bags on the x-ray conveyor or in the device, physically inspect property identified by screeners as needing additional inspection, control the exit lane, or be primarily responsible for operation of metal detectors.   However, the CSS shall actively intervene, on a case-by-case basis, to resolve uncertainties in any of the functions performed by screeners as necessary to assure effective, vigilant, and courteous screening.

TSA UAL0000015

Change 54;  6/28/99

WARNING: THIS DOCUMENT CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER THE PROVISIONS OF 14 CFR PART 191.   NO PART OF THIS DOCUMENT MAY BE RELEASED WITHOUT THE WRITTEN PERMISSION OF THE ASSOCIATE ADMINISTRATOR FOR CIVIL AVIATION SECURITY, FEDERAL AVIATION ADMINISTRATION, WASHINGTON, DC 20591.   UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTY OR OTHER ACTION.   FOR U.S. GOVERNMENT AGENCIES, PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552.

UAL026342

Subject to Confidentiality Protective Order

Page 139f

G.   FAA TESTING.

1.   To ensure that adequate protection is being provided to
     the traveling public, the FAA conducts tests of screeners.
     The air carrier, acting through its direct air carrier
     employees or authorized air carrier representatives who
     perform screening functions, shall detect each FAA-
     approved test object during each screening system operator
     test conducted by the FAA, as outlined in 2. of this
     paragraph.

2.   FAA tests are conducted without notice using the test
     objects listed in appendix VI. of this program. Each test
     is conducted so that the following screening methods are
     examined: metal detectors (walk-through and hand-held),
     x-ray screening devices, and physical inspection. The
     test objects are used in rotation to ensure that screeners
     are tested on all objects. The following procedures and
     requirements apply to each test:

     a.   At each station where screening of persons is
          performed using walk-through metal detectors, the
          FAA representative conducting the test conceals the
          test object on his or her person and proceeds
          through the detector at the speed and direction of
          normal passenger flow.

          (1)   If the alarm on the walk-through detector
                sounds, the screener shall use a hand-held
                metal detector or physical search to detect
                the object per the procedures outlined in
                section II. of this program,

          (2)   If the alarm on the walk-through detector does
                not sound, the air carrier is not considered
                to have failed to detect the test object for
                the purpose of the FAA test. The FAA
                representative conducting the test contacts
                the air carrier's station manager, or other
                responsible official of the air carrier, to
                advise that an operational test must be
                conducted per section IV.C. of this program.

     b.   At each station where screening of carry-on items is
          performed using x-ray screening devices, the FAA
          representative conducting the test randomly places
          the test object in a carry-on bag with other normal
          items (████████). The screener shall detect the test object
          per the procedures outlined in section II. of this
          program.

TSA UAL0000126

Change 54, 6/28/99

WARNING: THIS DOCUMENT CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER
THE PROVISIONS OF 14 CFR PART 191. NO PART OF THIS DOCUMENT MAY BE RELEASED WITHOUT THE
WRITTEN PERMISSION OF THE ASSOCIATE ADMINISTRATOR FOR CIVIL AVIATION SECURITY, FEDERAL
AVIATION ADMINISTRATION, WASHINGTON, DC 20591. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL
PENALTY OR OTHER ACTION. FOR U.S. GOVERNMENT AGENCIES, PUBLIC AVAILABILITY TO BE
DETERMINED UNDER 5 U.S.C. 552.

UAL026453