# Exhibit L

```
 1              C O N F I D E N T I A L

 2       UNITED STATES DISTRICT COURT

 3       SOUTHERN DISTRICT OF NEW YORK

 4       ------------------------------------x

 5       IN RE SEPTEMBER 11 LITIGATION

 6              No. 21 MC 101 (AKH)

 7       ------------------------------------x

 8              August 6, 2008

 9              10:33 a.m.

10

11

12         Videotaped deposition of LAWRENCE N.

13       SLATE, taken by Plaintiffs, pursuant to

14       Notice, at the offices of Perkins Coie,

15       4 Embarcadero Center, San Francisco,

16       California, before GAIL F. SCHORR, a

17       Certified Shorthand Reporter,

18       Certified Realtime Reporter and Notary

19       Public within and for the State of New

20       York.

21

22

23

24

25
```

Slate, Lawrence N. - (United Airlines - Flight engineering)  8/6/2008  7:32:00 AM

1      LAWRENCE N. SLATE - CONFIDENTIAL

2      crew --

3          Q.   The flight attendants.

4          A.   Again, that's not, not my

5      area, so I don't know.

6          Q.   And to your knowledge, what

7      was the system at any time that, if

8      any, that was available for the pilots

9      to notify anyone on the ground or on

10     the plane that there was a hijacking

11     going on?

12             MS. ANDERSON:  Objection to

13         form.

14         A.   Yes, I don't know of that,

15     I'm not familiar with it.

16         Q.   You'd indicated before that

17     the cockpit doors have keys, had locks

18     and had keys?

19         A.   Yes.

20         Q.   Is that correct?

21         A.   Yes, that's correct.

22         Q.   And who had keys, to your

23     knowledge, to the cockpit doors on the

24     United flights?

25         A.   I don't know specifically.

Slate, Lawrence N. - (United Airlines - Flight engineering)  8/6/2008  7:32:00 AM

1  LAWRENCE N. SLATE - CONFIDENTIAL

2  I believe that flight attendants did

3  and I believe that there was one stored

4  on the airplane as well.

5       Q.   And could the cockpit lock

6  key usable on one 767 plane could be

7  used in another 767 plane, to your

8  knowledge?  That is were the keys on

9  the 767 aircraft, to your knowledge,

10 were they universal keys?

11      A.   That's my understanding,

12 yes.

13      Q.   And is that true for the

14 keys on the 757 aircraft?

15      A.   I believe so, that's my

16 understanding.

17      Q.   And that was the case

18 before 9/11; is that correct?

19      A.   That's -- yes, that's my

20 understanding.

21      Q.   And did that change

22 post-9/11?

23      A.   With the hardened cockpit

24 door, yes, because keys went away.

25      Q.   Did engineering -- was