# Exhibit M

1    H I G H L Y   C O N F I D E N T I A L

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    ---------------------------------------x

5    IN RE SEPTEMBER 11 LITIGATION

6                No. 21 MC 101 (AKH)

7    ---------------------------------------x

8                June 9, 2009

9                8:33 a.m.

10

11        Videotaped deposition of CLAUDIO MANNO,

12    taken by Defendants, pursuant to Notice, at the

13    Fairmont Hotel, 2401 M Street, Northwest,

14    Washington, D.C., before GAIL F. SCHORR, a

15    Certified Shorthand Reporter, Certified Realtime

16    Reporter, and Notary Public within and for the

17    State of New York.

18

19

20

21

22

23

24

25

1      CLAUDIO MANNO - HIGHLY CONFIDENTIAL

2           MR. PODESTA:  Let's have

3      marked as Exhibit 1130 a document

4      which we have marked entitled

5      "Appendix A-2000-01 information

6      circulars."

7           (Deposition Exhibit 1130 for

8      identification, document entitled

9      "Appendix A-2000-01 information

10     circulars," prepared by Debevoise &

11     Plimpton.)

12          Q.   And we prepared a little

13     summary.  And I'd just like you to take a

14     look at the summary, although of course

15     since we have appended the actual

16     information circulars, if you have any

17     questions about the contents, the

18     accuracy of the summary, you're welcome

19     to look.

20               And just as you're looking at

21     it, to remind you of the basic question

22     I'm asking, putting aside the Millennium

23     plot information circulars, are you aware

24     of any information circulars in the year

25     2000 or 2001 up to 9/11 that addressed

1    CLAUDIO MANNO - HIGHLY CONFIDENTIAL

2    specific terrorist plots in the United

3    States?

4        A.    No.

5        Q.    In reviewing these information

6    circulars I noticed one mention of a

7    knife as a potential terrorist weapon,

8    and that is in information circular, IC

9    2000-01 dated April 27, 2000, which

10   describes the 1999 Indian Airlines Flight

11   814 hijacking by five terrorists armed

12   with pistols, grenades and knives.

13        And my question to you is

14   apart from that one mention of knives

15   used by terrorists armed also with

16   pistols and grenades in the Indian

17   Airways hijacking, was there any mention

18   of knives as a terrorist weapon in any of

19   the information circulars issued by FAA

20   in 2000 or 2001?

21       A.    No.

22       Q.    Did any of the information

23   circulars issued by FAA in the years 2000

24   and 2001, of course before 9/11, make any

25   reference to the use of planes as

1      CLAUDIO MANNO - HIGHLY CONFIDENTIAL

2      explosives they had onboard."

3          The next sentence is

4      underscored:  "FAA never received any

5      reliable reporting to indicate the

6      hijackers had the ability to direct the

7      flight into a specific target."

8          To the best of your knowledge,

9      Mr. Manno, is the FAA/TSA response that I

10     just read correct and accurate?

11     A.   Yes.

12     Q.   Did FAA or TSA receive any

13     confirmed indication that the air

14     terrorists -- Air France terrorists had

15     the ability to pilot the plane themselves

16     and fly it into a specific ground target?

17         MR. PARRETT:  Objection;

18     foundation.

19         MS. NORMAND:  Again, you can

20     answer only generally.

21     A.   No.

22     Q.   They did not?

23     A.   Did not.

24     Q.   Are you aware of any pre-9/11

25     terrorist incident anywhere in the world

1      CLAUDIO MANNO - HIGHLY CONFIDENTIAL

2      in which terrorists posing as passengers

3      hijacked a commercial passenger jetliner

4      and proceeded to fly the plane

5      themselves?

6         A.   No.

7         Q.   Are you aware -- let me just

8      make sure I got this.  Are you aware of

9      any pre-9/11 hijacking anywhere in the

10     world during which the hijackers,

11     terrorists posing as passengers,

12     demonstrated the ability to act as the

13     pilots of a commercial passenger jet --

14         MR. PARRETT:  Objection; form.

15         Q.   -- pre-9/11?

16         A.   No.

17         Q.   The McDonnell memo, we can

18     turn back to the McDonnell script for the

19     CD-ROM slide presentation, a/k/a and

20     hereinafter defined as McDonnell memo,

21     the McDonnell memo assessed, did it not,

22     the relative likelihood of terrorist

23     hijackings of US airliners overseas as

24     compared to terrorist hijackings of US

25     airliners domestically?  You can look at

1      CLAUDIO MANNO - HIGHLY CONFIDENTIAL

2      that Osama bin Laden and al Qaeda were

3      determined to attack American interests

4      in some way?

5          A.   Yes.

6          Q.   Before 9/11, did FAA possess

7      any actionable, specific and credible

8      intelligence that al Qaeda intended to

9      conduct terrorist attacks in the United

10     States?

11         MR. PARRETT:  Objection; form.

12         MS. NORMAND:  You can answer

13     generally.

14         A.   No.

15         Q.   Before 9/11, did FAA possess

16     any specific and credible intelligence

17     that al Qaeda intended to attack domestic

18     civil aviation as opposed to other

19     possible domestic targets such as

20     buildings, bridges, powerplants, subways,

21     trains or ships?

22         MR. PARRETT:  Objection; form.

23         MS. NORMAND:  I'd like you to

24     read that back if you could.

25         MR. PODESTA:  You're getting

1      CLAUDIO MANNO - HIGHLY CONFIDENTIAL

2      quite a workout.

3          MS. NORMAND:  The questions

4      are so long.

5          (Record read as requested.)

6          MS. NORMAND:  Thank you.

7      A.   No.

8          MR. PODESTA:  I'd like to now

9      have marked as I guess it's Exhibit

10     1138.  I don't think it's SSI.  Is

11     1138 the right number?

12         THE REPORTER:  Yes.

13         MR. PODESTA:  TSA 22441

14     through TSA 22447.  And this is a

15     document entitled "Subject:

16     Response to Congressional

17     Intelligence Oversight Committees

18     joint inquiry into the intelligence

19     community's programs in light of

20     the events of September 11th,

21     2001."  You can see from that title

22     that it's not only the questions

23     that are long.  I'm told the

24     document extends through 22448.

25         (Deposition Exhibit 1138 for

Manno, Claudio (FAA)  6/10/2009  5:17:00 PM

0356

1            H I G H L Y   C O N F I D E N T I A L

2      UNITED STATES DISTRICT COURT

3      SOUTHERN DISTRICT OF NEW YORK

4      ------------------------------------x

5      IN RE SEPTEMBER 11 LITIGATION

6              No. 21 MC 101 (AKH)

7      ------------------------------------x

8              VOLUME 2

9              June 10, 2009

10             8:33 a.m.

11

12         Continued videotaped deposition of

13     CLAUDIO MANNO, taken by Defendants,

14     pursuant to Notice, at the Fairmont

15     Hotel, 2401 M Street, Northwest,

16     Washington, D.C., before GAIL F. SCHORR,

17     a Certified Shorthand Reporter, Certified

18     Realtime Reporter, and Notary Public

19     within and for the State of New York.

20

21

22

23

24

25

1      CLAUDIO MANNO - HIGHLY CONFIDENTIAL

2          A.    -- he claimed that.  I don't

3      know -- I have not seen any other

4      information that, you know, training

5      records or other intelligence that

6      confirmed what he said that I'm aware of.

7          Q.    The air carriers were given

8      that information in 1998 through this

9      information circular that one of the

10     suspects in the bombing of the US Embassy

11     had received aircraft hijack training; is

12     that correct?

13         A.    That's what the IC says, yes.

14         Q.    Before September 11th, 2001,

15     were you aware of a threat to fly a plane

16     into the World Trade Center in 1998?

17         A.    I don't recall now.  That was

18     one of the questions in one -- in one of

19     the documents that we addressed here.  I

20     think we -- I think we said that we had

21     not received that information.

22         Q.    Do you recall if at your

23     Moussaoui testimony you were asked had

24     you been prepped to testify about

25     intelligence case files about threats in

1    CLAUDIO MANNO - HIGHLY CONFIDENTIAL

2    A.  Yes.

3    Q.  Is it fair to say that both

4    terrorist bombings inflicting mass

5    casualties and the use of sophisticated

6    improvised explosive devices were

7    important trends in international

8    terrorism before 9/11?

9    A.  Yes.

10    Q.  On the other hand, was there

11    any -- did the FAA pre-9/11 observe any

12    discernible trend toward the use by

13    international terrorists of pilots

14    capable of hijacking and flying

15    commercial aircraft?

16    MR. PARRETT:  Objection; form.

17    A.  No.

18    Q.  Prior to 9/11, did the FAA

19    Office of Intelligence observe any

20    discernible trend toward the use by

21    international terrorists of small-bladed

22    knives or box cutters as the weapon of

23    choice for terrorist attacks?

24    A.  No.

25    Q.  Before 9/11, are you aware of

1      CLAUDIO MANNO - HIGHLY CONFIDENTIAL

2      any terrorist attack by al Qaeda in which

3      knives or other small sharp cutting

4      implements were the primary method of

5      attack?

6          A.   No.

7          Q.   Before 9/11, are you aware of

8      any attack by any group of international

9      terrorists in which knives, box cutters

10     or other small, sharp cutting implements

11     were the exclusive weapon of choice --

12     were the exclusive weapon used?

13         A.   No.

14         Q.   We had the Air India attack

15     where they had knives but they also had

16     pistols and grenades.  Can you think of

17     any international terrorist attack, any

18     attack by any organized group of

19     terrorists in which knives of any type

20     were the exclusive weapon of attack?

21         A.   I think there was one attack

22     in Egypt, and I believe it was before,

23     I'm sure it was before 9/11, where a

24     group of terrorists murdered about 40 or

25     50 tourists in an historic site by