# Exhibit N



EXHIBIT 1235
WIT: _____
DATE: 1 27 11
T.M. PASTOR, RPR, CLR



U.S. Department
of Transportation

Federal Aviation
Administration

# Memorandum

Subject:   ACTION:   Testing of Metal Detectors          Date. APR 10 1991

From:   Acting Director, Office of CAS          Reply to   ACP-110-91-015
           Policy & Planning, ACP-1                Attn of   F. Lozito
                                                                   267-3373

To:   Managers, Civil Aviation Security Divisions, -700's
        THRU:  Director, Office of CAS Operations, ACO-1 *(init)*

Change 25 to the Air Carrier Standard Security Program (ACSSP)
established a new calibration standard for metal detectors
used in preboard passenger screening.  By memorandum dated
September 27, 1990, we outlined the procedures to be followed
when FAA testing is performed.  This memorandum also states
that the test will be performed during the next comprehensive
air carrier station inspection according to the implementation
schedule in ACSSP Section IV.C.3.e.   The dates when the air
carriers are to be in full compliance with the new required
detection performance standards are listed in ACSSP
Section IV.C.3.f.

We would like to encourage the air carriers to recalibrate
their equipment prior to the mandatory implementation date, to
avoid the last minute problems we experienced at the
Category X airports.  Therefore, we are authorizing the
Principal Security Inspectors (PSI) to allow those air
carriers experiencing difficulties with excessive alarming at
Category I-IV airports, to adjust the sensitivity to the
previous settings until they can resolve any difficulties.
Adjustments are not to be authorized after the scheduled
implementation dates.

The air carrier must notify the PSI in writing of the
difficulties encountered, and the PSI will notify ACO-200, and
the affected region to coordinate the effort with the local
CASFO/CASFU.

There may be environmental problems encountered over which the
air carriers have little or no control, or there may be
problems with the increased sensitivity on equipment that may
not have been designed to operate at such a high sensitivity
setting.  These possibilities must be taken into account, and
we must work with the air carriers to resolve the problems.

TSA11704

2.

On the implementation dates for the Category I, II, III, and IV airports, we do not anticipate receiving, nor do we expect to approve, any requests for an extension of those dates. It is incumbent upon the PSI's to encourage the air carriers to bring their systems on line prior to these dates to work out any difficulties that they may encounter. It is critical that the PSI's, the affected regions, and the air carriers work together so that all parties are aware of any changes made to equipment settings.

We would like to request that you remind the inspectors in the field that they are not to adjust the sensitivity on the metal detectors themselves. Any adjustments needed must be made by an authorized air carrier representative.

Please feel free to contact Jerry Long at FTS: 267-7298 or Fran Lozito at FTS: 267-3373, if you have any questions, or if we can be of any assistance.

Lynne A. Osmus