# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      Victoria A. Turchetti, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Briarcliff Manor, New York and that on the 8th day of July 2011, deponent served the within MEMORANDUM OF LAW OF AMERICAN AIRLINES, INC. AND AMR CORPORATION CONCERNING APPLICABLE STANDARD OF CARE; and DECLARATION OF DESMOND T. BARRY, JR. upon:

1. Donald A. Migliori, Esq. and Mary F. Schiavo, Esq. – Counsel for Plaintiff Mary Bavis;
2. Richard A. Williamson, Esq. – Counsel for Plaintiffs World Trade Center Properties LLC et al.;
3. John F. Stoviak, Esq. – Counsel for Cantor Fitzgerald Plaintiffs;
4. Katherine L. Pringle, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
5. Sarah S. Normand, Esq., and Jeannette A. Vargas, Esq. – U.S. Attorneys' Office; and
6. All Aviation Defendants' Counsel

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

                                                      Victoria A. Turchetti

Sworn to before me this
8th day of July 2011

_____
Notary Public

TINA M. ZOCCALI
Notary Public, State of New York
No. 01ZO6059025
Qualified in Rockland County
Commission Expires May 21, 20 15