UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
:      No. 21 MC 101 (AKH)

IN RE SEPTEMBER 11 LITIGATION    :    This document relates to:
*Bavis v. United Airlines Inc. et al.*,
:      02 CV 7154

------------------------------X

# DECLARATION OF DESMOND T. BARRY, JR.

I, DESMOND T. BARRY, JR., declare as follows:

1. I am admitted to practice before this Court, and a member of the law firm of Condon & Forsyth LLP, co-counsel for American Airlines, Inc. and AMR Corporation (collectively "American").

2. I submit this declaration in support of the Memorandum of Law of American Airlines, Inc. and AMR Corporation Concerning Applicable Standard of Care.

3. In support of this motion, I attach true and correct copies of the following exhibits:

| No. | Exhibit |
|---|---|
| A. | Aviation Defendants' Memorandum of Law in Support of Motion for a Determination of Applicable Law Regarding Standard of Care, dated April 30, 2007. |
| B. | Aviation Defendants' Reply Memorandum of Law in Support of Motion for a Determination of Applicable Law Regarding Standard of Care, dated June 8, 2007. |
| C. | Excerpts from Volumes I and II of the transcript of the deposition of Robert J. Cammaroto, taken on February 11 and 12, 2008. |

| D. | Excerpts from the transcript of the deposition of Claudio Manno, taken on June 9, 2009. |
|---|---|
| E. | Appendix III to the Air Carrier Standard Security Program, applicable to American Airlines on September 11, 2001. |
| F. | FAA Information Circular 99-13. |
| G. | Appendix I to the Air Carrier Standard Security Program, applicable to American Airlines on September 11, 2001. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 8, 2011

_____
Desmond T. Barry, Jr.