# Exhibit D

Manno, Claudio - 6/9/2009  6/9/2009  8:33:00 AM

1

| | |
|---|---|
| 1 | H I G H L Y  C O N F I D E N T I A L |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | SOUTHERN DISTRICT OF NEW YORK |
| 4 | ----------------------------------x |
| 5 | IN RE SEPTEMBER 11 LITIGATION |
| 6 | No. 21 MC 101 (AKH) |
| 7 | ----------------------------------x |
| 8 | June 9, 2009 |
| 9 | 8:33 a.m. |
| 10 | |
| 11 | Videotaped deposition of CLAUDIO MANNO, |
| 12 | taken by Defendants, pursuant to Notice, at the |
| 13 | Fairmont Hotel, 2401 M Street, Northwest, |
| 14 | Washington, D.C., before GAIL F. SCHORR, a |
| 15 | Certified Shorthand Reporter, Certified Realtime |
| 16 | Reporter, and Notary Public within and for the |
| 17 | State of New York. |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 34

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2      A.  Yes.
3      Q.  And does that refresh your
4  recollection that you were -- that FAA
5  was receiving intelligence reports from
6  the CIA and the FBI concerning
7  international terrorism?
8      MR. PARRETT:  Objection.
9      MS. NORMAND:  Objection.
10     Q.  You can answer.
11     A.  Yes.
12     Q.  I'd like to turn now,
13  doubtless to Sarah's relief, to topic 29.
14  Before 9/11, what did the FAA perceive to
15  be the principal ways in which terrorists
16  might pose a threat to American civil
17  aviation?
18     A.  The primary threat was
19  considered to be hijackings and bombings.
20     Q.  Now, during the 15 years or so
21  were there any other principal threats
22  besides hijackings and bombings --
23     MS. NORMAND:  Objection to
24  form.
25     Q.  -- to American civil aviation

Page 35

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  from terrorists?
3      MR. PARRETT:  Objection; form.
4      MR. PODESTA:  I didn't get,
5  have an objection until I went on,
6  all right.
7      A.  Primarily hijackings and
8  bombings.
9      Q.  During the 15 years or so
10  before 9/11, hadn't most major anti-US
11  terrorist plots involved the use or
12  planned use of some form of bomb or
13  explosive?
14     MR. TOMASIK:  Objection; form.
15     A.  Could you restate the
16  question.
17     Q.  Well, looking at the 15 years
18  before 9/11, weren't there a number of
19  attacks against -- of actual or planned
20  terrorist attacks against American
21  interests, not limited to civil aviation,
22  that involved the actual or planned use
23  of bombs or explosives?
24     A.  Yes, as well as hijackings.
25     Q.  When was the last hijacking of

Page 36

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  a United States airliner by a terrorist?
3  And I mean domestically.
4      MS. NORMAND:  Prior to 9/11.
5      A.  Domestically?
6      Q.  Yes.
7      A.  There weren't any.
8      Q.  Is it accurate to state that
9  there had not been any domestic
10  hijackings of a United States airliner
11  for at least 10 years prior to 9/11?
12     A.  I believe that the last one
13  was in 1991.
14     Q.  Which is exactly 10 years.
15     The 1988 Pan Am Flight 103
16  bombing involved a terrorist attack on a
17  United States airliner, did it not?
18     A.  Correct.
19     Q.  The 1993 World Trade Center
20  bombing involved a terrorist attack on
21  United States interests, did it not?
22     A.  Yes.
23     Q.  The 1995 Oklahoma City bombing
24  involved a terrorist attack on United
25  States interests, did it not?

Page 37

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2      MS. NORMAND:  Objection to
3  form.
4      A.  Correct.
5      Q.  Are you familiar with the
6  so-called Bojinka plot?
7      A.  Yes.
8      Q.  And that was a plot in 1995 by
9  Islamic terrorists to explode 12 or so US
10  airliners in midair over the Pacific?
11     A.  Correct.
12     Q.  The 1998 embassy bombings in
13  Nairobi and Tanzania involved an
14  explosives attack by Islamic extremists
15  against United States interests, did it
16  not?
17     A.  Yes.
18     Q.  Are you familiar with the
19  so-called Millennium plot by an Islamic
20  extremist by the name of Ressam to bomb
21  some portion of Los Angeles International
22  Airport?
23     A.  Yes.
24     Q.  And that was also an attack in
25  which the mode of attack was explosives,

38

| | |
|---|---|
| 1 | CLAUDIO MANNO - HIGHLY CONFIDENTIAL |
| 2 | was it not? |
| 3 | MR. TOMASIK: Objection; form. |
| 4 | A. Planned attack. |
| 5 | Q. Planned attack, correct. And |
| 6 | the 19 -- and the year 2000, October 2000 |
| 7 | attack by Islamic extremists on the USS |
| 8 | COLE in Yemen involved the use of |
| 9 | explosives, did it not? |
| 10 | A. Yes. |
| 11 | Q. As you sit here today, can you |
| 12 | think of a major terrorist attack against |
| 13 | a domestic United States target or United |
| 14 | States interests overseas in the 15 years |
| 15 | prior to 9/11 that did not involve in |
| 16 | some form the actual or planned use of |
| 17 | explosives? |
| 18 | A. The hijacking of TWA 847. |
| 19 | Q. And when was that? |
| 20 | A. I believe that was in 1995. |
| 21 | Q. '95 or '85? |
| 22 | A. '85, I'm sorry. '85, correct. |
| 23 | Q. So that would be outside the |
| 24 | 15 years? |
| 25 | A. Right. |

39

| | |
|---|---|
| 1 | CLAUDIO MANNO - HIGHLY CONFIDENTIAL |
| 2 | Q. Other than that, can you think |
| 3 | of any major terrorist attack or planned |
| 4 | terrorist attack against United States |
| 5 | interests, domestic or foreign, in the 15 |
| 6 | years prior to 9/11 that did not involve |
| 7 | the actual or planned use of some form of |
| 8 | explosives? |
| 9 | A. No. |
| 10 | (Deposition Exhibit 32, |
| 11 | previously marked and shown to |
| 12 | witness.) |
| 13 | Q. I'd like to just show you |
| 14 | what's previously been marked what we |
| 15 | call the Aviation Monograph, Exhibit 32, |
| 16 | so you can have it in front of you for |
| 17 | context, but my question is going to |
| 18 | simply be a one-liner. The Aviation |
| 19 | Monograph, which was prepared by the |
| 20 | staff of the 9/11 Commission, quotes FAA |
| 21 | commissioner Jane Garvey as having told |
| 22 | the 9/11 Commission in her testimony "And |
| 23 | on September 10, based on intelligence |
| 24 | reporting, we saw explosive devices on |
| 25 | aircraft as the most dangerous threat." |

40

| | |
|---|---|
| 1 | CLAUDIO MANNO - HIGHLY CONFIDENTIAL |
| 2 | Is that statement an accurate |
| 3 | description of the FAA's immediate |
| 4 | pre-9/11 perception of the terrorist |
| 5 | threat? |
| 6 | MR. TOMASIK: Objection; form. |
| 7 | A. Yes. |
| 8 | (Deposition Exhibit 26, |
| 9 | previously marked and shown to |
| 10 | witness.) |
| 11 | Q. The 9/11 Commission report |
| 12 | which has previously been marked Exhibit |
| 13 | 86 -- 26, I'm sorry contains the |
| 14 | following statement at Page 82, and this |
| 15 | is a commission statement, not |
| 16 | attributable to any FAA individual, "In |
| 17 | the years before 9/11, the FAA perceived |
| 18 | sabotage as a greater threat to aviation |
| 19 | than hijackings." |
| 20 | Is that an accurate statement |
| 21 | of the FAA's perception immediately prior |
| 22 | to 9/11? |
| 23 | MR. PARRETT: Objection; |
| 24 | foundation. |
| 25 | MS. NORMAND: Could you repeat |

41

| | |
|---|---|
| 1 | CLAUDIO MANNO - HIGHLY CONFIDENTIAL |
| 2 | the question, please. |
| 3 | (Record read as requested.) |
| 4 | MR. TOMASIK: Objection; form. |
| 5 | MR. PARRETT: Foundation. |
| 6 | MS. NORMAND: The witness is |
| 7 | not permitted to interpret |
| 8 | documents that are not FAA or TSA |
| 9 | documents, but you can ask him |
| 10 | whether that -- |
| 11 | MR. PODESTA: I'm just asking |
| 12 | whether he agrees with the |
| 13 | statement. |
| 14 | MR. TOMASIK: To that point, |
| 15 | Sarah, in terms of the commission |
| 16 | report and the Monograph, are those |
| 17 | fair game for today's deposition? |
| 18 | MS. NORMAND: I don't know |
| 19 | what you mean by fair game. |
| 20 | MR. TOMASIK: I understood |
| 21 | that the witness was only going to |
| 22 | testify to documents approved or |
| 23 | authored by the witness. |
| 24 | MS. NORMAND: That's why I'm |
| 25 | asking Mr. Podesta to ask him |

42

| | |
|---|---|
| 1 | CLAUDIO MANNO - HIGHLY CONFIDENTIAL |
| 2 | whether the FAA perceived the |
| 3 | threat of sabotage to be greater |
| 4 | than hijackings. |
| 5 | MR. PODESTA: Let me just ask |
| 6 | the question straight up excising |
| 7 | any contaminating reference to the |
| 8 | 9/11 Commission report. |
| 9 | Q. In the years before 9/11, Mr. |
| 10 | Manno, did the FAA perceive sabotage as a |
| 11 | greater threat to aviation than |
| 12 | hijacking, at least domestically? |
| 13 | A. Yes. |
| 14 | Q. Now isn't it true that |
| 15 | terrorist bombing attacks on aircraft can |
| 16 | be either suicidal or nonsuicidal? |
| 17 | A. Yes. |
| 18 | Q. In the aviation context, would |
| 19 | a suicidal bombing attack be one in which |
| 20 | the terrorist boards the plane with the |
| 21 | bomb and remains onboard when the |
| 22 | aircraft explodes? |
| 23 | MR. TOMASIK: Objection to |
| 24 | form. |
| 25 | MR. PARRETT: Objection to |

43

| | |
|---|---|
| 1 | CLAUDIO MANNO - HIGHLY CONFIDENTIAL |
| 2 | form. |
| 3 | A. It could be. |
| 4 | Q. Now, are there several ways in |
| 5 | which a terrorist might carry out a |
| 6 | nonsuicidal bombing attack on a |
| 7 | commercial aircraft? |
| 8 | A. Yes. |
| 9 | Q. One way is to place a bomb |
| 10 | with a timing device onboard the aircraft |
| 11 | and then deplane the aircraft before the |
| 12 | next leg of the flight? |
| 13 | A. Correct. |
| 14 | Q. And the Bojinka plot, which we |
| 15 | discussed earlier, was planned to involve |
| 16 | that type of attack, was it not? |
| 17 | A. Correct. |
| 18 | Q. Another way to carry out a |
| 19 | nonsuicidal bombing attack would be for |
| 20 | the terrorist to sneak a bomb on the |
| 21 | plane in checked baggage and then not |
| 22 | board the plane himself or herself? |
| 23 | MR. TOMASIK: Objection; form. |
| 24 | A. Correct. |
| 25 | Q. The Pan Am Flight 103 |

44

| | |
|---|---|
| 1 | CLAUDIO MANNO - HIGHLY CONFIDENTIAL |
| 2 | Lockerbie bombing involved a variant on |
| 3 | that approach, did it not? |
| 4 | MR. TOMASIK: Objection; form. |
| 5 | A. Correct. |
| 6 | Q. Before 9/11, which type of |
| 7 | terrorist bombing attack, suicidal or |
| 8 | nonsuicidal, did FAA consider more likely |
| 9 | to occur in the context of United States |
| 10 | domestic civil aviation? |
| 11 | MS. NORMAND: Objection. |
| 12 | A. Nonsuicidal. |
| 13 | MS. NORMAND: Objection; |
| 14 | foundation. Go ahead. |
| 15 | A. Nonsuicidal. |
| 16 | Q. In the worldwide history of |
| 17 | civil aviation before 9/11, had there |
| 18 | been instances of nonsuicidal bombings or |
| 19 | planned bombings of commercial aircraft? |
| 20 | MS. NORMAND: Objection; form. |
| 21 | A. Yes. |
| 22 | Q. We've already mentioned Pan Am |
| 23 | 103, that was -- |
| 24 | A. Yes. |
| 25 | Q. And the Bojinka plot? |

45

| | |
|---|---|
| 1 | CLAUDIO MANNO - HIGHLY CONFIDENTIAL |
| 2 | A. Yes. |
| 3 | Q. Another nonsuicidal terrorist |
| 4 | bombing of a commercial aircraft was the |
| 5 | 1985 Sikh Air Canada bombing? |
| 6 | MR. TOMASIK: Objection; form. |
| 7 | A. Yes. |
| 8 | Q. And another example of a |
| 9 | nonsuicidal international terrorist |
| 10 | bombing was the 1987 North Korean bombing |
| 11 | of a South Korean Air Line? |
| 12 | A. Correct. |
| 13 | MR. TOMASIK: Objection; form. |
| 14 | Q. And another example of a |
| 15 | nonsuicidal terrorist bombing of a |
| 16 | commercial airliner before 9/11 was the |
| 17 | 1986 bombing of TWA 840 en route to |
| 18 | Athens, Greece? |
| 19 | A. Correct. |
| 20 | MR. TOMASIK: Object to form. |
| 21 | MR. PODESTA: Did you get the |
| 22 | answer? |
| 23 | THE REPORTER: Yes. |
| 24 | Q. Are you aware, Mr. Manno, of a |
| 25 | single historical instance before 9/11 of |

46

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  a politically or ideologically motivated
3  terrorist group actually exploding a bomb
4  on a commercial airliner while a
5  terrorist was onboard the plane?
6        MR. TOMASIK: Objection to
7  form; foundation.
8        MR. PARRETT: Objection to
9  foundation.
10   A.  No.
11   Q.  Before 9/11, had Islamic
12  extremists, and I would include in
13  Islamic extremists Osama bin Laden and al
14  Qaeda, perhaps not surprisingly, shown an
15  ability and willingness to engage in
16  terrorist bombing attacks against United
17  States interests?
18   A.  Yes.
19   Q.  An example of such an attack
20  by Islamic extremists would be the
21  African Embassy bombings?
22   A.  Yes.
23   Q.  Another example would be the
24  Khobar Towers bombing in Saudi Arabia?
25   A.  Yes.

47

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2   Q.  Another example would be the
3  attack on the USS COLE by a motor launch
4  filled with explosives?
5   A.  Yes.
6   Q.  And going further back, yet
7  another prominent example would have been
8  the 1983 truck bomb attack on United
9  States marine barracks in Beirut,
10  Lebanon?
11        MS. NORMAND: Objection; form.
12   A.  Yes.
13   Q.  Are you familiar, Mr. Manno,
14  with the term improvised explosive device
15  or IED?
16   A.  Yes.
17   Q.  What does that term mean to
18  you, sir?
19   A.  It's a device that is
20  manufactured, put together not in a -- as
21  part of a production line like in a
22  factory, but rather by the, typically
23  terrorist groups.
24   Q.  For what purpose?
25        MS. NORMAND: Objection to

48

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  form.
3   A.  For what purpose?
4   Q.  Yes.
5   A.  To conduct a bombing.
6   Q.  Before 9/11 had FAA received
7  intelligence information that terrorists
8  were showing increasing sophistication in
9  designing improvised explosive devices?
10        MR. TOMASIK: Objection; form.
11        MS. NORMAND: Just before you
12  answer this, I would instruct the
13  witness you are not permitted to
14  discuss specific intelligence. I
15  think the question calls for a
16  general answer.
17        MR. PODESTA: That's correct.
18  And I will show him in a minute or
19  two a couple of information
20  circulars on it.
21   A.  Yes.
22   Q.  Did the FAA have any concern
23  pre-9/11 that these newer versions of
24  IEDs, or improvised explosive devices,
25  were becoming more difficult for law

49

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  enforcement or airport screening
3  personnel to detect?
4   A.  Yes.
5   Q.  Before 9/11 did the FAA issue
6  any information circulars warning
7  airlines or airports to be on the alert
8  for IEDs?
9   A.  Yes.
10   Q.  I'd like to show you now a
11  couple of what I believe to be
12  illustrative examples.
13        MR. PODESTA: The first one I
14  would like to have marked is, it
15  would be as Exhibit 1127, is
16  Information Circular 2000-09 dated
17  November 21, 2000, which has the
18  title "Potential threats during the
19  holiday season," presumably of the
20  year 2000.
21        (Deposition Exhibit 1127 for
22  identification, Information
23  Circular 2000-09 dated November 21,
24  2000, entitled "Potential threats
25  during the holiday season," Bates

50

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  stamped AAL 011937 and 38 and AAL
3  TSA 001234 and 1235.)
4      Q.   Was your office involved in
5  the issuance of this information
6  circular, Exhibit 1127?
7      A.   Yes.
8      Q.   Were you personally involved
9  in its issuance?
10     A.   I don't specifically recall,
11 but probably.
12     Q.   You were deputy director of
13 the Office of Intelligence at the time
14 this information circular was issued?
15     A.   Yes.
16     Q.   And I note that in the last
17 sentence on the first page and continuing
18 over to the top of the second page of the
19 information circular the statement is
20 made "Some of the currently active
21 groups," referring I believe to Middle
22 Eastern terrorist groups, "are known to
23 plan and train for hijackings and have
24 the capability to construct sophisticated
25 improvised explosive devices concealed

51

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  inside," redaction.  And it goes on, "On
3  December 21, 1988 Pan Am 103 was
4  destroyed by a bomb hidden in a radio
5  cassette recorder."
6      Was one of the purposes of
7  issuance of this Information Circular
8  2000-09 to warn air carriers that
9  terrorist groups have the capability of
10 constructing sophisticated IEDs?
11     A.   To remind the carriers of
12 that.
13     Q.   That had previously been
14 pointed out and this was a reminder?
15     A.   Yes.
16         MR. PODESTA:  I'd now like to
17 have marked as Exhibit 1128
18 Information Circular 2000-10, dated
19 November 29, 2000, which is
20 entitled "Middle Eastern group may
21 be planning to bomb aircraft."
22         (Deposition Exhibit 1128 for
23 identification, Information
24 Circular 2000-10, dated November
25 29, 2000, entitled "Middle Eastern

52

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  group may be planning to bomb
3  aircraft," Bates stamped AAL 011939
4  and 40 and AAL TSA 001236 and
5  1237.)
6      Q.   Did your office issue Exhibit
7  1128, Mr. Manno?
8      A.   Yes.
9      Q.   Were you involved with its
10 issuance?
11     A.   I don't specifically recall,
12 but I expect I was.
13     Q.   In the first section under
14 information the first sentence reads, "We
15 continue to receive information that a
16 Middle Eastern group may be planning to
17 launch a campaign of placing improvised
18 explosive devices, IEDs, on aircraft."
19     Was one of the purposes of the
20 issuance of this information circular to
21 remind air carriers of the possible
22 threat posed by improvised explosive
23 devices?
24     A.   Yes.
25     Q.   Then in the second paragraph

53

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  under "Comment" it's partially redacted,
3  but taking a look at that paragraph, is
4  it fair to say that one of the purposes
5  of the paragraph was to urge the use of
6  explosive detection systems at
7  extraordinary security locations?
8      A.   Yes.
9      Q.   And finally in this series of
10 information circulars, I'd like to show
11 you and have marked as Exhibit 1129,
12 Information Circular 2001-04A, dated July
13 31, 2001 and bearing the title "Continued
14 Middle Eastern threats to civil
15 aviation."
16         (Deposition Exhibit 1129 for
17 identification, Information
18 Circular 2001-04A, dated July 31,
19 2001, entitled "Continued Middle
20 Eastern threats to civil aviation,"
21 Bates stamped AAL 011974 through 76
22 and AAL TSA 001271 through 1273.)
23     Q.   Was this information circular,
24 Exhibit 1129, issued by your office, Mr.
25 Manno?

54

1   CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2   A.   Yes.
3   Q.   And just about a month and a
4   half before 9/11?
5   A.   On July 31st, yes.
6   Q.   And was one of the purposes of
7   this information circular to warn air
8   carriers of the potential for Middle
9   Eastern terrorist groups or individuals
10  to conduct terrorist operations against
11  US interests, particularly on the Arabian
12  Peninsula and/or in Israel?
13  A.   Yes.
14  Q.   And if you turn to the comment
15  section, it states, "Despite recent
16  terrorist activity which suggests a
17  possible near-term terrorist attack, the
18  target of such an attack is less clear.
19  The Federal Aviation Administration does
20  not have any credible information
21  regarding specific plans by terrorist
22  groups to attack US civil aviation
23  interests.  Nevertheless, some of the
24  currently active groups are known to plan
25  and train for hijackings and have the

55

1   CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2   capability to construct sophisticated
3   IEDs concealed" and then the method of
4   concealment appears to be redacted.
5        Was one of the purposes of
6   this information circular to warn air
7   carriers against the potential threat
8   posed by sophisticated improvised
9   explosive devices used by terrorist
10  groups?
11  A.   Yes.
12  Q.   Now, just by way of
13  background, turning our attention to
14  hijacking threat, were airplane
15  hijackings a substantial problem in the
16  United States in the 1960s and 1970s?
17       MR. TOMASIK:  Object to form.
18  A.   There were a considerable
19  number of hijackings, yes.
20  Q.   Did the installation of metal
21  detectors and x-ray machines at airport
22  security checkpoints have any impact on
23  the number of domestic hijackings in the
24  1970s and eighties?
25       MR. TOMASIK:  Objection; form,

Manno, Claudio - 6/9/2009  6/9/2009 8:33:00 AM

128

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  that an agency like FAA faces in terms of
3  available security resources?
4      A.  Yes.
5          MR. TOMASIK:  Objection;
6      speculation, form, outside the
7      scope of approved topics.
8      Q.  In deciding upon appropriate
9  countermeasures to terrorist threats, did
10 the FAA try to make its best judgments as
11 to which terrorist threats are the most
12 serious and most likely?
13     A.  Yes.
14     Q.  And did the FAA in prescribing
15 countermeasures to terrorist threats try
16 to prioritize its countermeasures to
17 address the most serious and most likely
18 threats?
19     A.  Yes.
20     Q.  In your experience, in your 30
21 years as an anti-terrorist, did
22 terrorists normally have the ability to
23 choose the time, place and manner of
24 their attacks?
25         MS. NORMAND:  Objection to

145

1 CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2    A. Not that I recall.
3    Q. Before 9/11, did FAA have any
4 credible intelligence indicating that the
5 weapons al Qaeda would choose for its
6 terrorist attacks in the United States
7 would be short-bladed knives or other
8 small, sharp cutting implements?
9    A. No.
10    Q. Did you as the director of the
11 FAA's Office of Intelligence have any
12 factual basis for anticipating on
13 September 10, 2001, that gangs of armed
14 terrorists armed with only -- armed only
15 with short-bladed knives and capable of
16 piloting the planes themselves, would
17 hijack multiple commercial passenger jets
18 and deliberately crash them in the
19 previously selected ground targets?
20      MR. TOMASIK: Objection to
21   form.
22      MS. NORMAND: Only answer
23   generally.
24    A. We had no intelligence,
25 specific and credible intelligence that

146

1 CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2 said that.
3    Q. Did you have any inkling on
4 September 10, 2001, that this type of
5 attack I just described was in the
6 offing?
7      MR. PARRETT: Objection; form,
8   calls for opinion.
9    A. No.
10    Q. Did the intelligence available
11 to FAA at dawn on the morning of 9/11
12 concerning Al-Qaeda's terrorist
13 intentions in the United States, amount
14 to anything more than an awareness that
15 al Qaeda posed a threat and might attack
16 anywhere, at any time, in any manner?
17      MR. TOMASIK: Objection to
18   form.
19      MR. PARRETT: Same object.
20      MS. NORMAND: Same objection.
21    A. That was our understanding,
22 yes.
23    Q. I'd like to refer you back to
24 the so-called dark interview memo which
25 has now been characterized as SSI 41.

183

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  there were additional questions, we would
3  go back to the agency that provided it
4  and ask them to give us additional
5  details, explore it further, again, to
6  try to determine how credible the
7  information was.
8     Q.  And how serious a threat it
9  posed?
10    A.  Exactly.
11    Q.  Now let's turn for a moment to
12 topic 26 which I think we've partially
13 covered. During the five years before
14 9/11, did the FAA issue any information
15 circulars -- well, first of all let me
16 rephrase it.
17    Putting aside the one
18 reference we saw to the Air India
19 hijacking where the terrorists used
20 pistols, grenades and knives, during the
21 four years -- during the five years
22 before 9/11, did the FAA issue any
23 information circulars or security
24 directives calling attention to the
25 possibility that terrorists might seek to

184

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  hijack commercial aircraft using
3  short-bladed knives or other small, sharp
4  cutting instruments?
5     A.  No, not that I recall.
6     Q.  During the five years before
7  9/11, and putting aside the one Air India
8  hijacking reference to knives with
9  pistols and grenades, during the five
10 years before 9/11, to the best of your
11 knowledge, did FAA issue any
12 communications to domestic airlines or
13 airports or checkpoint security companies
14 suggesting that short-bladed knives or
15 other small, sharp cutting instruments
16 were likely to be used in terrorist
17 operations?
18    A.  No, not that I recall.
19    (SSI Exhibit 18, previously
20    marked and shown to witness.)
21    Q.  I'd like to refer you to SSI
22 Exhibit 18 which was identified and
23 authenticated at the deposition of Robert
24 Cammarato as the FAA 30(b)(6) witness.
25 And I'd like to refer you to the first

185

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  page, TSA 11526, and there's a bullet
3  point that says "FAA has received no
4  threat information suggesting attacks
5  involving multiple hijackers armed with
6  short-bladed weapons and using extreme
7  violence."
8     To your knowledge, as FAA's
9  director of the Office of Intelligence,
10 was that an accurate statement as of the
11 morning of September 11th, 2001, dawn,
12 eastern time?
13    A.  Yes.
14    Q.  I'd like now to turn to the
15 light interview memo which we have
16 ignored thus far but which has been
17 marked as Exhibit 1122 and I'd like to
18 refer you to Page 7.
19    A.  This is quite a stack.
20    Q.  You should be glad you weren't
21 the corporate representative like Mr.
22 Cammarato. There's a section in this
23 interview memo entitled "Suicide
24 hijacking" and then there's a redacted
25 block which I will not ask you about, and

Manno, Claudio - 6/9/2009 6/9/2009 8:33:00 AM

277

```
1     CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2        A.  Yes.
3            MR. PODESTA:  Don't worry,
4        Sarah, I'm not going to ask who
5        they are.
6        Q.  Let's turn now to topic 34.
7     We've already discussed some specific
8     security directives so maybe we've
9     covered parts of this topic.  What role
10    or function did security directives play
11    in the aviation security system before
12    9/11?
13       A.  What role?
14       Q.  Or function did security
15    directives play in the aviation security
16    system before 9/11?
17       A.  It was a means for the FAA to
18    direct carriers to take certain actions
19    to counter threats.
20       Q.  Was compliance by an air
21    carrier with a security directive
22    mandatory?
23       A.  Yes.
24       Q.  Could an airline be fined or
25    penalized by FAA for failing to comply
```

278

```
1     CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2     with a security directive?
3        A.  Yes.
4        Q.  Would it be fair to describe
5     security directives as a means by which
6     FAA adopted countermeasures to meet
7     perceived terrorist threats?
8        A.  Yes.
9        Q.  To what types of entities
10    would security directives typically be
11    addressed by the FAA pre-9/11?
12       A.  To carriers.
13       Q.  Would security directives be
14    -- would directives like security
15    directives be issued to airports in the
16    form of emergency amendments to their
17    airport security programs?
18       A.  Yes.
19       Q.  And effectively, these
20    emergency amendments operated as security
21    directives for airports?
22       A.  The function was the same.
23       Q.  Now how did information
24    circulars differ from security
25    directives?
```

Manno, Claudio 06/10/2009 6/10/2009 8:33:00 AM

356

```
1    HIGHLY CONFIDENTIAL
2    UNITED STATES DISTRICT COURT
3    SOUTHERN DISTRICT OF NEW YORK
4    -----------------------------------x
5    IN RE SEPTEMBER 11 LITIGATION
6           No. 21 MC 101 (AKH)
7    -----------------------------------x
8            VOLUME 2
9            June 10, 2009
10           8:33 a.m.
11
12       Continued videotaped deposition of
13   CLAUDIO MANNO, taken by Defendants,
14   pursuant to Notice, at the Fairmont
15   Hotel, 2401 M Street, Northwest,
16   Washington, D.C., before GAIL F. SCHORR,
17   a Certified Shorthand Reporter, Certified
18   Realtime Reporter, and Notary Public
19   within and for the State of New York.
20
21
22
23
24
25
```

### Page 589

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2    A.  Yes.
3    Q.  Is it fair to say that both
4  terrorist bombings inflicting mass
5  casualties and the use of sophisticated
6  improvised explosive devices were
7  important trends in international
8  terrorism before 9/11?
9    A.  Yes.
10   Q.  On the other hand, was there
11 any -- did the FAA pre-9/11 observe any
12 discernible trend toward the use by
13 international terrorists of pilots
14 capable of hijacking and flying
15 commercial aircraft?
16   MR. PARRETT:  Objection; form.
17   A.  No.
18   Q.  Prior to 9/11, did the FAA
19 Office of Intelligence observe any
20 discernible trend toward the use by
21 international terrorists of small-bladed
22 knives or box cutters as the weapon of
23 choice for terrorist attacks?
24   A.  No.
25   Q.  Before 9/11, are you aware of

### Page 590

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  any terrorist attack by al Qaeda in which
3  knives or other small sharp cutting
4  implements were the primary method of
5  attack?
6    A.  No.
7    Q.  Before 9/11, are you aware of
8  any attack by any group of international
9  terrorists in which knives, box cutters
10 or other small, sharp cutting implements
11 were the exclusive weapon of choice --
12 were the exclusive weapon used?
13   A.  No.
14   Q.  We had the Air India attack
15 where they had knives but they also had
16 pistols and grenades.  Can you think of
17 any international terrorist attack, any
18 attack by any organized group of
19 terrorists in which knives of any type
20 were the exclusive weapon of attack?
21   A.  I think there was one attack
22 in Egypt, and I believe it was before,
23 I'm sure it was before 9/11, where a
24 group of terrorists murdered about 40 or
25 50 tourists in an historic site by

### Page 591

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  killing them with knives, slitting their
3  throats basically.
4    Q.  That was a land-based attack?
5    A.  Yes.
6    Q.  Like out at the Pyramids?
7    A.  It was out --
8      MR. WOOD:  Luxor.
9    A.  Luxor.
10   Q.  The temple?
11   A.  Yes.
12   Q.  But it did not involve
13 aviation?
14   A.  No.
15   Q.  Now I'd like to refer your
16 attention to SSI 18 which we discussed
17 yesterday and which was identified by Bob
18 Cammarato at his deposition.  And I'd
19 like to refer you to -- this is entitled
20 "Knives and sharp objects," and the
21 issue, according to the heading, it's
22 designed to address is "Explain why FAA
23 allowed passengers to carry knives with
24 blades up to four inches long onto
25 aircraft."  And I'd like to direct your

### Page 592

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  attention to the background section.  Do
3  you need an extra 18?
4      MS. NORMAND:  We're still
5  looking for it.
6      MR. PODESTA:  Our security
7  here is so great we can't even find
8  the documents themselves.  Here you
9  go.
10     MS. NORMAND:  Thank you.
11     MR. PODESTA:  Do you need
12 another 18?
13     MR. PARRETT:  No, thanks,
14 we're fine.
15   Q.  If you see in the first bullet
16 point under the background section, it
17 indicates that there were 107 hijacking
18 incidents involving US registered
19 aircraft.
20   A.  Yes.
21   Q.  Between 1977 and 2000.  And US
22 registered includes a term that involves
23 US aircraft flying overseas, does it not?
24   A.  Yes.
25   Q.  And of these 107 hijacking

Manno, Claudio 06/10/2009  6/10/2009 8:33:00 AM

593

1   CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2   incidents, 12 involved knives or similar
3   objects. Do you see it says that?
4       A.   Yes.
5       Q.   And six involved knives with
6   blades four inches long or less, do you
7   see that?
8       A.   Yes.
9       Q.   Six out of 107?
10      A.   Yes.
11      Q.   And of course prior to 9/11,
12  many small-bladed knives, knives with
13  blades under four inches long were
14  permitted through the security checkpoint
15  under the ACSSP deadly and dangerous
16  weapons guidelines?
17          MR. PARRETT: Objection to
18      form.
19          MR. McLAUGHLIN: Objection to
20      form.
21      A.   I'd have to look at the ACSSP.
22      Q.   Would you defer to Mr.
23  Cammarato's views on that?
24      A.   Yes.
25          MR. PARRETT: Objection.

594

1   CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2       Q.   Would you expect Mr. Cammarato
3   to have greater knowledge of checkpoint
4   security procedures in effect before 9/11
5   than you have?
6       A.   Yes.
7       Q.   The background goes on to say
8   "The most recent case involving a short
9   blade was in 1986 and none of the cases
10  were of a terrorist type or involved
11  extreme violence." Do you see that?
12      A.   Yes.
13      Q.   Is that consistent with your
14  awareness -- with the information you had
15  pre-9/11?
16      A.   Yes.
17      Q.   It then goes on to say "FAA
18  has received no threat information
19  suggesting attacks involving multiple
20  hijackers armed with short-bladed weapons
21  and using extreme violence."
22          Is that consistent with the
23  information in your possession pre-9/11?
24      A.   Yes.
25      Q.   Is it fair to say that

595

1   CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2   pre-9/11 the use of short-bladed knives
3   by international terrorists was not an
4   observable trend, at least insofar as
5   civil aviation was concerned?
6           MR. TOMASIK: Objection; form.
7       A.   It was not a trend, yes.
8           (Deposition Exhibit 1148,
9       previously marked and shown to
10      witness.)
11      Q.   I'd like to show you Exhibit
12  1148, which I believe Mr. Tomasik showed
13  you this morning. This is a 1993
14  analysis of civil aviation incidents in
15  the United States and I believe Puerto
16  Rico, from 1983 to 1992.
17      A.   Yes.
18      Q.   If you look at the first
19  paragraph, it indicates that there were
20  36 incidents in this period that involved
21  the hijacking or commandeering of
22  aircraft. Do you see that?
23      A.   Yes.
24      Q.   And it says that 29, in the
25  same paragraph it says that 29 of these

596

1   CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2   incidents were hijackings. Do you see
3   that information in the first paragraph?
4       A.   Yes.
5       Q.   Then if you go down to the
6   last paragraph on the first page it says
7   "Real weapons were used during five
8   hijackings." Do you see that?
9       A.   Yes.
10      Q.   Assuming that information is
11  true, wouldn't that mean that the
12  majority of hijackings, 24 out of 29,
13  took place without the use of any real
14  weapons at all by the hijackers?
15      A.   Yes.
16      Q.   Over 80 percent?
17      A.   Yes.
18      Q.   And only 5 out of 29 involved
19  any type of weapon?
20      A.   Yes.
21      Q.   And then it says "Small
22  knives, blade length of four inches or
23  less, the most frequently employed weapon
24  to hijack aircraft were used in three
25  incidents." That would be three out of

597

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  29?
3     A.  Yes.
4     Q.  Now if you turn to Page 6 you
5  will see there's a summary of the results
6  of these hijackings and commandeerings.
7  You see that on Page 6 there's a series
8  of bullet points?
9     A.  Yes.
10    Q.  And it says "Of the 36
11 incidents, generally only one person was
12 involved in each incident."
13       Is that consistent with your
14 knowledge of American hijackings
15 pre-9/11?
16    A.  Yes.
17    Q.  And it also says that "During
18 this period from 1983 to 1992
19 international terrorists were not
20 involved in any of the incidents."
21       Is that consistent with your
22 understanding?
23    A.  Yes.
24    Q.  Then it says "Many of the
25 perpetrators simply wanted to go

598

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  somewhere for a variety of economic,
3  social or family reasons and either could
4  not afford a ticket or had no other means
5  of transport."
6        Is that consistent with your
7  knowledge of American hijackings in this
8  period?
9     A.  Yes.
10    Q.  And this is a period in which
11 you were involved with the FAA, isn't
12 that correct, from 1987 to 1992?
13    A.  Yes.
14    Q.  Then the final bullet point
15 says "During all the hijackings of United
16 States registered aircraft in this
17 ten-year period there were no deaths to
18 passengers or aircraft crew members."
19    A.  Correct.
20    Q.  And that's consistent with
21 your understanding?
22    A.  Yes.
23    Q.  So that during this period,
24 whatever hijackings may have occurred
25 with small knives, did not result in

599

1  CLAUDIO MANNO - HIGHLY CONFIDENTIAL
2  death to any passengers or any crew
3  members?
4     A.  Correct.
5     Q.  Would you defer to Mr.
6  Cammarato as to the extent to which the
7  FAA viewed small knives as a threat at
8  the checkpoint?
9        MS. NORMAND:  Objection to
10 form.
11    Q.  Pre-9/11?
12    A.  Yes.
13       MR. PODESTA:  Miraculously, I
14 have concluded in 18 minutes.
15       MR. ELLIS:  I get his time.
16 Are we out of time?
17       MR. PODESTA:  Unfortunately,
18 we have an hour and 16 minutes left
19 but there will be substantial peer
20 pressure exerted on Mr. Ellis not
21 to use it all.
22       THE VIDEOGRAPHER:  We'll go
23 off the record at 2:04 p.m.
24       (A recess was taken.)
25       THE VIDEOGRAPHER:  We are back