# Exhibit F

Confidential - Do Not Copy or Disclose
Subj. to Protect. Order 21 MC 101 (AKH)
Subj. to Protect. Order 21 MC 97 (AKH)



U.S. Department of Transportation
Federal Aviation Administration

# Civil Aviation Security
# Information Circular

**Information of Concern to Aviation Security Personnel
Current Security Procedures Should be Reviewed in Light of
This Information**

**Subject:** Possible Terrorist Activity
**Number:** IC-99-13              **Date:** December 23, 1999              Page 1 of 2

**EXPIRATION:** January 31, 2000

**INFORMATION:** On December 14, 1999, U.S. authorities arrested an Algerian-born man in possession of explosive materials, including liquid explosives, as he attempted to enter the United States at Port Angeles, Washington, from Canada. The arrest follows recent warnings by the U.S. State Department concerning possible terrorist threats to American citizens worldwide. Some of the components found in possession of the suspect could be used in devices which could target civil aviation. We cannot rule out the possibility that aviation could be targeted.

**COMMENT:** Absent information indicating a specific threat, the existing security program provides an appropriate level of protection. Elements of the program such as pre-board screening, checked baggage procedures, and the use of trace detection equipment are being applied with diligence. Increased visibility of K-9 and law enforcement personnel also add deterrence to a defensive value.

FAA has prepared images of several possible improvised explosive devices (IED) using combinations of components (similar to those seized in Port Angeles) for the use of screening companies. These images are notional and do not represent all combinations or uses of the components. The images will be shown to checkpoint screeners by local FAA security representatives.

It is essential that screeners treat all passengers – regardless of race, color, ethnicity, religion, or gender – equally, both in terms of their being potential

For Use by Aviation Security Personnel Only
Unauthorized Disclosure of This Document is Prohibited: 14 CFR 199.19

AAL 011915

AAL TSA001212

Confidential - Do Not Copy or Disclose  Case 1:02-cv-07154-AKH   Document 189-6   Filed 07/08/11   Page 3 of 3  Subj. to Protect. Order 21 MC 101 (AKH)
Subj. to Protect. Order 21 MC 97 (AKH)

**Information Circular**

Number: IC-99-13    Date: December 23, 1999    Page 2 of 2

threats and of their deserving courteous, professional treatment during the conduct of security procedures.

### DISSEMINATION GUIDANCE:

(1) This IC shall be disseminated to all U.S. air carriers. It is intended for the information of carrier corporate security directors, senior management personnel, ground security coordinators, and supervisory security personnel at overseas locations.

(2) This IC may also be disseminated to managers and security elements at Part 107 airports. Such dissemination must include the dissemination guidance contained in this IC.

(3) If required in the course of aviation security duties, U.S. air carrier local station security personnel outside the U.S. may coordinate the information in this circular with local airport management and law enforcement personnel on a strict need-to-know basis only.

(4) All recipients must limit dissemination within their respective organizations to personnel who have an operational need-to-know.

(5) No other dissemination may be made without the prior approval of the FAA Associate Administrator for Civil Aviation Security. Unauthorized dissemination of this document or information contained herein is prohibited by 14 CFR 108.18.

**FOR STATE DEPARTMENT:** Retransmittal to appropriate foreign posts is authorized. Posts must refer to STATE 093752, 300308Z Mar 93, Subject: FAA Security Directives and Information Circulars: Definitions and Handling, for specific guidance on handling and dissemination.

For Use by Aviation Security Personnel Only
Unauthorized Dissemination of This Document or Information Contained Herein is Prohibited. 14 CFR 108.18

AAL 011916

AAL TSA001213