# Exhibit G

Confidential - Do Not Copy or Disclose

Subj. to Protect. Order 21MC101 (AKH)
Subj. to Protect. Order 21MC97(AKH)

Appendix I

## DEADLY OR DANGEROUS WEAPON GUIDELINES

The following guidelines are furnished to assist in making a reasonable determination of what property in the possession of a person should be considered a deadly or dangerous weapon. They are only guidelines, however, and common sense should always prevail.

**Firearms** -- Any weapon from which a shot may be fired by the force of an explosion including starter pistols, compressed air or BB guns, and flare pistols.

**Knives** -- Including sabers, swords, hunting knives, souvenir knives, martial arts devices, and such other knives with blades 4 inches long or longer and/or knives considered illegal by local law.

**Bludgeons** -- Blackjacks, billy clubs, or similar instruments.

**Explosives/Ammunition/Flammable Liquids** -- Any explosive or incendiary components which by themselves or in conjunction with other items can result in an explosion or fire. These include explosive materials, blasting caps, fireworks, gasoline, other flammable liquids, ammunition, etc., or any combination of these items (generally referred to as a "bomb").

**Disabling or Incapacitating Items** -- All tear gas, mace, and similar chemicals and gases whether in pistol, canister, or other container, and other disabling devices such as electronic stunning/shocking devices.

**Other Articles** -- Such items as ice picks, straight razors, and elongated scissors, even though not commonly thought of as a deadly or dangerous weapon, but could be used as a weapon, including toy or "dummy" weapons or grenades.

WARNING: THIS DOCUMENT CONTAINS SENSITIVE SECURITY INFORMATION THAT IS CONTROLLED UNDER THE PROVISIONS OF 14 CFR PART 191. NO PART OF THIS DOCUMENT MAY BE RELEASED WITHOUT THE WRITTEN PERMISSION OF THE ASSOCIATE ADMINISTRATOR FOR CIVIL AVIATION SECURITY, FEDERAL AVIATION ADMINISTRATION, WASHINGTON, DC 20591. UNAUTHORIZED RELEASE MAY RESULT IN CIVIL PENALTY OR OTHER ACTION. FOR U.S. GOVERNMENT AGENCIES, PUBLIC AVAILABILITY TO BE DETERMINED UNDER 5 U.S.C. 552.