UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  | : | No. 21 MC 101 (AKH) |
|  | : | |
|  | : | This document relates to : |
| IN RE SEPTEMBER 11 LITIGATION | : | *Bavis v. United Airlines Inc.et al.,* |
|  | : | 02 CV 7154 |
|  | : | |
|  | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>CERTIFICATE OF SERVICE</u>

I, Mary Schiavo, hereby certify that on the 15th day of July 2011, a true and correct copy of the following document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send email notification for such filing to those counsel who have registered with the court to receive email notices for these cases:

- **Plaintiff's Reply Brief On the Applicable Standard of Care**

/s/Mary Schiavo_____
Mary Schiavo
Motley Rice LLC
28 Bridgeside Boulevard
Post Office Box 65001
Mount Pleasant, SC  29465
Telephone:  (843) 216-9000
Facsimile:   (843) 216-9450

*Attorneys for Plaintiff Bavis*