UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :   No. 21 MC 101 (AKH)
                                                            :
                                                            :   This document relates to :
IN RE SEPTEMBER 11 LITIGATION                               :   *Bavis v. United Airlines Inc.et al.,*
                                                            :   02 CV 7154
                                                            :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

     I, Mary Schiavo, hereby certify that on the 15th day of July 2011, a true and correct copy of the following document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send email notification for such filing to those counsel who have registered with the court to receive email notices for these cases:

- **Plaintiff's Reply Memorandum of Law in Support of Motion of Plaintiff Bavis to Charge Res Ipsa Loquitur Against Defendant United Air Lines, Inc.**

     /s/Mary Schiavo_____
Mary Schiavo
Motley Rice LLC
28 Bridgeside Boulevard
Post Office Box 65001
Mount Pleasant, SC  29465
Telephone:  (843) 216-9000
Facsimile:  (843) 216-9450
*Attorneys for Plaintiff Bavis*