Hellerstein, J

Franklin M. Sachs (FS6036)
GREENBAUM, ROWE, SMITH & DAVIS LLP
Metro Corporate Campus One
P.O. Box 5600
Woodbridge, New Jersey 07095
Telephone: (732) 549-5600

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
IN RE: SEPTEMBER 11 PROPERTY DAMAGE : 21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION :
:
------------------------------------------------- :
AEGIS INSURANCE SERVICES, INC., et al., :
: 04 CV 7272 (AKH)
                    Plaintiffs, :
         -against- : STIPULATION OF DISMISSAL
: WITH PREJUDICE AND
7 WORLD TRADE CENTER COMPANY, L.P., : WITHOUT COSTS OR
et al., : ATTORNEYS' FEES AS TO
                    Defendants. : COUNT XVII
------------------------------------------------- x

**IT IS HEREBY STIPULATED AND AGREED** by the parties that Count XVII is hereby dismissed with prejudice and without costs or attorneys' fees to any party as against any other party.

GREENBAUM, ROWE, SMITH
& DAVIS LLP
GENNET, KALLMANN, ANTIN
& ROBINSON, P.C.
Attorneys for Plaintiffs

By: _____
     FRANKLIN M. SACHS

Dated: July 14, 2011

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
Attorneys for Defendants 7 World Trade
Company, L.P., Silverstein Development Corp.
and Silverstein Properties, Inc.

By: _____
     KATHERINE L. PRINGLE

Dated: 7/19/11

1

SO ORDERED:

_____
U.S.D.J.

07/15/11