UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE SEPTEMBER 11 LITIGATION        : 21 MC 101 (AKH)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WORLD TRADE CENTER PROPERTIES
LLC, et al.,                                          : 08 CIV 3722 (AKH)

            Plaintiffs,

            v.                                   : Stipulation and Order

AMERICAN AIRLINES, INC., et al.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned counsel for Plaintiffs World Trade Center Properties LLC, 1 World Trade Center LLC, 3 World Trade Center LLC, and 7 World Trade Company L.P. (collectively, "WTCP"), and Defendants American Airlines, Inc.; AMR Corporation; United Air Lines, Inc.; United Continental Holdings, Inc. (f/k/a UAL Corporation); US Airways, Inc.; US Airways Group, Inc.; Colgan Air, Inc.; Globe Aviation Services Corporation; Huntleigh USA Corporation; The Boeing Company; and Massachusetts Port Authority (collectively, "the Aviation Defendants") that the Aviation Defendants may each supplement their individual answers to the WTCP Plaintiffs' Flight 11 Complaint by incorporating the attached Supplemental Affirmative Defense and Counterclaim, provided that (1) each of the Aviation Defendant's answers may not otherwise be amended or supplemented pursuant to this Stipulation and Order, (2) WTCP's consent may not be construed, by the Aviation Defendants or the Court, as conceding any of the allegations of the Counterclaim or that the Affirmative Defense or Counterclaim states a defense or a claim, and (3) WTCP is deemed to have denied each of the allegations in the Counterclaim in each of the supplemental

answers that may be filed, and WTCP need not answer the Counterclaim or otherwise respond to the supplemental pleadings.

Dated: New York, New York
July 21, 2011

| | |
|---|---|
| FLEMMING ZULACK WILLIAMSON ZAUDERER LLP | CONDON & FORSYTH LLP |
| By: /s/ Jason Cohen<br>Jason Cohen<br>One Liberty Plaza, 35th Floor<br>New York, New York 10006<br>Telephone: (212) 412-9500<br>Facsimile: (212) 964-9200 | By: /s/ Desmond T. Barry, Jr.<br>Desmond T. Barry, Jr.<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 490-9100<br>Facsimile: (212) 370-4483 |
| *Counsel for WTCP Plaintiffs* | *Aviation Defendants' Liaison Counsel* |

SO ORDERED: 7/21/11

ALVIN K. HELLERSTEIN
United States District Judge

2