UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: No. 21 MC 101 (AKH)
:
IN RE SEPTEMBER 11 LITIGATION
: This document relates to :
: *Bavis v. United Airlines Inc.et al.,*
: 02 CV 7154
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


# NOTICE OF MOTION OF PLAINTIFF BAVIS
# ON THE RECOVERABLE DAMAGES UNDER
# MASSACHUSETTS LAW


MOTLEY RICE LLC
Ronald L. Motley
Joseph F. Rice
Donald A. Migliori
Mary F. Schiavo
Vincent I. Parrett
28 Bridgeside Boulevard Post
Office Box 650001 Mount
Pleasant, SC 29465
Telephone: (843) 216-9000
Facsimile: (843) 216-9450
*Attorneys for Plaintiff Bavis*

Dated: June 17, 2011
     Mount Pleasant, SC

PLEASE TAKE NOTICE that Plaintiff Mary Bavis, individually and as personal representative of the estate of Mark Bavis, moves this Court, at a date and time to be set by the Court, to determine the recoverable damages under Massachusetts law.

This motion is submitted pursuant to this Honorable Court's Order of May 18, 2011. Plaintiff will rely on the accompanying Memorandum of Law in support of this motion.

Dated: June 17, 2011               Respectfully submitted,

**MOTLEY RICE LLC**

By: __/s/_____
　　　Ronald L. Motley
　　　Joseph F. Rice
　　　Donald A. Migliori
　　　Mary Schiavo
　　　Vincent I. Parrett
　　　Motley Rice LLC
　　　28 Bridgeside Boulevard
　　　Post Office Box 650001
　　　Mount Pleasant, SC 29465
　　　Telephone: (843) 216-9000
　　　Facsimile: (843) 216-9450
　　　*Attorneys for Plaintiff Bavis*