UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
                                    :    21 MC 101 (AKH)
IN RE SEPTEMBER 11 LITIGATION       :
                                    :    This Document Relates to:
                                    :    *Bavis v. United Air Lines, Inc.*,
                                    :    (02 Civ 7154)
------------------------------------x

# DECLARATION OF MICHAEL R. FEAGLEY

I, MICHAEL R. FEAGLEY, declare as follows:

1. I am admitted to practice before this Court, and I am a member of the law firm of Mayer Brown LLP, co-counsel for defendant United Air Lines, Inc. ("United"). I have participated in the defense of this litigation since its inception and am fully familiar with all prior pleadings and proceedings.

2. I submit this declaration in support of Defendants' Memorandum on Recoverable Damages Under Massachusetts Law.

3. Attached as Exhibit "A" is a true and correct copy of selected pages of the transcript of the May 19, 2011 deposition of Mary Bavis.

4. Attached as Exhibit "B" is a true and correct copy of the Expert Report of Evan F. Kohlman (May 2011).

5. Attached as Exhibit "C" is a true and correct copy of selected pages of the transcript of the May 20, 2011 deposition of Michael Bavis.

6. Attached as Exhibit "D" is a true and correct copy of the Expert Report of Richard A. Levy, MD., M.P.H. (March 25, 2011).

1

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on July 14, 2011, in Chicago, Illinois.

_____
Michael R. Feagley