## JONES HIRSCH CONNORS & BULL P.C.
### ONE BATTERY PARK PLAZA
### NEW YORK, NEW YORK 10004

TELEPHONE: (212) 527-1000
FACSIMILE: (212) 527-1880

NEW YORK

MINEOLA

WRITER'S EMAIL
jfreire@jhcb.com

James Freire
Principal

CONNECTICUT

NEW JERSEY

WRITER'S DIRECT
DIAL NUMBER
(212) 527-1358

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-27-11

July 15, 2011

**VIA ECF**
Honorable Alvin K. Hellerstein
United States District of New York
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

           Re:    In Re: September 11th Litigation
                   21 MC 101 (AKH)
                   *World Trade Center Properties LLC et al*
                   *v. American Airlines, Inc. et al*:
                   Case No. 08 Civ. 3722 (AKH)
                   Our File No.: 02315-12111

Dear Judge Hellerstein:

    I write in my capacity as co-counsel for Globe Aviation Services Corporation ("Globe") to address an administrative error that I became aware of today.

    The only matter that remains pending against Globe is the captioned litigation (08 Civ. 3722) brought by various World Trade Center Properties plaintiffs ("WTCP"). An amended master complaint was filed by WTCP on April 17, 2008. Globe prepared its answer and served it timely, on May 12, 2008, on all liaison counsel. This included service on counsel for WTCP. However, it appears an oversight took place such that this answer was not electronically filed with the Court. We are advised by counsel for WTCP that they have no objection to the Court allowing Globe to correct this error and have Globe's answer dated May 12, 2008 filed in 08 Civ. 3722.

*The Clerk shall docket the Answer in both 21 MC 101 and 08 Civ. 3722. So ordered.*

*[signature]*

*July 26, 2011*

Honorable Alvin K. Hellerstein — 2 — July 15, 2011

We regret any inconvenience caused by this oversight and appreciate the courtesies shown by opposing counsel. Should you have any questions, do not hesitate to contact me.

Respectfully submitted,

*James Freire*

James Freire

JF:dml
Enclosure

cc: Robert A. Clifford and Timothy S. Tomasik - Property Damage and Business Loss Plaintiffs' Liaison Counsel

Donald A. Migliori - Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel

Katherine L. Pringle - WTC 7 Ground Defendants' Liaison Counsel

Richard Williamson- Counsel for Plaintiffs World Trade Center Properties LLC et al.

Jeannette A. Vargas - U.S. Attorneys' Office

Desmond T. Barry, Jr. - Aviation Defendants' Liaison Counsel

827532