USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 7-26-11

RECEIVED
JUL 26 2011
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.
21 MC 97 (AKH)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

IN RE: SEPTEMBER 11 LITIGATION
---------------------------------------------------------------X

---------------------------------------------------------------X
IN RE: WORLD TRADE CENTER DISASTER SITE        21 MC 100 (AKH)
LITIGATION
---------------------------------------------------------------X

---------------------------------------------------------------X
IN RE: SEPTEMBER 11 PROPERTY DAMAGE            21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION
---------------------------------------------------------------X

---------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION             21 MC 102 (AKH)
---------------------------------------------------------------X

---------------------------------------------------------------X
IN RE: COMBINED WORLD TRADE CENTER AND
LOWER MANHATTAN DISASTER SITE LITIGATION       21 MC 103 (AKH)
(STRADDLER PLAINTIFFS)
---------------------------------------------------------------X

## ORDER SETTING SCHEDULE FOR PORT AUTHORITY'S REQUEST TO TRANSFER ARTIFACT TO THE NEW YORK STATE MUSEUM

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Port Authority of New York and New Jersey (the "Port Authority"), has been preserving artifacts from the events of September 11, 2001, for use as evidence in litigation in this Court and for eventual use by the New York State Museum and other

museums, as well as educational and other appropriate uses. The Port Authority has written to the Court, seeking to transfer an FDNY SUV (identified as item D-011 in the Port Authority's Artifact Inventory list) that is in its control and custody to the New York State Museum. Incident to the transfer, the Port Authority asks permission to have the New York City Office of the Chief Medical Examiner examine and remove evidence in the FDNY SUV; and to permit the New York State Museum to clean the FDNY SUV.

Before granting the Port Authority's request, it is appropriate to give the parties to this litigation an opportunity to comment or object. Any interested party may comment on or object to the request by ~~July~~ August 2, 2011.

SO ORDERED

Dated: New York, New York
       July 26, 2011

_____
THE HON. ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE