```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
IN RE SEPTEMBER 11 LITIGATION                                      :
------------------------------------------------------------------ :
MARY BAVIS, Individually and as Personal                           :
Representative of the Estate of Mark Bavis, deceased,              :
                                                                   :
                              Plaintiff,                           :
                                                                   :
        -against-                                                  :
                                                                   :
UAL CORPORATION et al.,                                            :
                                                                   :
                              Defendants.                          :
------------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/11

**SUMMARY ORDER**

21 MC 101 (AKH)

02 Civ. 7154

ALVIN K. HELLERSTEIN, U.S.D.J.:

On July 27, 2011, the parties appeared before me for oral argument on a motion by the Massachusetts Port Authority for summary judgment dismissing all claims against it. For the reasons provided on the record, the motion is granted, and the Massachusetts Port Authority is dismissed from the case. The dismissal is with prejudice, with costs to be taxed by the Clerk. The Clerk shall terminate the motion (Doc. No. 145).

SO ORDERED.

Dated: July 29, 2011
       New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge