UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE SEPTEMBER 11 LITIGATION

: No. 21 MC 101 (AKH)
:
: This document relates to :
: *Bavis v. United Airlines Inc.et al.,*
: 02 CV 7154
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION OF VINCENT IAN PARRETT
## IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW
## ON BURDEN OF PROOF AND PRESUMPTION

VINCENT IAN PARRETT declares as follows:

1. I submit this declaration under 28 U.S.C. §1746 in support of Plaintiff's supplemental brief on burden of proof and presumption arising once Plaintiff proves at trial that weapons were aboard United Flight 175.

2. I am a member of Motley Rice LLC.

3. I am a lawyer admitted to practice before this Court.

4. I represent Plaintiff Mary Bavis.

5. I attach as Exhibit 1 a copy of pertinent pages of the transcript from the July 27, 2011 hearing before this Court in the *Bavis* action.

6. I attach as Exhibit 2 a copy of the FBI Form 302 of Lee Hanson, previously produced in this litigation at FBI0208.

7. I attach as Exhibit 3 a copy of the FBI Form 302 of Marc P. Policastro, previously produced in this litigation at FBI0186.

8. I attach as Exhibit 4 a copy of The 9/11 Commission Report: Final Report of the National Commission on Terrorist Attacks Upon the United States, pages 7-8,

1

entitled "The Hijacking of United 175," previously produced in this litigation at MR_AVSEC00093420-93421.

9. I attach as Exhibit 5 a copy of Federal Aviation Administration Regulation 14 C.F.R. § 108.9 (in effect on September 11, 2001).

10. I attach as Exhibit 6 a copy of Federal Aviation Administration Regulation 14 C.F.R. § 108.11 (in effect on September 11, 2001).

11. I declare under penalties of perjury that the foregoing is true and correct.

Dated: August 5, 2011

_____
Vincent I. Parrett