## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Monica Cruz, being duly sworn deposes and says that deponent is not a party to the action, is over 18 year of age and resides in Bronx, New York and that on the 12th day of August 2011, deponent served the within **FIRST AMENDED ANSWER AND COUNTERCLAIM OF DEFENDANTS UNITED AIR LINES INC. AND UNITED CONTINENTAL HOLDINGS, INC. (f/k/a UAL CORPORATION) TO THE WTCP FLIGHT 11 PLAINTIFFS' COMPLAINT** upon:

1. Richard A. Williamson, Esq. – Counsel for Plaintiffs World Trade Center Properties LLC et al.;
2. Donald A. Migliori, Esq. and Mary Schiavo, Esq. – Counsel for Plaintiff Mary Bavis;
3. John F. Stoviak, Esq. – Counsel for Cantor Fitzgerald Plaintiffs;
4. Katherine L. Pringle, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
5. Sarah S. Normand, Esq. and Jeannette A. Vargas, Esq. – U.S. Attorneys' Office; and
6. Desmond T. Barry, Esq. - Aviation Defendants' Counsel

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_____
**Monica Cruz**

Sworn to before me this
12th day of August 2011

_____
Notary Public

LIZA R. FLEISSIG
Notary Public, State of New York
No. 02FL5089288
Qualified in New York County
Commission Expires March 11, 2014