

**Donald A. Migliori**
*Licensed in MA, MN, NY, RI*

Rhode Island Office
Direct Dial 401-457-7709
Direct Fax 401-457-7708
dmigliori@motleyrice.com

August 10, 2011

**Via Email**
Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

    Re:    <u>In re September 11 Litigation</u>, 21 MC 101 (AKH)
            Bavis v. United Airlines, Inc. et al., 02-CV-7154 (AKH)

Dear Judge Hellerstein:

The parties agree, subject to the Court's approval, to an extended briefing schedule concerning the plaintiff's motion to compel production of the CD-ROM entitled "FAA Transnational Threat to Civil Aviation" (Docket Entry #1521).

Pursuant to that agreement, the defendants have until and including Friday, September 16, 2011, to file a response to the plaintiff's motion.

Respectfully submitted,

*Donald A. Migliori (EG)*

Donald A. Migliori

DM/eg

cc:    Michael R. Feagley, Esquire (via email)
       Jeffrey J. Ellis, Esquire (via email)
       Owen Roth, Law Clerk to Judge Alvin K. Hellerstein (via email)

So Ordered.

*Alvin K. Hellerstein*
August 10, 2011

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000
f. 843.216.9450

321 South Main St.
Providence, RI 02903
o. 401.457.7700
f. 401.457.7708

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681
f. 860.882.1682

275 Seventh Ave., 2nd Floor
New York, NY 10001
o. 212.577.0040
f. 212.577.0054

320 Chestnut St.
Morgantown, WV 26505
o. 304.413.0456
f. 304.413.0458

www.motleyrice.com