UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   : 21 MC 101 (AKH)
                                                   :
IN RE SEPTEMBER 11 LITIGATION        : This Document Relates to:
                                                   : *Bavis v. United Air Lines, Inc.*
                                                   : (02-CV-7154)
------------------------------------------------------------X

**DEFENDANTS NOTICE OF MOTION FOR SUMMARY JUDGMENT**

***PLEASE TAKE NOTICE,*** that defendants United Air Lines, Inc. and United Continental Holdings, Inc., (f/k/a UAL Corp.) ("United") and Huntleigh USA Corporation ("Huntleigh") will move this court, before the Honorable Alvin K. Hellerstein, United States District Judge, at a date and time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56 granting defendants summary judgment dismissing the claims against them asserted in *Bavis v. United Air Lines, Inc.* 02 Civ. 7154 (AKH). Pursuant to this Court's Individual Rule 2(b), we have attached hereto a table of contents for defendants' motion.

Dated: New York, New York
         August 26, 2011

                                      Respectfully submitted,
                                      QUIRK AND BAKALOR, P.C.

                                      By: _____
                                         Jeffrey J. Ellis (JJE 7796)
                                      A Member of the Firm
                                      845 Third Avenue, 15th Floor
                                      New York, New York 10022
                                      Telephone: (212) 319-1000
                                      Facsimile: (212) 319-1065

                                          and

                                      MAYER, BROWN, LLP
                                      71 South Wacker Drive
                                      Chicago, Illinois 60606
                                      Telephone: (312) 701-7065
                                      Facsimile: (312) 706-8623

*Attorneys for Defendants*
*UNITED AIR LINES, INC. and*
*UNITED CONTINENTAL*
*HOLDINGS, INC., (f/k/a*
*UAL CORP.)*

-and-

Edwin W. Green, Esq.
Couyssels
82150 Roquecor
France
Phone:  (33) 563 95 21
E-mail:  ed.green@la-taupe.net

- and -

Jonathan J. Ross
SUSMAN GODFREY, LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile:  (713) 654-6666

*Counsel for HUNTLEIGH USA*
*CORPORATION*

| TABLE OF CONTENTS PURSUANT TO RULE 2(b) ||
|---|---|
| **Document** | **Description** |
| Defendants' Notice of Motion for Summary Judgment | |
| Defendants' Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 | |
| Memorandum of Law in Support of Defendants' Motion for Summary Judgment | |
| Declaration of Jeffrey J. Ellis, Esq. in Support of Defendants Motion for Summary Judgment | |
| EXHIBIT "A" | Portions of United's FAA approved Air Carrier Standard Security Plan ("ACSSP") (Redacted and re-released on July 11, 2011)[1] |
| EXHIBIT "B" | Indictment in *United States v. Khalid Sheikh Mohammed, et. al.*, (S14) 93 Cr. 180 (KTD) |
| EXHIBIT "C" | Portions of *The 9/11 Report Commission Report* |
| EXHIBIT "D" | Pages from the Deposition Transcript of Claudio Manno, Director of FAA Office of Civil Aviation Intelligence on September 11, 2001(Redacted for SSI and Re-Released on July 7, 2011) |
| EXHIBIT "E" | Pages from the Deposition Transcript of Robert J. Cammaroto, Chief FAA Commercial Airports Policy Division on September 11, 2001 (Released in Full on June 22, 2011) |
| EXHIBIT "F" | Deposition Exhibit 771, FAA's Evaluation of 4" Knife Rule in 1993 |
| EXHIBIT "G" | Pages from the Deposition Transcript of Lyle Malotkey, Ph.D., FAA Scientific Advisor for Aviation Security on September 11, 2001 (Redacted for SSI and Re-Released on July 8, 2011) |
| EXHIBIT "H" | Former SSI Exhibit 55, Walk Through Metal Detectors, (Released in Full on July 13, 2011) |
| EXHIBIT "I" | Pages from the Deposition Transcript of Denise Roussin, FAA Civil Aviation Security Specialist on September 11, 2001 (Redacted for SSI and Re-Released on July 8, 2011) |
| EXHIBIT "J" | Pages from the Deposition Transcript of David Peterson Deposition, FAA Civil Aviation Security Specialist on September 11, 2001. (Redacted for SSI and Re-Released on July 11, 2011) |
| EXHIBIT "K" | United Air Lines Air Carrier Certificate |
| EXHIBIT "L" | Pages from the Trial Testimony of Robert J. Cammaroto in *U.S. v. Moussaoui*, U.S.D.C., Eastern District of Virginia, Docket No. 01CR455 |
| EXHIBIT "M" | Pages from The 9/11 Commission Staff Monograph |

---

[1] TSA re-reviewed requested documents and deposition transcripts which have been released on a rolling basis.

| TABLE OF CONTENTS PURSUANT TO RULE 2(b) | |
|---|---|
| **Document** | **Description** |
| | on the Four Flights |
| EXHIBIT "N" | Secretary Kip Hawley's Statement to The Senate Committee on Commerce, Science and Transportation, December 12, 2005 |
| EXHIBIT "O" | FAA Civil Aviation Security Passenger Information Sheet |
| EXHIBIT "P" | Pages from FBI "Guide to Concealable Weapons" (2003) |
| EXHIBIT "Q" | *"Study and Report to Congress on Civil Aviation Sec. Responsibilities and Funding"*, Dep't. of Transportation & Fed. Aviation Admin. |
| EXHIBIT "R" | Pages from the Deposition Transcript of Michael Morse , FAA Special Assistant, reporting to Director of Civil Aviation Security Operations on September 11, 2001 (Redacted for SSI and Re-Released on July 7, 2011) |
| EXHIBIT "S" | NTSB Flt 11 Report |
| EXHIBIT "T" | NTSB Flt. 175 Report |
| EXHIBIT "U" | NTSB Flt. 93 Report |
| EXHIBIT "V" | Former SSI 18, FAA Memo Knives of Sharp Objects (Released in Full on June, 22, 2011 |
| EXHIBIT "W" | Press Releases, *Decline in Airline Passenger in 2001 Ends 10 Year Growth* |
| EXHIBIT "X" | Pages from the Deposition Transcript of United Air Lines Customer Service Representative (Redacted for SSI and Re-Released on July 7, 2011) |
| EXHIBIT "Y" | Deposition Exhibit 443, United Flight 175 ACI Report (UAL001773-1822) |
| EXHIBIT "Z" | Pages from the Deposition Transcript of United Air Lines Customer Service Representative |
| EXHIBIT "AA" | Pages from United Flight 175 Bag History (UAL027940-941, portion of Deposition Exhibit 442) |
| EXHIBIT "BB" | Pages from 9/11 and Terrorist Travel, Staff Report of the National Commission on Terrorist attacks upon the United States |
| EXHIBIT "CC" | Pages from the Deposition Transcript of United Air Lines Customer Service Manager at Logan on September 11, 2001 (Released in Full on June 22, 2011) |
| EXHIBIT "DD" | United/Huntleigh Contract at Logan |
| EXHIBIT "EE" | Huntleigh Security Report/Control Logs for 8/28/01-8/29/01 (HUSA003452-3445) |
| EXHIBIT "FF" | FBI Interview Statement of DiGirolamo (FBI130) |
| EXHIBIT "GG" | Pages from the Deposition Transcript of Francesco DiGirolamo, Huntleigh Duty Manager on September 11, 2001 and HUSA 3562; 3312 |
| EXHIBIT "HH" | Deposition Exhibits 239 and 140, Huntleigh Shift |

| TABLE OF CONTENTS PURSUANT TO RULE 2(b) | |
|---|---|
| **Document** | **Description** |
|  | Sign In Sheets |
| EXHIBIT "II" | Pages from the Deposition Transcript of William Thomas, Huntleigh CSS on September 11, 2001 |
| EXHIBIT "JJ" | Huntleigh Checkpoint Test Results (HUSA4351) |
| EXHIBIT "KK" | Pages of Redacted SSI Exhibit 1 (TSA7851-7842), FAA Report on Equipment at United/Huntleigh Checkpoint on September 11, 2001, (Re-reviewed July 11, 2011) |
| EXHIBIT "LL" | Deposition Exhibit 137, Huntleigh Security Report Control Log for 9/11/01 |
| EXHIBIT "MM" | Huntleigh Detection Log (HUSA003489-003494) |
| EXHIBIT "NN" | Pages from the Deposition Transcript of Rohan Gunaratna |
| EXHIBIT "OO" | Pages from the Deposition Transcript of Claudia Richey, Huntleigh Pre-Board Screener on September 11, 2001 |
| EXHIBIT "PP" | Deposition Exhibit 894, Statement of United *Fix Maintenance Employee; Pages from the Deposition Transcript of United *Fix Maintenance Employee |
| EXHIBIT "QQ" | FBI Statement of Lee Hanson (FBI 0208-0210) |
| EXHIBIT "RR" | FBI e-mail to the 9/11 Commission Staff (obtained from National Achieves, 9/11 Commission Records) |
| EXHIBIT "SS" | Deposition Exhibit 25; Deposition Exhibit 330B; Deposition Exhibit 452, Receipts of Knife Purchases |
| EXHIBIT "TT" | FBI23709; FBI23870; FBI23959; FBI24964; FBI23399; FBI24264, Photographs of Items Recovered by the FBI |
| EXHIBIT "UU" | FBI23473; FBI23470, Photographs of Items Recovered in Atta Luggage |
| EXHIBIT "VV" | Photos of Exemplars of Purchased Knives and Deposition Testimony [Deposition Exhibit 31 (photograph of exemplar of Stanley Quik Knife); portions of deposition of Stephen Gemmell for the Stanely Works; photograph of an exemplar Clip Hanger Viper knife (previously marked as Deposition Exhibit 18); photograph of exemplar Imperial Tradesman Dual Edge knife (previously marked as Deposition Exhibit 25); a photograph of an exemplar Leatherman Wave Multi-Tool (previously marked as Deposition Exhibit 24); portions of deposition of Roger Bjorklund for Leatherman Tool Group] |
| EXHIBIT "WW" | Joint Fact Narrative, Agreed Upon by Parties, and Acknowledged By the Court on March 15, 2011 (*Bavis* Docket Doc. No. 137) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 MC 101 (AKH)

Index No.          Year

IN RE SEPTEMBER 11 LITIGATION

THIS DOCUMENT RELATES TO: 02 CV 7154 (AKH)

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* UNITED AIR LINES, INC. and UNITED CONTINENTAL HOLDINGS, INC. (f/k/a UAL CORP.)

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

To

Attorney(s) for

PLEASE TAKE NOTICE:

☐ NOTICE OF ENTRY

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ NOTICE OF SETTLEMENT

that an order                                                                       of which the within is a true copy
will be presented for settlement to the HON.                          one of the judges of the
within named Court, at
on                              at                M.

Dated,

Yours, etc.

**QUIRK AND BAKALOR, P.C.**