## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KAREN ARTUSA, being duly sworn deposes and says:

I am not a party to the action, am over eighteen (18) years of age and reside in Hewlett, New York and I am employed by Quirk and Bakalor, P.C., attorneys for Defendants **UNITED AIR LINES, INC. and UNITED CONTINENTAL HOLDINGS, INC., (f/k/a UAL CORPORATION)**

On August 26, 2011, I served the within **NOTICE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DECLARATION OF JEFFREY J. ELLIS IN SUPPORT, RULE 56.1 STATEMENT AND DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT** by electronic mail, and accompanying exhibits by Federal Express to the following:

1. Donald A. Migliori, Esq. and Mary F. Schiavo, Esq. – Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel and Plaintiffs' Counsel;
2. Desmond T. Barry, Esq. – Aviation Defendants Liaison Counsel;
3. Robert A. Clifford, Esq. and Timothy T. Tomasik, Esq. – Property Damage and Business Loss Plaintiffs' Liaison Counsel;
4. Richard Williamson, Esq. – WTCP Counsel;
5. Katherine L. Pringle, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
6. Sarah S. Normand, Esq. and Jeannette Vargas, Esq. – United States Attorneys' Office; and
7. *Bavis* Defense Counsel

**KAREN ARTUSA**

Sworn to before me this
26th day of August 2011

Notary Public

MONICA CRUZ
Notary Public, State of New York
No. 01CR6223610
Qualified in Bronx County
Commission Expires June 14, 2014