```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/7/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
IN RE SEPTEMBER 11 LITIGATION                          :
------------------------------------------------------------------ :
MARY BAVIS, Individually and as Personal               :   **AMENDING SUMMARY**
Representative of the Estate of Mark Bavis, deceased,  :   **ORDER SETTING NEXT**
                                                       :   **CONFERENCE**
                    Plaintiff,                         :
                                                       :   21 MC 101 (AKH)
        -against-                                      :
                                                       :   02 Civ. 7154
UAL CORPORATION et al.,                                :
                                                       :
                    Defendants.                        :
------------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       My recent Order and Opinion set the next conference in this case for September 19, 2011, but indicated that it would begin both at 10:30am and 2:30pm. <u>Order and Opinion Regulating Burdens of Proof and Issues for Jury Instructions</u>, 02 Civ. 7154 (21 MC 101) (S.D.N.Y. Sept. 7, 2011). The conference will begin at 10:30am. The conference shall go forward in Courtroom 14D, and will continue until concluded.

       SO ORDERED.

Dated:  September 7, 2011
           New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge