UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
: No. 21 MC 101 (AKH)
:
: This document relates to :
IN RE SEPTEMBER 11 LITIGATION   : *Bavis v. United Airlines Inc.et al.,*
: 02 CV 7154
:
:
:
------------------------------------- x

## CERTIFICATE OF SERVICE

    I, LeAnn C. Lester, hereby certify that I am not a party to this action, am over eighteen (18) years of age and reside in Summerville, South Carolina and I am employed by Motley Rice, LLC, attorneys for Plaintiff **MARY BAVIS.**

    On September 16, 2011, a true and correct copy of the following documents was electronically filed with the Clerk of the Court using the CM/ECF system, which will send email notification for such filing to those counsel who have registered with the court to receive email notices for these cases:

- **THE BAVIS FAMILY'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

- **PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO RULE 56.1 AND RESPONSE TO DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO RULE 56.1**

- **DECLARATION OF VINCENT IAN PARRETT IN SUPPORT OF THE BAVIS FAMILY'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITH 127 EXIBITS**

_____
LEANN C. LESTER