UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

IN RE SEPTEMBER 11 LITIGATION

Case No.: 21 MC 101 (AKH)

THIS DOCUMENT RELATES TO:
02 CV 7154 (AKH)

Bavis v. United Airlines, Inc., et. al.

-------------------------------------------------

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and Defendants, that the claims asserted against all Defendants in the above-entitled action are voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs to any party.

Dated:  September 19, 2011
New York, New York

MOTLEY RICE LLC

By: _____
       JOSEPH F. RICE, Esq.
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina
Phone:  (843)216-9000
Fax: (843)216-9450

Attorneys for Plaintiff MARY BAVIS

1

QUIRK AND BAKALOR, P.C.

By: *Jeffrey J. Ellis* /M.S./
    JEFFREY J. ELLIS, Esq.
A Member of the Firm
845 Third Avenue, 15th Floor
New York, New York 10022
Phone: (212) 319-1000
Fax: (212)319-1065

-and-

MAYER BROWN LLP
Michael Rowe Feagley, Esq.
71 South Wacker Drive
Chicago, Illinois 60606
Phone: (312) 701-7065
Fax: (312) 706-8623

Attorneys for Defendants
UNITED AIR LINES, INC. and
UNITED CONTINENTAL HOLDINGS,
INC., (f/k/a UAL CORPORATION)


SUSMAN GODFREY, LLP

By: *Jonathan J. Ross* /M.S./
    Jonathan J. Ross, Esq.
1000 Louisiana Street
Houston, Texas 77022
Phone: (713) 653-7813

-and-

Edwin W. Green, Esq.
Couyssels
82150 Roquecor
France
Phone: (33) 563 95 21
E-mail: ed.green@la-taupe.net

Attorneys for Defendant
HUNTLEIGH USA, CORPORATION

2