USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE SEPTEMBER 11 LITIGATION
-----------------------------------------------------------X
AEGIS INSURANCE SERVICES, INC., et al.,
                              Plaintiffs,

-against-

7 WORLD TRADE COMPANY, L.P., et al.,
                              Defendants.
-----------------------------------------------------------X

21 **MC** 101 (AKH)
04 **CIVIL** 7272
**JUDGMENT**

    Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on September 23, 2011, having rendered its Opinion and Order granting summary judgment to 7WTCo. and Citigroup dismissing all remaining claims against them, and as this decision resolves the last claims in Civil Action No. 04 Civ. 7272, dismissing the Second Amended Complaint, and directing the Clerk of Court to enter judgment for Defendants and to close the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2011, summary judgment is granted to 7WTCo. and Citigroup dismissing all remaining claims against them; as this decision resolves the last claims in Civil Action No. 04 Civ. 7272, the Second Amended Complaint is dismissed; accordingly, judgment is entered for Defendants and the case is closed.

**Dated:** New York, New York
         September 29, 2011

                                             **RUBY J. KRAJICK**
                                                **Clerk of Court**
                             **BY:**
                                                **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____