UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE SEPTEMBER 11 PROPERTY DAMAGE    :    21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION          :
:
------------------------------------------------------------X
:
AEGIS INSURANCE SERVICES, INC., et al., :    02 Civ. 7188 (AKH)
                  Plaintiffs,         :
        - against -                   :    **NOTICE OF APPEARANCE**
:
THE PORT AUTHORITY OF NEW YORK        :
AND NEW JERSEY, et al.,               :
                  Defendants.         :
------------------------------------------------------------X
:
AEGIS INSURANCE SERVICES, INC., et al., :    04 Civ. 7272 (AKH)
                  Plaintiffs,         :
        - against -                   :
:
7 WORLD TRADE CENTER COMPANY,         :
L.P., et al.                          :
                  Defendants.         :
------------------------------------------------------------X

To the clerk of this court and all parties of record:

**PLEASE TAKE NOTICE,** that Kenneth G. Schwarz of Cozen O'Connor, hereby enters an appearance on behalf of Defendants, Tishman Construction Corporation and requests that copies of all papers in this action be served upon the undersigned.

October 18, 2011
Date:

Signature:

NY   (KS6807)
Bar Number:

Kenneth G. Schwarz, Esq
Print Clearly or Type Name

212-509-9400
Telephone Number

45 Broadway
Ste 16
212-509-9492
Fax Number:
New York, NY 10006
Address

kschwarz@cozen.com
Email address

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2011 a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____
Kenneth G. Schwarz (KS-6807)

NEWYORK_DOWNTOWN\2059642\2 160318.000