RECEIVED NOV 03 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
IN RE SEPTEMBER 11 LITIGATION  :  21 MC 101 (AKH)
 :
----------------------------------------x

AEGIS INSURANCE SERVICES, INC., et al.,  :  04 CV 7272 (AKH)
 :
        Plaintiffs,  :
 :  **STIPULATION OF VOLUNTARY**
- against -  :  **DISMISSAL OF CROSS CLAIMS**
 :  **PURSUANT TO FEDERAL RULE OF**
7 WORLD TRADE CENTER COMPANY, L.P., et al.,  :  **CIVIL PROCEDURE 41(A)(2)**
 :
        Defendants.  :
----------------------------------------x

    Defendants 7 World Trade Company, L.P., Silverstein Properties Inc. and Silverstein Development Corp. (collectively the "7WTCo. Defendants") and Defendants Citigroup Inc., Citigroup Global Markets Holdings Inc., Salomon Smith Barney Holdings Inc. and Salomon Inc. (collectively the "Citigroup Defendants") hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(2) to the voluntary dismissal without prejudice of all remaining cross claims asserted in this action by the 7WTCo. Defendants and the Citigroup Defendants against each other.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/11

NEWYORK:2472578.1

Dated: New York, New York
       November 2, 2011

| 7 WORLD TRADE COMPANY, L.P., SILVERSTEIN PROPERTIES, INC., and SILVERSTEIN DEVELOPMENT CORP. | CITIGROUP INC., CITIGROUP GLOBAL MARKETS HOLDINGS INC., SALOMON SMITH BARNEY HOLDINGS INC., AND SALOMON INC. |
|---|---|
| By: _____ <br> Katherine L. Pringle <br> FRIEDMAN KAPLAN SEILER & ADELMAN LLP <br> 1633 Broadway <br> New York, NY 10019 <br> (212) 833-1100 | By: _____ <br> Christopher P. Moore <br> CLEARY GOTTLIEB STEEN & HAMILTON LLP <br> Cleary Gottlieb Steen & Hamilton LLP <br> One Liberty Plaza <br> New York, NY 10006 |
| *As counsel for 7 World Trade Company, L.P., Silverstein Development Corp. and Silverstein Properties, Inc.* | *As counsel for Citigroup Inc., Citigroup Global Markets Holdings Inc., Salomon Smith Barney Holdings Inc. and Salomon Inc.* |

11/3/11

U.S.D.J.