

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1124

WRITER'S DIRECT FAX
(212) 373-7924

E-MAIL
KPRINGLE@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
OF COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
ERIC RUBINSTEIN
MICHAEL A. GORDON
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
JESSICA RICHMAN SMITH
TIMOTHY M. HAGGERTY
PHILIP A. WELLNER
AMY K. PENN
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH H. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
ALEXANDER D. LEVI

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/11

November 2, 2011

BY FACSIMILE AND HAND DELIVERY

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 1050
New York, NY 10007-1312

[handwritten: The conferences and all matters scheduled in this case are canceled. 11-3-11 /s/ AKH]

Re: *In re September 11 Litigation*, 21 MC 101 (AKH);
*Aegis Insurance Services, Inc., et al. v. 7 World Trade Company, L.P., et al.*, 04 Civ. 7272 (AKH)

Dear Judge Hellerstein:

I write on behalf of all remaining parties in the 04 Civ. 7272 action. Enclosed please find a Stipulation of Voluntary Dismissal of Cross Claims Pursuant to Federal Rule of Civil Procedure 41(a)(2), which will provide for the dismissal without prejudice of the remaining cross claims between 7 WTCo. and Citigroup. This document will be electronically filed tomorrow.

In addition, all remaining parties jointly request that the Judgment dated September 29, 2011 be vacated, and that Your Honor enter the amended judgment enclosed herein, which makes clear that final judgment is entered on all remaining claims against all remaining parties.

1042790.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

The Hon. Alvin K. Hellerstein     - 2 -     November 2, 2011

       Your Honor had scheduled a conference in this matter for tomorrow, November 3, at 3 pm, in the event that the parties could not reach agreement on the above matters. We assume that these submissions make that conference unnecessary.

Respectfully submitted,

Katherine L. Pringle

Enclosures
cc: All counsel of record (by e-mail, with enclosures)

1042790.1