UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SEPTEMBER 11TH 2001 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION _____ Cantor Fitzgerald & Co., et al. Plaintiffs, -against- American Airlines, Inc., et al. Defendants. | 21-MC-101 (AKH) 04-CV-07318 (AKH) **(Electronically Filed)** |

**WITHDRAWAL OF APPEARANCE**

Please take notice that the undersigned attorney is leaving the firm of Saul Ewing LLP, and is hereby withdrawing an appearance as counsel of record for Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P.  I was entered as counsel in this matter on January 6, 2010.

1027132.1 11/4/11

Dated:  November 4, 2011

        SAUL EWING LLP

        By: /s/  Charles N. Curlett, Jr.
            Charles N. Curlett, Jr.
            500 East Pratt Street, 8th Floor
            Baltimore, Maryland  21202
            Tel:  410-332-8847
            Fax: 410-332-8109
            Email: ccurlett@saul.com
            Attorneys for Plaintiffs

            Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SEPTEMBER 11TH 2001 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION | 21-MC-101 (AKH) |
| Cantor Fitzgerald & Co., et al.<br><br>Plaintiffs,<br><br>-against-<br><br>American Airlines, Inc., et al.<br><br>Defendants. | 04-CV-07318 (AKH)<br><br>CERTIFICATE OF SERVICE<br><br>**(Electronically Filed)** |

I, Jennifer L. Beidel, Esq., hereby certify that on November 4, 2011 I served the within WITHDRAWAL OF APPEARANCE OF CHARLES N. CURLETT, JR. upon Desmond T. Barry, Jr., Roger E. Podesta, and Michael J. Peterson – Aviation Defendants' Liaison Counsel, by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

Dated:  November 4, 2011

**SAUL EWING LLP**

By: s/Jennifer L. Beidel
Jennifer L. Beidel, Esq.
Saul Ewing LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Phone: (215) 972-7850
Fax:    (215) 972-1843
E-mail: jbeidel@saul.com

1027132.1 11/4/11