UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/11
```

| | |
|---|---|
| IN RE SEPTEMBER 11TH 2001 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION | 21-MC-101 (AKH) |
| Cantor Fitzgerald & Co., et al.<br><br>    Plaintiffs,<br><br>-against-<br><br>American Airlines, Inc., et al.<br><br>    Defendants. | 04-CV-07318 (AKH)<br><br>(Electronically Filed) |

## WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned attorney is leaving the firm of Saul Ewing LLP, and is hereby withdrawing an appearance as counsel of record for Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P. I was entered as counsel in this matter on January 6, 2010.

*[Handwritten: Mr. Curlett is discharged as counsel. 11-8-11]*

*[Signature]*

1027132.1 11/4/11

Dated: November 4, 2011

                                                SAUL EWING LLP

                                         By: /s/ Charles N. Curlett, Jr.
                                                  Charles N. Curlett, Jr.
                                                  500 East Pratt Street, 8th Floor
                                                  Baltimore, Maryland 21202
                                                  Tel: 410-332-8847
                                                  Fax: 410-332-8109
                                                  Email: ccurlett@saul.com
                                                  Attorneys for Plaintiffs

                                                  Cantor Fitzgerald & Co.,
                                                  Cantor Fitzgerald Associates,
                                                  L.P., Cantor Fitzgerald
                                                  Brokerage, L.P., Cantor
                                                  Fitzgerald Europe, Cantor
                                                  Fitzgerald International,
                                                  Cantor Fitzgerald Partners,
                                                  Cantor Fitzgerald Securities,
                                                  Cantor Fitzgerald, L.P.,
                                                  Cantor Index Limited,
                                                  CO2e.com, LLC, eSpeed
                                                  Government Securities, Inc., eSpeed,
                                                  Inc., eSpeed Securities, Inc., and
                                                  TradeSpark, L.P.