CONDON & FORSYTH LLP



NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com

November 9, 2011

**VIA E-MAIL**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:     In re September 11 Litigation, 21 MC 101
        C & F Ref: DTB/CRC/MJP/28507

Dear Judge Hellerstein:

I write in my capacity as Aviation Defendants' Liaison Counsel.

The Aviation Defendants will file electronically today their Renewed Motion for Collateral Setoff Against WTCP's Claims Pursuant to N.Y. CPLR 4545(c) and for Summary Judgment Dismissing WTCP's Damages Claims. However, the exhibits to the Declaration of Desmond T. Barry, Jr. (the "Barry Declaration") will exceed the permissible size limitations for electronic filing. Accordingly, pursuant to the Southern District's "Electronic Case Filing Rules and Instructions," and at the direction of the Clerk of the Court, the Aviation Defendants respectfully request the Court's permission to file the exhibits to the Barry Declaration with the Clerk of the Court on CD-ROM.

Respectfully submitted,

Desmond T. Barry, Jr.
Aviation Defendants' Liaison Counsel

*So Ordered*
*11-9-11*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/11

CONDON & FORSYTH LLP

Honorable Alvin K. Hellerstein
November 9, 2011
Page 2

SO ORDERED:

_____
Alvin K. Hellerstein,
United States District Judge

cc:   Via E-mail
      Richard A. Williamson, Esq.
      Cathi A. Hession, Esq.
      Jason T. Cohen
      Flemming Zulack Williamson Zauderer LLP

      John F. Stoviak, Esq.
      Saul Ewing LLP

      Katherine L. Pringle, Esq.
      Friedman Kaplan Seiler & Adelman LLP

      Sarah S. Normand, Esq.
      Jeannette A. Vargas, Esq.
      U.S. Attorneys' Office

      Aviation Defendants' Counsel