**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

      Victoria A. Turchetti, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Briarcliff Manor, New York and that on the 9th day of November 2011, deponent served the within RENEWED MOTION FOR COLLATERAL SETOFF AGAINST WTCP'S CLAIMS PURSUANT TO N.Y. CPLR 4545(c) AND FOR SUMMARY JUDGMENT DISMISSING WTCP'S DAMAGES CLAIMS; and DECLARATION OF DESMOND T. BARRY, JR. upon:

1. Richard A. Williamson, Esq. – Counsel for Plaintiffs World Trade Center Properties LLC et al.;
2. John F. Stoviak, Esq. – Counsel for Cantor Fitzgerald Plaintiffs;
3. Katherine L. Pringle, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
4. Sarah S. Normand, Esq., and Jeannette A. Vargas, Esq. – U.S. Attorneys' Office; and
5. All Aviation Defendants' Counsel

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

                                                                Victoria A. Turchetti

Sworn to before me this
9th day of November 2011

_____
Notary Public

ROBIN L. TODD
Notary Public, State of New York
No. 01TO6179283
Qualified in Westchester County
Commission Expires December 17, 2011