

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE SEPTEMBER 11 LITIGATION : 21 MC 101 (AKH)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WORLD TRADE CENTER PROPERTIES
LLC, et al.,                                : 08 CIV 3722 (AKH)

             Plaintiffs,

             v.                               : **Stipulation and Order**

AMERICAN AIRLINES, INC., et al.,

             Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The undersigned counsel for Plaintiffs World Trade Center Properties LLC, 1 World Trade Center LLC, 3 World Trade Center LLC, and 7 World Trade Company L.P. (collectively, "WTCP Plaintiffs"), and Defendants American Airlines, Inc.; AMR Corporation; United Air Lines, Inc.; United Continental Holdings, Inc. (f/k/a UAL Corporation); US Airways, Inc.; US Airways Group, Inc.; Colgan Air, Inc.; Globe Aviation Services Corporation; Huntleigh USA Corporation; The Boeing Company; and Massachusetts Port Authority; Delta Air Lines, Inc.; and Continental Airlines, Inc. (collectively, "the Aviation Defendants") HEREBY STIPULATE AND AGREE to the following schedule regarding 7 WTC damages discovery:

      1.    7 WTC will complete or acknowledge the completion of its production of documents in response to the Aviation Defendants' Request for Production of Documents to WTC 7 by December 5, 2012.

      2.    The deposition of the 7 WTC FRCP 30(b)(6) witness shall take place on January 5, 2012.

3.  The close of fact discovery on the issue of Plaintiffs' recoverable damages for 7 WTC shall be January 16, 2012. However, the Aviation Defendants may request the production of documents identified at the 7 WTC deposition on or before this date, and Plaintiffs shall respond in accordance with Fed. R. Civ. P. 34(b).

4.  Plaintiffs' expert reports shall be served on or before February 6, 2012.

5.  Defendants' expert reports shall be served on or before March 19, 2012.

6.  Expert depositions shall be completed on or before April 30, 2012.

Dated: New York, New York
November 14, 2011


FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: _____/s/_____
Jason T. Cohen

One Liberty Plaza
New York, New York 10006
Telephone: (212) 412-9500
Facsimile: (212) 964-9200

*Counsel for WTCP Plaintiffs*

CONDON & FORSYTH LLP

By: _____/s/_____
Desmond T. Barry, Jr.

7 Times Square
New York, New York 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4483

*Aviation Defendants' Liaison Counsel*


SO ORDERED:

_____
ALVIN K. HELLERSTEIN
United States District Judge
11/14/11

2