UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
:  **ORDER REQUIRING WTCP**
:  **PLAINTIFFS TO COMPLY WITH**
IN RE SEPTEMBER 11 LITIGATION  :  **FILING DEADLINES EXCEPT AS**
:  **TO DEFENDANT AMR**
:  **CORPORATION**
:
:  21 MC 101 (AKH)
:
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      It has come to my attention that AMR Corporation ("Debtor"), the parent company of American Airlines, has filed for protection of the bankruptcy laws against its creditors. This bankruptcy petition operates as an automatic stay of litigation against the Debtor. 11 U.S.C. § 362.

      There is a motion pending before me involving the so-called Aviation Defendants[1] in 21 MC 101, relating to how to account for insurance recoveries by WTCP Plaintiffs (World Trade Center Properties LLC, 2 World Trade Center LLC, and 4 World Trade Center LLC). The Aviation Defendants have filed their position. The Debtor has represented that it associates itself with that position. WTCP Plaintiffs are required to file their position by December 5, 2011. However, WTCP Plaintiffs take the position that the automatic stay relating to the Debtor excuses them from complying by said date.

      It is ordered that WTCP Plaintiffs shall file their position against all other parties according to the schedule previously set, or any adjournment that I may grant. My ruling on this motion shall not formally relate to the Debtor. However, if and when the bankruptcy stay is lifted in relation to the Debtor's position in this litigation, and in anticipation that the Debtor will then

---

[1] American Airlines, Inc.; AMR Corporation; United Air Lines, Inc.; United Continental Holdings (f/k/a/ UAL Corporation); US Airways, Inc.; US Airways Group, Inc.; Colgan Air, Inc.; Delta Air Lines, Inc.; Continental Airlines, Inc.; Globe Aviation Services Corporation; Huntleigh USA Corporation; The Boeing Company; and Massachusetts Port Authority.

1

represent that its position is identical to that expressed on behalf of all Aviation Defendants, such ruling as I may issue on the present motion can then be extended to the Debtor as well.

SO ORDERED.

Dated: November 30, 2011
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge