Paul A. Scrudato
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103
Telephone: (212) 753-5000
*Attorneys for Defendant The Port Authority of New York and New Jersey*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SEPTEMBER 11 PROPERTY DAMAGE AND BUSINESS LOSS LITIGATION | 21 MC 101 (AKH) |
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., <br><br> Plaintiffs, <br><br> -against- <br><br> THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, <br><br> Defendant. | 02 CV 7188 (AKH) <br><br> **NOTICE OF THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY'S MOTION FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE, that upon the accompanying memorandum of law, declaration of Donald A. Klein dated December 7, 2011 and exhibits attached thereto, proposed statement of facts as to which there is no material issue to be tried, and upon all prior proceedings and pleadings in 21 MC 101, The Port Authority of New York and New Jersey will move this Court in Courtroom 14D at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined, for an Order, pursuant to Federal Rules of Civil Procedure 56, granting The Port Authority of New York and New Jersey summary judgment in its favor, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
December 7, 2011

*Paul A. Scrudato* (signature)
Robert H. Riley
Paul A. Scrudato
Donald A. Klein
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103
(212) 753-5000

*Attorneys for Defendant The Port Authority of New York and New Jersey*

NY\51090363.1