

**SCHIFFHARDIN**LLP

666 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10103

t 212.753.5000
f 212.753.5044

www.schiffhardin.com

Paul A. Scrudato
212-745-0833
pscrudato@schiffhardin.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/8/11

December 5, 2011



So ordered
12-7-11

**VIA E-MAIL**

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, NY 10007

Re: *In re September 11 Property Damage and Business Loss Litigation*, 21 MC 101 (AKH); *Con Edison, et al. v. The Port Authority of New York and New Jersey*, 02 CV 7188 (AKH)

Dear Judge Hellerstein:

I write on behalf of The Port Authority of New York and New Jersey (the "Port Authority") to follow up on the briefing schedule on the Port Authority's motion for summary judgment outlined at the November 14, 2011 court conference. The Port Authority expects to file its dispositive motion on December 7, 2011. The exhibits to the moving papers will exceed the permissible size limitations for electronic filing. In accordance with Rule 5.1 of the Southern District's Electronic Case Filing Rules & Instructions, we request permission to file the exhibits in hard copy format.

Respectfully,

Paul A. Scrudato

cc: Franklin M. Sachs, Esq. (Greenbaum, Rowe, Smith & Davis LLP) (by e-mail)

NY\41090296.1