## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                          ) ss.:
COUNTY OF NEW YORK   )

      Michael J. Peterson, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in North Caldwell, New Jersey and that on the 15th day of December 2011, deponent served the within THE AVIATION DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THEIR RENEWED MOTION FOR COLLATERAL SETOFF AGAINST WTCP'S CLAIMS PURSUANT TO N.Y. CPLR § 4545(c) AND FOR SUMMARY JUDGMENT DISMISSING WTCP'S DAMAGES CLAIMS; and SUPPLEMENTAL DECLARATION OF DESMOND T. BARRY, JR. upon:

1. Richard A. Williamson, Esq. – Counsel for Plaintiffs World Trade Center Properties LLC et al.;
2. John F. Stoviak, Esq. – Counsel for Cantor Fitzgerald Plaintiffs;
3. Katherine L. Pringle, Esq. – WTC 7 Ground Defendants' Liaison Counsel;
4. Sarah S. Normand, Esq., and Jeannette A. Vargas, Esq. – U.S. Attorneys' Office; and
5. All Aviation Defendants' Counsel

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

                                     Michael J. Peterson

Sworn to before me this
15th day of December 2011

     Notary Public

        MARIA PAGAN
Notary Public, State of New York
      No. 01PA4670337
   Qualified in Queens County
Commission Expires 10/31/2014