


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21MC101

| WORLD TRADE CENTER PROPERTIES, LLC, ET AL<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC., ET AL<br><br>Defendants. | Case No. 08-cv-3722<br><br><br>SUBSTITUTION OF ATTORNEY |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED** that Peter B. Van Deventer, Jr. be substituted as attorney of record for the defendants Continental Airlines, Inc., in the above matter instead of Benjamin C. Curcio.

LECLAIRRYAN
830 Third Avenue
5th Floor
New York, NY 10022

By: _____
Benjamin C. Curcio, Esq.
Withdrawing Counsel

Dated: December __, 2011

LECLAIRRYAN
830 Third Avenue
5th Floor
New York, NY 10022

By: _____
Peter B. Van Deventer, Jr., Esq.
Superseding Counsel

Dated: December 21, 2011

5601978-1

SO ORDERED
/s/ Alvin K. Hellerstein
U.S.D.J.
12-29-11