



# Greenbaum Rowe Smith & Davis LLP

**COUNSELORS AT LAW**

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600   FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

FRANKLIN M. SACHS
(732) 476-3250 - DIRECT DIAL
(732) 476-3251 - DIRECT FAX
FSACHS@GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/12



RECEIVED
JAN 09 2012
CHAMBERS OF
ALVIN K. HELLERSTEIN
USDJ

So ordered
1/9/12
[signature]

January 5, 2012

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street – Room 1050
New York, NY 10007

> Re: **In re September 11 Property Damage and Business Loss Litigation,
> 21 MC 101 (AKH)**
>
> **Aegis Ins. Services Inc., et al. v. The Port Authority of New York, et al.
> 02 CV 7188 (AKH)**

Dear Judge Hellerstein:

I represent the plaintiffs in the above caption matter. The remaining defendant, Port Authority, has filed a motion for Summary Judgment and our responding brief is presently due on January 12, 2012. At the time the briefing schedule was set at a status conference with the Court, I anticipated that the motion that would be filed was going to be based solely on this Court's ruling granting Summary Judgment to the Silverstein entities and Citigroup in case 1:04-cv-7272-AKH on September 23, 2011. I expected to be able to file our opposition papers by the January 12 date.

The motion as actually filed by Port Authority is not only based on the ruling made in the Silverstein and Citigroup case, but is based upon alternative grounds as well.

Port Authority has consented to an extension of time for the filing of our opposition brief until February 14. I have consented to an extension of the time for them to file their reply brief until March 6.

1359924.01

Greenbaum Rowe
Smith ⬛ Davis LLP

Honorable Alvin K. Hellerstein, U.S.D.J.
January 5, 2012
Page 2

If these arrangements between the parties are satisfactory to the Court, I would appreciate the Court so ordering the new briefing schedule.

Respectfully yours,

*Franklin M. Sachs*

Franklin M. Sachs

cc: Donald A. Klein, Esq. (via electronic mail)
Mark L. Antin, Esq. (via electronic mail)

1359924.01