# Saul Ewing LLP

John F. Stoviak
Phone: (215) 972-1095
Fax: (215) 972-1921
jstoviak@saul.com
www.saul.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/12

January 31, 2012

**VIA EMAIL**
Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

RECEIVED
FEB 10 2012
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

Re: In re September 11 Litigation, 21 MC 101 (AKH)
Cantor Fitzgerald & Co, et al., 04 CV 7318 (AKH)

Dear Judge Hellerstein:

The undersigned counsel submits this letter on behalf of the Cantor Fitzgerald Plaintiffs ("Cantor").[1] As this Court is aware, on November 29, 2011, AMR Corporation and certain of its subsidiaries (collectively, the "Debtors") commenced a voluntary bankruptcy proceeding under chapter 11 with the United States Bankruptcy Court for the Southern District of New York. Shortly thereafter, on January 6, 2012, Cantor filed a Motion for Order Granting Relief From the Automatic Stay pursuant to 11 U.S.C. § 362(d)(1) requesting that the Bankruptcy Court modify the automatic stay so as to allow Cantor to pursue its claims in this litigation.

On January 27, 2012, the Bankruptcy Court granted Cantor's Motion and ordered that the automatic stay be modified to permit Cantor to pursue its claims in this litigation. A copy of the Stipulation and Agreed Order is attached as Exhibit "A." Based upon this Order, Cantor respectfully requests that the Court permit Cantor to continue to pursue its claims in this litigation and schedule a status conference to establish a pre-trial and trial schedule.

---

[1] The Cantor Fitzgerald Plaintiffs are Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed, Inc., eSpeed Securities, Inc., eSpeed Government Securities, Inc., and Trademark, L.P.

*[Handwritten note:] Counsel for all parties shall attend a conference on March 2, 2012, 10:30 a.m.  2/21/12 [signature]*

1367784.1 01/31/2012

The Honorable Alvin K. Hellerstein
January 31, 2012
Page 2

Respectfully submitted,

*[signature: John F. Stoviak]*

John F. Stoviak

cc:   Richard A. Williamson, Esq., Counsel for Plaintiffs World Trade Center Properties
      Desmond T. Barry, Esq., Aviation Defendants' Liaison Counsel
      Sara S. Normand, Esq., Assistant U.S. Attorney
      Jeannette A. Vargas, Esq., Assistant U.S. Attorney
      Heather K. McShain, Esq., Assistant U.S. Attorney