ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2012

TO:        Concerned Parties

FROM:   Brigitte Jones, Courtroom Deputy            Date: 3/19/12
              by Order of Judge Alvin K. Hellerstein

Re: In re: September 11 Litigation - 21 MC 101, *Con Edison et al v. The Port Authority of NY and NJ — 02 CV 7188*

You are hereby notified that you are required to appear for an oral argument.

> Date: 4/19/12
> Time: 2:30 p.m.
>
> Place: U.S. Courthouse - Southern District of New York
> 500 Pearl Street
> Courtroom 14D
> New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*/s/ Alvin K. Hellerstein*