```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/12
```

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

---

IN RE SEPTEMBER 11TH 2001 PROPERTY
DAMAGE AND BUSINESS LOSS
LITIGATION

21-MC-101 (AKH)

---

Cantor Fitzgerald & Co., et al.

           Plaintiffs,

    -against-

American Airlines, Inc., et al.

           Defendants.

04-CV-07318 (AKH)

**ORDER**

---

Upon the motion of Saul Ewing LLP, attorneys for Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P and said sponsor's affidavit in support:

    IT IS HEREBY ORDERED that

    Patrick M. Hromisin, Esq.
    Saul Ewing LLP
    Centre Square West
    1500 Market Street, 38th Floor
    Philadelphia, PA 19102-2186
    Phone: (215) 972-8396
    Fax: (215) 972-2280
    phromisin@saul.com

is admitted to practice *pro hac vice* as counsel for Plaintiffs Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor

Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed, Inc., eSpeed Securities, Inc., and TradeSpark, L.P in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 4/17/12

City, State: New York, New York

Honorable Alvin K. Hellerstein, U.S.D.J.