USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
: **ORDER SETTING ORAL**
: **ARGUMENT**
IN RE SEPTEMBER 11 LITIGATION        :
:
:
: 21 MC 101 (AKH)
: 08 Civ. 3719 (AKH)
: 08 Civ. 3722 (AKH)
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Oral argument in the above-captioned matters, regarding the Aviation Defendants' Renewed Motion for Collateral Setoff, will be held on June 5, 2012 at 2:30 p.m. in Courtroom 14D.

SO ORDERED.

Dated:    May 8, 2012
           New York, New York

                                   ALVIN K. HELLERSTEIN
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/12

1