# GENNET, KALLMANN, ANTIN & ROBINSON, P.C.

Stanley W. Kallmann *
Mark L. Antin ◊ †
Richard S. Nichols †
Donald G. Sweetman ○

Samuel A. Gennet
(1936-1998)

◊ Member NY Bar
* Member NJ & NY Bars
☐ Member NJ, PA & MA Bars
◊ Member NJ, NY & FL Bars
○ Member NJ, NY & CT Bars
† Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney

6 Campus Drive
Parsippany NJ 07054-4406

(973) 285-1919
FAX (973) 285-1177
gkar@gkar-law.com

Litman Suite
140 Broadway, 38th Floor
New York NY 10005
(212) 406-1919

The Metropolitan Business Center
860 First Avenue Suite 5B
King of Prussia PA 19406
(610) 337-2087
FAX (610) 337-2575
nzangrilli@mcda-law.com

William G. Hanft ◊
Brian J. Bolan *
Michael S. Leavy ✧

Harry Robinson, III
(1973-2000)

PA Managing Attorney
Nancy Zangrilli (Of Counsel) ☐

www.gkar-law.com

Please Reply to Parsippany

May 17, 2012

**VIA FACSIMILE (212) 805-7942**
Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

RECEIVED

MAY 17 2012

CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

SDC SDNY
)CUMENT
-LECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/12

Re:   *September 11 Property Damage and*
      *Business Loss Litigation*
      **Master Docket No: 21 MC 101**

      *Aegis Insurance Services, Inc., et al*
      *vs. Port Authority of New York and New Jersey*
      **Docket No: 02cv 7188 (AKH)**
      Our File No:  02-5514:241/01-A

Dear Judge Hellerstein:

      This joint letter is written on behalf of Consolidated Edison and its subrogated insurers and the Port Authority of New York and New Jersey, in follow up to our April 20th letter to Your Honor, to report on the present status of the parties' settlement. Based on our understanding at the time of our April 20th letter that the settlement documents were final and were only awaiting party signatures, Your Honor, by endorsement on the letter, dismissed the case subject to restoration by either party within 30 days on notice. Since then, however, we learned that one of the plaintiff subrogated insurers, a Lloyd's syndicate which had effectively withdrawn from the subrogation action, would not be a party to the settlement but has agreed to execute a release in favor of the Port Authority and dismiss its claims against the Port Authority with prejudice. We have consequently had to make appropriate changes to, and recirculate for signature, the parties' settlement agreement and the release to be provided to the Port Authority by the settling plaintiffs, as well as obtain an executed release from this Lloyd's syndicate.

Time to restore is
enlarged to June 14, 2012.
5-17-12

May 17, 2012

Hon. Alvin K. Hellerstein
United States District Judge

Page Number 2

   In light of the foregoing, we write to request that the time to restore be extended for an additional 14 days, until June 4th, so that we can obtain party signatures on the revised settlement documents. We are in the process of collecting re-executed documents but because of the number of parties, some of whom are located in London, and the schedules of signatories, we believe it appropriate to notify you of these developments and request the extension. In accordance with the requirements of the parties' settlement, we intend to file before the end of that period a Stipulation of Dismissal with Prejudice not only of the claims by the settling plaintiffs against the Port Authority, but also of the claims against the Port Authority by this Lloyd's syndicate.

   We apologize for the inconvenience, and thank Your Honor.

   Respectfully,

   GENNET, KALLMANN, ANTIN & ROBINSON

   By: _____
     MARK L. ANTIN

   SCHIFF HARDIN LLP

   By: _____
     PAUL A. SCRUDATO

MLA:dbb
cc: Franklin M. Sachs, Esq.
 Donald A. Klein, Esq.
 Louis G. Corsi, Esq.