## CONDON & FORSYTH LLP



May 14, 2012

**VIA E-MAIL**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:   In re September 11 Litigation, 21 MC 101
      *Cantor Fitzgerald & Co. et al. v. American Airlines, Inc. et al.*, 04-CV-7318
      C & F Ref:  DTB/CRC/28079

Dear Judge Hellerstein:

I write on behalf of defendants American Airlines, Inc. and AMR Corporation (collectively "American") and plaintiffs Cantor Fitzgerald (collectively, "Cantor") to make a joint request for an extension of the fact discovery deadline in this case.

The parties respectfully request a sixty-day extension of the June 8, 2012 deadline for the completion of fact discovery concerning liability and damages set forth in the Court's March 21, 2012 Order Regulating Discovery (a copy of which is attached for the Court's convenience). The parties have been working diligently to complete fact discovery but they will not be able to do so within the current schedule, despite significant efforts on both sides. The parties jointly request a new fact discovery deadline of August 10, 2012.

With respect to liability discovery, four depositions are scheduled in the upcoming weeks: the FAA's former Principal Security Inspector for Logan Airport is scheduled for May 17; American's former Manager of Corporate Security is scheduled for June 7; American's former Director of Security is tentatively scheduled for June 13 (subject to the TSA's availability); and, a former American CEO is scheduled for June 19. The parties have been unable to locate a former American ticket agent who Cantor noticed previously for a deposition and additional time is required to try and locate her and conduct her deposition.

With respect to damages discovery, the parties have been working to complete Cantor's document production. Cantor has made a rolling production of documents in response to American's November 2011 document requests and the Court's directive for Cantor to produce its "books and records." However, the parties have disagreed on the nature and scope of

CONDON & FORSYTH LLP
Honorable Alvin K. Hellerstein
May 14, 2012
Page 2

Cantor's production obligations which has delayed the discovery process somewhat. The parties have conducted several "meet and confer" sessions and these efforts have eliminated or narrowed several disputes. However, some issues still exist and may require the Court's intervention. The parties have also begun discussing fact depositions concerning Cantor's damages claims and are of the view that these depositions can be completed by August 10, 2012.

Based on the foregoing, American and Cantor respectfully request that the June 8, 2012 deadline to complete liability and damages fact discovery be extended by 60 days to August 10, 2012.

Respectfully yours,

Desmond T. Barry, Jr.

Attachment

SO ORDERED:

_____
Hon. Alvin K. Hellerstein, U.S.D.J.

cc:   Via E-mail
      Roger E. Podesta, Esq.
      John F. Stoviak, Esq.