# CONDON & FORSYTH LLP



NEW YORK
LOS ANGELES

Direct Dial: (212) 894-6770
Direct Fax: (212) 894-6771
dbarry@condonlaw.com

June 6, 2012

**VIA E-MAIL**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re: In re September 11 Litigation, 21 MC 101
     Cantor Fitzgerald & Co. et al. v. American Airlines, Inc. et al., 04-CV-7318
     C & F Ref: DTB/CRC/28079

*The conference is adjourned to Aug. 14, 2012 at 2:30pm, Courtroom 14D. So Ordered.*
*6/8/12*
*Alvin K. Hellerstein*

Dear Judge Hellerstein:

I write on behalf of defendant American Airlines and plaintiff Cantor Fitzgerald.

A status conference in this case presently is scheduled for June 20 at 2:30. I have conferred with counsel for Cantor and the parties jointly request an adjournment of the conference until sometime after the deadline for completion of fact discovery on August 10.

The June 20 conference was scheduled when the fact discovery deadline was June 8. However, you agreed to extend that deadline to August 10 by endorsement of my letter of May 14, 2012 (copy attached). The parties believe that a status conference in this case would be more productive if fact discovery were completed beforehand.

A scheduling conflict also has developed with a witness scheduled to be deposed out of town on June 19 and he has requested that his deposition be moved to June 20 and the parties would like to accommodate his request.

Based on the foregoing, American and Cantor respectfully request that the June 20 status conference be adjourned, at the convenience of the Court, to sometime after the completion of fact discovery on August 10.

Respectfully yours,

Desmond T. Barry, Jr.

7 TIMES SQUARE, NEW YORK, NEW YORK 10036   TELEPHONE 212.490.9100   FACSIMILE 212.370.4453

CONDON & FORSYTH LLP
Honorable Alvin K. Hellerstein
June 6, 2012
Page 2

Attachment

SO ORDERED:

_____
Hon. Alvin K. Hellerstein, U.S.D.J.

cc:    Via E-mail
       Roger E. Podesta, Esq.
       John F. Stoviak, Esq.