UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE SEPTEMBER 11 PROPERTY DAMAGE
AND BUSINESS LOSS LITIGATION

21 MC 101 (AKH)

------------------------------------------------------------x

CEDAR & WASHINGTON ASSOCIATES, LLC,

                Plaintiff,

-against-

08 CV 9146 (AKH)

THE PORT AUTHORITY OF NEW YORK AND
NEW JERSEY, et al.,

                Defendant.
------------------------------------------------------------x

## NOTICE OF MOTION TO ADMIT COUNSEL
### PRO HAC VICE

TO:    All Counsel of Record

PLEASE TAKE NOTICE that upon the annexed declaration of Leah Ward Sears dated June 8, 2012, and the Certificates of Good Standing annexed thereto, defendant The Port Authority of New York and New Jersey will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Leah Ward Sears, a partner of the firm of Schiff Hardin LLP and a member in good standing of the highest court of the State of Georgia, the U.S. Supreme Court, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. District Courts for the Northern District of Georgia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for defendant The Port Authority of New York and New Jersey. There are no pending disciplinary proceedings against Leah Ward Sears in any State or Federal Court.

Dated:     New York, New York     Respectfully submitted,
                June 11, 2012

*Judith S. Roth*
Judith S. Roth
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103
(212) 753-5000
Attorneys for The Port Authority of New York and New Jersey

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE SEPTEMBER 11 PROPERTY DAMAGE      :  21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION            :
                                        :
------------------------------------------------------------x
CEDAR & WASHINGTON ASSOCIATES, LLC,     :
                                        :
                     Plaintiff,         :
       -against-                        :  08 CV 9146 (AKH)
                                        :
THE PORT AUTHORITY OF NEW YORK AND      :
NEW JERSEY, et al.,                     :
                     Defendant.         :
------------------------------------------------------------x

## MOTION OF JUDITH S. ROTH TO ADMIT
## LEAH WARD SEARS *PRO HAC VICE*

I, Judith S. Roth, of the law firm Schiff Hardin LLP, and a member of the United States District Court for the Southern District of New York, move to admit Leah Ward Sears, of the law firm Schiff Hardin LLP, One Atlantic Center, Suite 2300, 1201 West Peachtree Street NW, Atlanta, Georgia, 30309, *pro hac vice*, to practice before this Court in connection with this case.

Filed herewith is a Declaration of Leah Ward Sears dated June 8, 2012 certifying that she is a member of the bar in good standing in each jurisdiction in which she is admitted to practice and that there are no disciplinary proceedings pending against her as a member of the bar in each jurisdiction.

This motion is submitted so that Leah Ward Sears can participate as counsel to defendant The Port Authority of New York and New Jersey in the case.

| | | |
|---|---|---|
| Dated: | New York, New York<br>June 11, 2012 | Respectfully submitted,<br><br>*/s/ Judith S. Roth*<br>Judith S. Roth<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue, 17th Floor<br>New York, New York 10103<br>(212) 753-5000<br>Attorneys for The Port Authority of New York and New Jersey |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
:
IN RE SEPTEMBER 11 PROPERTY DAMAGE   :   21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION          :
:
:
:
:
:
------------------------------------------------------------ x
:
CEDAR & WASHINGTON ASSOCIATES, LLC,  :
:
          Plaintiff,                :
  -against-                              :   08 CV 9146 (AKH)
:
THE PORT AUTHORITY OF NEW YORK AND   :
NEW JERSEY, et al.,                   :
          Defendant.                :
---------------------------------------------------------------x

## DECLARATION OF LEAH WARD SEARS IN
## SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

1. I am a partner with the law firm of Schiff Hardin LLP, attorney for defendant The Port Authority of New York and New Jersey in this action.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Georgia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your declarant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendant The Port Authority of New York and New Jersey.

6. My contact information is as follows:

Leah Ward Sears (GA Bar No. 633750)
Schiff Hardin LLP
One Atlantic Center
Suite 2300
1201 West Peachtree Street NW
Atlanta, GA 30309
Telephone: 404.437.7000
Facsimile: 404.437.7100
lsears@schiffhardin.com

I, Leah Ward Sears, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 8, 2012.

_____
Leah Ward Sears

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE SEPTEMBER 11 PROPERTY DAMAGE  :  21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION         :

------------------------------------------------------------ x
CEDAR & WASHINGTON ASSOCIATES, LLC,  :

              Plaintiff,
  -against-                                                :  08 CV 9146 (AKH)

THE PORT AUTHORITY OF NEW YORK AND   :
NEW JERSEY, et al.,
              Defendant.     :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I electronically filed the foregoing Notice of Motion to Admit Counsel *Pro Hac Vice*, Motion of Judith S. Roth to Admit Leah Ward Sears *Pro Hac Vice*, and Declaration of Leah Ward Sears in Support of Motion to Admit Counsel *Pro Hac Vice* dated June 8, 2012, with the Clerk of Court using the CM/ECF system, which will cause an electronic copy to be served on counsel of record.

Dated:   New York, New York                Respectfully submitted,
         June 11, 2012

                                                            _____
                                                           Judith S. Roth
                                                          SCHIFF HARDIN LLP
                                                          666 Fifth Avenue, 17th Floor
                                                          New York, New York 10103
                                                          (212) 753-5000
                                                          Attorneys for The Port Authority of New York and New Jersey

NY\51179714.1

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Hon. Leah Ward Sears
Schiff Hardin LLP
1201 West Peachtree Street, Suite 2300
Atlanta, GA 30309

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 06/26/1980 |
| **BAR NUMBER:** | 633750 |
| **TODAY'S DATE:** | 06/07/2012 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brenda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
IN RE SEPTEMBER 11 PROPERTY DAMAGE                         :   21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION                               :
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------x
                                                           :
CEDAR & WASHINGTON ASSOCIATES, LLC,                        :
                                                           :
                            Plaintiff,                     :
         -against-                                         :   08 CV 9146 (AKH)
                                                           :
THE PORT AUTHORITY OF NEW YORK AND                         :
NEW JERSEY, et al.,                                        :
                            Defendant.                     :
-----------------------------------------------------------x
```

## (PROPOSED) ORDER FOR ADMISSION
### *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Leah Ward Sears is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant The Port Authority of New York and New Jersey.

This Order becomes effective upon the Court's receipt of the required $200.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated:   New York, New York
         June _____, 2012

                                                    _____
                                                    United States District Judge

cc:   Pro Hac Vice Attorney
      Court File