```
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/12
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

IN RE: SEPTEMBER 11 PROPERTY DAMAGE
AND BUSINESS LOSS LITIGATION

21 MC 101 (AKH)

------------------------------------------------------------x

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC., ET AL

02 CV 7188 (AKH)

                          Plaintiffs,

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE AS TO**
**DEFENDANT, THE PORT**
**AUTHORITY OF NEW YORK**
**AND NEW JERSEY**

   - against-

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                          Defendant.

------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action and all claims against the Defendant, The Port Authority of New York and New Jersey, are hereby dismissed with prejudice, and without costs or attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  June 12, 2012

By: _____

Michael S. Leavy
GENNET, KALLMANN, ANTIN &
ROBINSON, P.C.
6 Campus Drive
Parsippany, New Jersey 07054
Telephone: (973) 285-1919
Facsimile: (973) 285-1177

Counsel for Plaintiffs, Consolidated
Edison Company of New York, Inc.,
Aegis Insurance Services, Inc., Liberty
International Insurance Underwriters, Inc.,
National Union Insurance Company of
Pittsburgh, Nuclear Electric Insurance
Limited, Certain Underwriters at Lloyd's
(Syndicates 1225 and 1511), a/s/o
Consolidated Edison Company of New
York, Inc.

By: _____

Paul A. Scrudato
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, New York 10103
Telephone: (212) 753-5000
Facsimile: (212) 753-5044

Counsel for Defendant
The Port Authority of New York
and New Jersey

So Ordered
6/13/12