```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE SEPTEMBER 11 PROPERTY DAMAGE     :     21 MC 101 (AKH)
AND BUSINESS LOSS LITIGATION           :
                                       :
-----------------------------------------------------------x

CEDAR & WASHINGTON ASSOCIATES, LLC,    :
                                       :
                Plaintiff,             :
      -against-                        :     08 CV 9146 (AKH)
                                       :
THE PORT AUTHORITY OF NEW YORK AND     :
NEW JERSEY, et al.,                    :
                Defendant.             :
-----------------------------------------------------------x

## (PROPOSED) ORDER FOR ADMISSION
## *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Leah Ward Sears is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant The Port Authority of New York and New Jersey.

This Order becomes effective upon the Court's receipt of the required $200.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated:  New York, New York
        June 14, 2012

_____
United States District Judge

cc:  Pro Hac Vice Attorney
     Court File