**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK              )
                               ) ss.:
COUNTY OF NEW YORK             )

    Monica Cruz, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Bronx, New York and that on the 20th day of June 2012, deponent served the within **SECOND AMENDED ANSWER AND COUNTERCLAIM OF DEFENDANTS UNITED CONTINENTAL HOLDINGS, INC. (f/k/a UAL CORPORATION) and UNITED AIR LINES, INC. TO CEDAR & WASHINGTON ASSOCIATES, LLC'S COMPLAINT** upon:

1. Jay B. Spievack, Esq., Sari E. Kolatch, Esq. and Robert D. Fox, Esq. – Attorneys for Plaintiff Cedar & Washington Associates, LLC;
2. Leah Ward Sears, Esq. and Judith S. Roth, Esq. – Attorneys for Defendant Port Authority of New York and New Jersey:
3. Richard A. Williamson, Esq., James B. Eisenberg, Esq. and Thomas A. Egan, Esq. – Attorneys for Defendants Silverstein Properties, Inc., World Trade Center Properties LLP, Silverstein WTC Management Co. LLC, 1 World Trade Center LLC, 2 World Trade Center LLC, 3 World Trade Center LLC, 4 World Trade Center LLC, and 7 World Trade Company L.P.;
4. Peter L. Winik, Esq. – Attorneys for Defendants Westfield WTC LLC and Westfield Corporation, Inc.;
5. Charles Rysavy, Esq. and Dawn M. Monsen, Esq. – Attorneys for Defendant Consolidated Edison Company of New York;
6. Christopher Walsh, Esq. and Paul M. Hauge, Esq. – Attorneys for HMH WTC, Inc. and Host Hotels and Resorts, Inc.;
7. Sarah S. Normand, Esq. – U.S. Attorneys' Office; and
8. John F. Stoviak, Esq. and Jennifer L. Beidel, Esq. – Attorneys for Cantor Fitzgerald Plaintiffs;

by electronically mailing a copy of the papers in accordance with the Court's March 10, 2005 Order.

                                              **Monica Cruz**

Sworn to before me this
20th day of June 2012

Notary Public

LIZA R. FLEISSIG
Notary Public, State of New York
No. 02FL5089288
Qualified in New York County
Commission Expires March 11, 2014