## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

Anoushka S. Bayley, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Westchester, New York and that on the 29th day of June 2012, deponent served the within **NOTICE OF MOTION, MEMORANDUM IN SUPPORT OF SUPPLEMENTAL MOTION BY UNITED FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS OF THE WTCP PLAINTIFFS RELATING TO 7 WTC, DECLARATION OF JEFFREY J. ELLIS IN SUPPORT OF SUPPLEMENTAL MOTION BY UNITED FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS OF THE WTCP PLAINTIFFS RELATING TO 7 WTC and UNITED'S STATEMENT OF UNDISPUTED FACTS PURSUANT TO LOCAL RULE 56.1** upon:

1. Richard A. Williamson, Esq., Cathi Baglin, Esq. and Jason T. Cohen, Esq. – Counsel for 7 World Trade Company;
2. Desmond T. Barry, Jr., Esq. – Aviation Defendants' Liaison Counsel;
3. Katherine L. Pringle, Esq. – Counsel for WTC 7 Ground Defendants;
4. John F. Stoviak, Esq. – Counsel for Cantor Fitzgerald Plaintiffs;
5. Jay B. Spievack, Esq. – Counsel for cedar & Washington; and
6. Sarah S. Normand, Esq. – U.S. Attorneys' Office

Aviation Defendants' Counsel

by filing on the ECF system and by delivering a copy to the attorneys by electronic mail.

_____
Anoushka S. Bayley

Sworn to before me this
29th day of June 2012

_____
Notary Public

TIMOTHY J. KEANE
Notary Public, State of New York
No. 02KE6073373
Qualified in Westchester County
Commission Expires April 22, 2006