UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE SEPTEMBER 11 LITIGATION | 21 MC 101 (AKH) |
| CEDAR & WASHINGTON ASSOCIATES, LLC, | 08 CV 9146 (AKH) |
| Plaintiff, | |
| - against - | |
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al., | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

      I, John R. Acquaviva, certify that I am, and at all times during the service of process, have been, an employee of Schiff Hardin LLP, not less than 18 years of age and not a party to the matter concerning which service of process was made on July 13, 2012. I certify further that a copy of the following document was served upon all counsel of record and this Court via the CM/ECF system:

**THE PORT AUTHORITY'S REPLY SUBMISSION PURSUANT TO THE MANDATE OF THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Dated: July 13, 2012

                                                                  John R. Acquaviva, Paralegal

      SWORN AND SUBSCRIBED before me this 13th day of July 2012.

                                                                  Notary Public

NY\51191519.1

                                                     **Andrew McLaughlin**
                                          Notary Public, State of New York
                                               No. 01MC6150540
                                          Qualified in Nassau County
                                     Commission Expires July 31, 2014