UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
:
IN RE SEPTEMBER 11 LITIGATION : 21 MC 101 (AKH)
:
:
WORLD TRADE CENTER PROPERTIES LLC et al., :
:
Plaintiffs, :
: **ORDER SETTING ORAL**
-against- : **ARGUMENT**
:
: 08 Civ. 3722 (AKH)
AMERICAN AIRLINES, INC. et al., :
:
Defendants. :
:
----------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Oral argument on Aviation Defendants' motion for summary judgment scheduled for September 11, 2012 at 2:30 p.m. is adjourned to September 27, 2012 at 2:30 p.m. to coincide with oral argument on United's supplemental motion for summary judgment.

SO ORDERED.

Dated:   September 5, 2012
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/12