UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

21 MC 101 (AKH)

IN RE SEPTEMBER 11 LITIGATION

------------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of James P. Connors, Esq., attorney for Globe Aviation Services Corporation and said sponsoring attorney's affidavit in support,

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Ann Taylor, Esq. |
| Firm Name: | Locke Lord Bissell & Liddell LLP |
| Address: | 111 South Wacker Drive |
| | Chicago, Illinois 60606-4410 |
| Telephone Number: | (312) 443-0689 |
| Fax Number: | (312) 896-6689 |

is admitted to practice *pro hac vice* as counsel for Globe Aviation Services Corporation in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
~~May 9, 2011~~
9/6/12

United States District Judge Alvin K. Hellerstein