# FLEMMING ZULACK WILLIAMSON ZAUDERER LLP



LAW OFFICES
ONE LIBERTY PLAZA
NEW YORK, NEW YORK
10006-1404
(212) 412-9500
FAX (212) 964-9200

September 10, 2012

JASON T. COHEN

By E-Mail

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/12

Re: In Re September 11 Litigation, 21 MC 101 (AKH)

Dear Judge Hellerstein:

    I write on behalf of 7 World Trade Company, L.P. ("7WTCo.")  On September 11, 2012, 7WTCo. will file its opposition to the United's motion for summary judgment relating to 7 World Trade Center.  The exhibits to this opposition will exceed the permissible size limitations for electronic filing.  Consistently with how we have dealt with this for prior motions, we will file the exhibits on a disk.  In accordance with Paragraph 5 of the Southern District's "Procedures for Electronic Case Filing," we seek your permission to file the exhibits in CD format.

    If Your Honor approves of this procedure, we request that this letter be "So Ordered".

Respectfully,

Jason T. Cohen

WRITER'S DIRECT DIAL
(212) 412-9523
jcohen@fzwz.com

SO ORDERED: 9-10-12

Alvin K. Hellerstein, USDJ

cc (by e-mail): All Counsel