UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
IN RE SEPTEMBER 11 LITIGATION         : 21 MC 101 (AKH)
                                      :
------------------------------------- x
WORLD TRADE CENTER PROPERTIES         :
LLC, et al.,                          : 08 CIV 3722 (AKH)
                                      :
            Plaintiffs,               :
                                      :
    v.                                :
                                      :
AMERICAN AIRLINES, INC., et al.,      :
                                      :
            Defendants.               :
------------------------------------- x

**REPLY DECLARATION OF JEFFREY J. ELLIS IN SUPPORT OF SUPPLEMENTAL MOTION BY UNITED FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS OF THE WTCP PLAINTIFFS RELATING TO 7 WTC**

**JEFFREY J. ELLIS**, declares as follows:

1. I am an attorney admitted to practice before this Court and a member of the firm of QUIRK AND BAKALOR, P.C., counsel for the Defendants United Continental Holdings, Inc. (f/k/a UAL Corporation) and United Air Lines, Inc., ("United") in the above captioned action. I submit this Reply Declaration in Support of United's Supplemental Motion for Summary Judgment Dismissing All Claims of the WTCP Plaintiffs Relating to 7 WTC.

2. Annexed hereto as **Exhibit "A"** is a true and accurate copy of page 1, footnote 1, and page 84 of The 9/11 Commission's Final Report.

3. Annexed hereto as **Exhibit "B"** is a true and accurate copy Appendix XV and pages 79(a) – (c) of United's Air Carrier Standard Security Program ("ACSSP").

4. Annexed hereto as **Exhibit "C"** is a true and accurate copy of pages 1-15, 62-67 and 125-136 of the deposition transcript of Robert J. Cammaroto dated February 11, 2008.

5. Annexed hereto as **Exhibit "D"** is a true and accurate copy of pages 2 and 5 of the 9/11 Commission Aviation Staff Monograph.

Dated: New York, New York
       September 21, 2012

                                      _____
                                      Jeffrey J. Ellis (JJE 7796)