**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

  Anoushka S. Bayley, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Westchester, New York and that on the 21st day of September 2012, deponent served the within **REPLY MEMORANDUM IN SUPPORT OF SUPPLEMENTAL MOTION BY UNITED FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS OF THE WTCP PLAINTIFFS RELATING TO 7 WTC and REPLY DECLARATION OF JEFFREY J. ELLIS IN SUPPORT OF SUPPLEMENTAL MOTION BY UNITED FOR SUMMARY JUDGMENT DISMISSING ALL CLAIMS OF THE WTCP PLAINTIFFS RELATING TO 7 WTC** upon:

1. Richard A. Williamson, Esq. and Jason T. Cohen, Esq. – Counsel for 7 World Trade Company;
2. Desmond T. Barry, Jr., Esq. and Victoria Turchetti, Esq. – Aviation Defendants' Liaison Counsel;
3. Katherine L. Pringle, Esq. – WTC7 Ground Defendants Liaison Counsel;
4. John F. Stoviak, Esq. – Counsel for Cantor Fitzgerald Plaintiffs;
5. Jay B. Spievack, Esq. and Sari E. Kolatch, Esq. – Counsel for Cedar & Washington; and
6. Sarah S. Normand, Esq. – U.S. Attorneys' Office

Aviation Defendants' Counsel

by filing on the ECF system and by delivering a copy to the attorneys by electronic mail.

_____
Anoushka S. Bayley

Sworn to before me this
21st day of September, 2012

_____
Notary Public

MONICA CRUZ
Notary Public, State of New York
No. 01CR6223670
Qualified in Bronx County
Commission Expires June 14, 2014