UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                              21 MC 101 (AKIN)

IN RE SEPTEMBER 11 LITIGATION

                                          x
----------------------------------------
ALVIN K. HELLERSTEIN, U.S.D.J.:

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James Freire, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | T. PATRICK BYRNES |
| Firm Name: | LOCKE LORD LLP |
| Address: | 111 South Wacker Drive |
| | Chicago, IL 60606 |
| Phone Number: | 312-443-0286 |
| Fax Number: | 312-443-6286 |
| Email Address: | pbyrnes@lockelord.com |

T. Patrick Byrnes is a member in good standing of the Bar of the State of Illinois. There are no pending disciplinary proceedings against T. Patrick Byrnes in any State or Federal court.

Dated: New York, New York
       September __, 2012

Respectfully Submitted,

JONES HIRSCH CONNORS & BULL P.C.
By: _____
       James Freire   (JF-2221)
Jones Hirsch Connors & Bull P.C.
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 527-1000
Fax: (212) 527-1680
Attorneys for Defendant Globe Aviation
Services Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                         21 MC 101 (AKEI)

IN RE SEPTEMBER 11 LITIGATION

                                         x
------------------------------------
ALVIN K. HELLERSTEIN, U.S.D.J.:

<u>ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION</u>

Upon the motion of James Freire, Esq., attorney for Globe Aviation Services Corporation and said sponsoring attorney's affidavit in support,

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | T. Patrick Byrnes, Esq. |
| Firm Name: | Locke Lord LLP |
| Address: | 111 South Wacker Drive |
| | Chicago, Illinois 60606-4410 |
| Telephone Number: | (312) 443-0286 |
| Fax Number: | (312) 896-6286 |

is admitted to practice *pro hoc vice* as counsel for Globe Aviation Services Corporation in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an. ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hoc vice* fee to the Clerk of the Court.

Dated: New York, New York
       September ___, 2012

                                         _____
                                         United States District Judge Alvin K. Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------x
                                        21 MC 101 (AKH)

IN RE SEPTEMBER 11 LITIGATION

-----------------------------x
ALVIN K. HELLERSTEIN, U,S.D.I:

**Affidavit in Support of Motion for Admission**
**_Pro Hac Vice_ of T. Patrick Byrnes**

State of Illinois
        S.S.
County of Cook

    I, T. Patrick Byrnes, being duly sworn, depose and say:

1. I am a partner with the law firm of Locke Lord LLP. My office address is 111 South Wacker Drive, Chicago, Illinois 60606. My telephone number is 312-443-0286. My electronic mail address is pbyrnes@lockelord.com.

2. I am admitted to practice before the Illinois Supreme Court and all Illinois state courts, having been admitted on November 4, 1999. Attached to this Affidavit as Exhibit A is a certificate of my membership in good standing in the Illinois bar.

3. I am not currently suspended or disbarred by any jurisdiction in which I have been admitted.

4. I have not been the subject of disciplinary action by the courts or bar of any jurisdiction.

5. I seek admission to this Court pro *hoc vice* for the purpose of assisting in the preparation of the trial of the present action.

FURTHER THE AFFIANT SAYETH NOT

*T. Patrick Byrnes*
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606

Subscribed and sworn to before me this 24th day of September, 2012

Notary Public *Sandra M. Byrne*

My Commission expires on: 1/23/14

"OFFICIAL SEAL"
SANDRA M. BYRNE
Notary Public, State of Illinois
My Commission Expires 1/23/14

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

T. Patrick Byrnes

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 1999 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, September 20, 2012.

*Carolyn Taft Grosboll*

Clerk