UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE SEPTEMBER 11 LITIGATION
-------------------------------------------------------------X
WORLD TRADE CENTER PROPERTIES LLC,
1 WORLD TRADE CENTER LLC, 2 WORLD
TRADE CENTER LLC, 3 WORLD TRADE
CENTER LLC, and 4 WORLD TRADE CENTER LLC,
                         Plaintiffs

-against-

GREAT LAKES REINSURANCE (UK) PLC,
CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON SYNDICATES NUMBERED 33,
1003, 2003, 1208, 1243, 0376, 1225, 1212, 79,
506, 2791, QBE INSURANCE (EUROPE) LTD.
f/n/a QBE INTERNATIONAL INSURANCE LTD.
and INDUSTRIAL RISK INSURERS,
                         Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/13

21 **MC** 101 (AKH)
10 **CIVIL** 1642
**JUDGMENT**

    Defendants having moved for summary judgment, and the matter having come before the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on September 18, 2013, having rendered its Order granting Defendants' motions for summary judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 18, 2013, Defendants' motions for summary judgment are granted; accordingly, the case is closed.

**Dated:**  New York, New York
           September 20, 2013

                                      **RUBY J. KRAJICK**
                                           Clerk of Court
                          **BY:**
                                           **Deputy Clerk**

THIS DOCUMENT WAS **ENTERED**
ON THE DOCKET ON _____